IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

------------------------------------------------------------ x
:
In re:                                                       :  Chapter 11
                                                             :
DOCUDATA SOLUTIONS, L.C., *et al.*,                          :  Case No. 25-90023
                                                             :
        Debtors.[1]                                          :  (Joint Administration Requested)
                                                             :
------------------------------------------------------------ x

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF NOTICES AND PAPERS**

PLEASE TAKE NOTICE that Charles Kelley, James B. Danford, Jr., Brian Trust and Dabin Chung, of Mayer Brown LLP enter their appearance in this matter as counsel for PNC Bank, National Association, pursuant to Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Sections 102(1), 342, and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and requests that copies of all notices and pleadings given or required to be given in this case, be given to and served upon:

| | |
|---|---|
| Charles S. Kelley | Brian Trust |
| James B. Danford, Jr. | Dabin Chung |
| **MAYER BROWN LLP** | **MAYER BROWN LLP** |
| 700 Louisiana St., Suite 3400 | 1221 Avenue of the Americas |
| Houston, TX 77002 | New York, NY 10020 |
| Telephone: (713) 238-2634 | Telephone: (212) 506-2570 |
| ckelley@mayerbrown.com | btrust@mayerbrown.com |
| jdanford@mayerbrown.com | dchung@mayerbrown.com |

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above,

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/DocuDataSolutions. The Debtors' mailing address for the purposes of these cases is 2701 E. Grauwyler Road, Irving, TX 75061 USA.

but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronic filing, facsimile, or otherwise filed or made with regard to the referenced cases and proceedings herein.

Dated: March 4, 2025                                       **MAYER BROWN LLP**

/s/ *Charles S. Kelley*
Charles S. Kelley
TX State Bar No, 11199580
James B. Danford, Jr.
TX State Bar No. 24105775
700 Louisiana St., Suite 3400
Houston, TX 77002
Telephone: (713) 238-2634
ckelley@mayerbrown.com
jdanford@mayerbrown.com

Brian Trust (*pro hac vice forthcoming*)
NY Bar No. 2131811
Dabin Chung (*pro hac vice forthcoming*)
NY Bar No. 5535406
**MAYER BROWN LLP**
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 506-2570
btrust@mayerbrown.com
dchung@mayerbrown.com

**COUNSEL FOR PNC BANK, NATIONAL ASSOCIATION**

3

**CERTIFICATE OF SERVICE**

I certify that on March 4, 2025, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which automatically sends notification of such filing to all attorneys of record.

*/s/ James B. Danford, Jr.*
James B. Danford, Jr.

779018678