IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

------------------------------------------------------------ x
: 
In re: : Chapter 11
:
DOCUDATA SOLUTIONS, L.C., *et al.*, : Case No. 25-90023 (CML)
:
Debtors.[1] : (Joint Administration Requested)
:
------------------------------------------------------------ x

**NOTICE OF <u>ADJOURNED</u> EMERGENCY
VIRTUAL HEARING ON FIRST DAY MOTIONS**

     **PLEASE TAKE NOTICE** that on March 3, 2025 (the "***Petition Date***"), DocuData Solutions, L.C. and its affiliated debtors and debtors in possession (collectively, the "***Debtors***") filed voluntary petitions for relief under title 11 of the United States Code (the "***Bankruptcy Code***") in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "***Court***") commencing these chapter 11 cases (the "***Chapter 11 Cases***").

     **PLEASE TAKE FURTHER NOTICE** that in accordance with the Procedures for Complex Cases in the Southern District of Texas, the emergency, virtual hearing previously set for March 4, 2025 at 10:30 a.m. **has been adjourned to March 4, 2025 at 11:30 a.m. (prevailing Central Time)** (the "***First Day Hearing***"), before the Honorable Christopher M. Lopez to consider the matters (collectively, the "***First Day Motions***") set forth below.

     **PLEASE TAKE FURTHER NOTICE** that the First Day Hearing will be conducted **virtually only. No in-person attendance will be permitted.** Audio communication will be by use of the Court's dial-in-facility. You may access the facility at (832) 917-1510. Once connected, you will be asked to enter the conference room number. Judge Lopez's conference room number is 590153. Video communication will be by the use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Lopez's home page. The meeting code is "JudgeLopez". Click the settings icon in the upper right corner and enter your name under the personal information setting.

     **PLEASE TAKE FURTHER NOTICE** that hearing appearances must be made electronically in advance of the hearing. To make your electronic appearance, click the "Electronic Appearance" link on Judge Lopez's home page. Select the case name, complete the required fields and click "Submit" to complete your appearance.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/DocuDataSolutions. The Debtors' mailing address for the purposes of these cases is 2701 E. Grauwyler Road, Irving, TX 75061 USA.

**PLEASE TAKE FURTHER NOTICE** that all documents filed in these Chapter 11 Cases, including the First Day Motions, and other relevant case information are available free of charge on the following website maintained by the Debtors' proposed claims, balloting, and noticing agent, Omni Agent Solutions, Inc., in connection with the Chapter 11 Cases: https://www.omniagentsolutions.com/DocuDataSolutions. Copies of any pleadings or papers filed with the Court may also be obtained by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

**First Day Motions:**

1. *Joint Administration Motion*. Emergency Motion of Debtors for Entry of an Order Directing Joint Administration of Chapter 11 Cases [Docket No. 2]

2. *Complex Case Designation*. Notice of Designation as Complex Bankruptcy Case [Docket No. 3]

3. *Claims, Noticing, and Solicitation Agent Retention Application*. Emergency *Ex Parte* Application for Entry of an Order Authorizing the Employment and Retention of Omni Agent Solutions, Inc. as Claims, Noticing, and Solicitation Agent [Docket No. 4]

4. *Creditor Matrix Motion*. Emergency Motion of Debtors for Entry of an Order (I) Authorizing the Debtors to File a Consolidated Creditor Matrix and List of the 30 Largest Unsecured Creditors; (II) Authorizing the Debtors to Redact Certain Personally Identifiable Information; (III) Approving the Form and Manner of Notice of Commencement; and (IV) Granting Related Relief [Docket No. 17]

5. *Schedules Extension Motion*. Emergency Motion of Debtors for Entry of an Order (I) Extending the Time to File Schedules of Assets and Liabilities, Schedules of Executory Contracts and Unexpired Leases, Statements of Financial Affairs, and 2015.3 Reports; and (II) Granting Related Relief [Docket No. 18]

6. *DIP Motion*. [Emergency Motion of Debtors for Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Granting Adequate Protection to the Prepetition Secured Parties, (III) Authorizing the Use of Cash Collateral, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief [Docket No. 5]

7. *Securitization Motion*. Emergency Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Certain Debtors to Continue Selling, Contributing and Servicing Receivables and Related Rights Pursuant to the Securitization Program, (II) Modifying the Automatic Stay, (III) Scheduling a Final Hearing, and (IV) Granting Related Relief [Docket No. 9]

8. *Cash Management Motion*. Emergency Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue Existing Cash Management System, (B) Maintain Existing Business Forms, and (C) Continue Intercompany Arrangements and Transactions and (II) Granting Related Relief [Docket No. 10]

9. ***Customer Programs Motion***. Emergency Motion of Debtors for Entry of an Order (I) Authorizing the Debtors to (A) Honor Prepetition Obligations to Customers and (B) Continue Customer Programs and (II) Granting Related Relief [Docket No. 11]

10. ***Wages Motion***. Emergency Motion of Debtors for Entry of an Order (I) Authorizing the Debtors to (A) Pay Certain Employee Compensation and Benefits and (B) Maintain and Continue Such Benefits and Other Employee-Related Programs; (II) Granting Relief from Automatic Stay with Respect to Workers' Compensation Claims; and (III) Granting Related Relief [Docket No. 8]

11. ***Taxes Motion***. Emergency Motion of Debtors for Entry of an Order (I) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees and (II) Granting Related Relief [Docket No. 12]

12. ***Essential Creditors Motion***.  Emergency Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Trade Claims in the Ordinary Course of Business; (II) Confirming Administrative Expense Priority of Undisputed and Outstanding Prepetition Orders; (III) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers; and (IV) Granting Related Relief [Docket No. 14]

13. ***Insurance Motion***. Emergency Motion of Debtors for Entry of an Order (I) Authorizing the Debtors to (A) Pay Prepetition Insurance Obligations, (B) Maintain Insurance Policies Postpetition, (C) Maintain the Bonding Program, (D) Maintain Postpetition Financing of Insurance Premiums, and (E) Honor Letters of Credit and (II) Granting Related Relief [Docket No. 13]

14. ***NOL Motion***. Emergency Motion of Debtors for Entry of an Order (I) Establishing Notification Procedures and Approving Restrictions on (A) Certain Transfers of Interests in the Debtors and (B) Claims of Certain Worthless Stock Deductions, and (II) Granting Related Relief [Docket No. 16]

15. ***Utilities Motion***. Emergency Motion of Debtors for Entry of an Order (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service, (II) Approving the Debtors' Proposed Form of Adequate Assurance of Payment to Utilities, (III) Establishing Procedures for Resolving Requests for Additional Adequate Assurance, and (IV) Granting Related Relief [Docket No. 15]

**Related Documents:**

1. ***First Day Declaration***. Declaration of Randall S. Eisenberg in Support of Chapter 11 Petitions and First Day Motions [Docket No. 6]

2. ***DIP Financing Declaration***. Declaration of Stephen Spitzer in Support of (A) the Debtors' DIP Financing Motion and (B) the Debtors' Securitization Program Motion [Docket No. 7]

3. ***Debtors' Witness and Exhibit List*** [Docket No. 20]

Dated: March 4, 2025
Houston, Texas

Respectfully submitted,

*/s/ Timothy A. ("Tad") Davidson II*
**HUNTON ANDREWS KURTH LLP**
Timothy A. ("Tad") Davidson II (Texas Bar No. 24012503)
Ashley L. Harper (Texas Bar No. 24065272)
Philip M. Guffy (Texas Bar No. 24113705)
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone: (713) 220-4200
Email: taddavidson@hunton.com
ashleyharper@hunton.com
pguffy@hunton.com

- and -

**LATHAM & WATKINS LLP**
Ray C. Schrock (NY Bar No. 4860631)
Alexander W. Welch (NY Bar No. 5624861)
Hugh Murtagh (NY Bar No. 5002498)
Adam S. Ravin (NY Bar No. 4079190)
Jonathan J. Weichselbaum (NY Bar No. 5676143)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: ray.schrock@lw.com
alex.welch@lw.com
hugh.murtagh@lw.com
adam.ravin@lw.com
jon.weichselbaum@lw.com

*Proposed Co-Counsel for the Debtors
and Debtors in Possession*

**CERTIFICATE OF SERVICE**

I certify that on March 4, 2025, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

*/s/ Timothy A. ("Tad") Davidson II*
Timothy A. ("Tad") Davidson II