IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| DOCUDATA SOLUTIONS, L.C., et al., | Case No. 25-90023 (CML) |
| | (Joint Administration Requested) |
| Debtors.[1] | |

### AFFIDAVIT OF SERVICE

I, Brian Osborne, am employed in the county of Los Angeles, State of California. I hereby certify that on March 4, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Core Service List attached hereto as **Exhibit A**:

- **Notice of Adjourned Emergency Virtual Hearing on First Day Motions [Docket No. 29]**

Dated: March 4, 2025

Brian Osborne
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California   }
{                      } ss.
{County of Los Angeles }

Subscribed and sworn to (or affirmed) before me on this 4th day of March, 2025, by Brian Osborn proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/DocuDataSolutions. The Debtors' mailing address for the purposes of these cases is 2701 E. Grauwyler Road, Irving, TX 75061 USA.

# **EXHIBIT A**

**Exhibit A**
**Core Service List**

| Description | Creditor Name | Email | Method of Service |
|---|---|---|---|
| Debtors' 30 largest unsecured creditors on a consolidated basis | AFLAC | cscmail@aflac.com | Email |
| Debtors' 30 largest unsecured creditors on a consolidated basis | ALIGHT HOLDING COMPANY, LLC | support@alight.com | Email |
| Debtors' 30 largest unsecured creditors on a consolidated basis | AMSIVE, INC | letstalk@amsive.com | Email |
| Debtors' 30 largest unsecured creditors on a consolidated basis | ASG Technologies, Inc. | info@asg.com | Email |
| Debtors' 30 largest unsecured creditors on a consolidated basis | AT&T | sd5243@att.com; bk4752@att.com | Email |
| Debtors' 30 largest unsecured creditors on a consolidated basis | BLUECREST DMT Solutions Global Corp. | dmtpartorders@bluecrestinc.com; bluecrestclientcare@bluecrestinc.com | Email |
| Debtors' 30 largest unsecured creditors on a consolidated basis | BOFA SECURITIES, INC | info@onamericas.com | Email |
| Debtors' 30 largest unsecured creditors on a consolidated basis | Cahill Gordon & Reindel LLP | jwhall@cahill.com | Email |
| Debtors' 30 largest unsecured creditors on a consolidated basis | CLEARY GOTTLIEB STEEN & HAMILTON LLP | maibano@cgsh.com | Email |
| Debtors' 30 largest unsecured creditors on a consolidated basis | DIGITAL COLOR CONCEPTS INC | don@dccnyc.com, don@dccnyc.com | Email |
| Debtors' 30 largest unsecured creditors on a consolidated basis | FIRST INSURANCE FUNDING CORP | Csr@firstinsurancefunding.com | Email |
| Debtors' 30 largest unsecured creditors on a consolidated basis | GENUITY CONCEPTS | info@genuityconcepts.com | Email |
| Debtors' 30 largest unsecured creditors on a consolidated basis | GLOBAL TECH INC DBA : EGlobalTech, | info@eglobaltech.com | Email |
| Debtors' 30 largest unsecured creditors on a consolidated basis | Image Business Machiness Llc | ASKAR@US.IBM.COM | Email |
| Debtors' 30 largest unsecured creditors on a consolidated basis | KONICA MINOLTA BUSINESS Solutions U.S.A. Inc. | mgrande@kmbs.konicaminolta.us | Email |
| Debtors' 30 largest unsecured creditors on a consolidated basis | LIBERTY LIFE INS OF BOSTON | Liberty.Support@LibertyMutual.com | Email |
| counsel to the administrative agent under the ER3 Securitization Program | Mayer Brown | dchung@mayerbrown.com;exela.mbteam@mayerbrown.com | Email |
| counsel to the administrative agent under the ER3 Securitization Program | Mayer Brown | dsigal@mayerbrown.com;exela.mbteam@mayerbrown.com | Email |
| counsel to the administrative agent under the ER3 Securitization Program | Mayer Brown | edecresce@mayerbrown.com;exela.mbteam@mayerbrown.com | Email |
| counsel to the administrative agent under the ER3 Securitization Program | Mayer Brown | exela.mbteam@mayerbrown.com;btrust@mayerbrown.com | Email |
| counsel to the administrative agent under the ER3 Securitization Program | Mayer Brown | zcarrier@mayerbrown.com;exela.mbteam@mayerbrown.com | Email |
| Debtors' 30 largest unsecured creditors on a consolidated basis | NORTON ROSE FULLBRIGHT US LLP | marissa.alcala@nortonrosefulbright.com; matthew.kirtland@nortonrosefulbright.com | Email |
| State attorneys general for states in which the Debtors conduct business | Office of the Attorney General | attorney.general@alaska.gov | Email |
| State attorneys general for states in which the Debtors conduct business | Office of the Attorney General | attorney.general@ct.gov | Email |
| State attorneys general for states in which the Debtors conduct business | Office of the Attorney General | attorney.general@delaware.gov | Email |
| State attorneys general for states in which the Debtors conduct business | Office of the Attorney General | attorneygeneral@doj.nh.gov | Email |
| State attorneys general for states in which the Debtors conduct business | Office of the Attorney General | attorneygeneral@doj.state.or.us | Email |
| State attorneys general for states in which the Debtors conduct business | Office of the Attorney General | Constituent@atg.in.gov | Email |
| State attorneys general for states in which the Debtors conduct business | Office of the Attorney General | consumer@ag.iowa.gov | Email |
| State attorneys general for states in which the Debtors conduct business | Office of the Attorney General | Contact@Virginia.gov | Email |
| State attorneys general for states in which the Debtors conduct business | Office of the Attorney General | contactdoj@mt.gov | Email |
| State attorneys general for states in which the Debtors conduct business | Office of the Attorney General | hawaiiag@hawaii.gov | Email |
| State attorneys general for states in which the Debtors conduct business | Office of the Attorney General | miag@michigan.gov | Email |
| State attorneys general for states in which the Debtors conduct business | Office of the Attorney General | miag@michigan.gov | Email |
| State attorneys general for states in which the Debtors conduct business | Office of the Attorney General | ndag@nd.gov | Email |
| State attorneys general for states in which the Debtors conduct business | Office of the Attorney General | nedoj@nebraska.gov | Email |
| State attorneys general for states in which the Debtors conduct business | Office of the Attorney General | oag@ArkansasAG.gov | Email |
| State attorneys general for states in which the Debtors conduct business | Office of the Attorney General | oag@dc.gov | Email |
| State attorneys general for states in which the Debtors conduct business | Office of the Attorney General | oag@oag.state.md.us | Email |
| State attorneys general for states in which the Debtors conduct business | Office of the Attorney General | serviceATG@atg.wa.gov | Email |
| State attorneys general for states in which the Debtors conduct business | Office of the Attorney General | uag@agutah.gov | Email |
| State attorneys general for states in which the Debtors conduct business | Office of the Attorney General | aginfo@ag.nv.gov | Email |
| State attorneys general for states in which the Debtors conduct business | Office of the Attorney General | AGInfo@azag.gov | Email |
| State attorneys general for states in which the Debtors conduct business | Office of the Attorney General | ago.info.help@nebraska.gov | Email |
| State attorneys general for states in which the Debtors conduct business | Office of the Attorney General | ago.info@vermont.gov | Email |
| State attorneys general for states in which the Debtors conduct business | Office of the Attorney General | ago@state.ma.us | Email |
| State attorneys general for states in which the Debtors conduct business | Office of the Attorney General | ago@state.ma.us | Email |
| State attorneys general for states in which the Debtors conduct business | Office of the Attorney General | ago@state.ma.us | Email |
| State attorneys general for states in which the Debtors conduct business | Office of the Attorney General | ago@state.ma.us | Email |
| State attorneys general for states in which the Debtors conduct business | Office of the Attorney General | AGWasden@ag.idaho.gov | Email |
| Debtors' 30 largest unsecured creditors on a consolidated basis | Opex | info@opex.com | Email |
| Counsel to the DIP Agent | Paul Hastings | christopherboies@paulhastings.com | Email |
| Counsel to the DIP Agent | Paul Hastings | emilykuznick@paulhastings.com | Email |
| Counsel to the DIP Agent | Paul Hastings | jaymegoldstein@paulhastings.com | Email |
| Counsel to the DIP Agent | Paul Hastings | jenniferdaly@paulhastings.com | Email |
| Counsel to the DIP Agent | Paul Hastings | jillianmcmillan@paulhastings.com | Email |
| Counsel to the DIP Agent | Paul Hastings | mattgarofalo@paulhastings.com | Email |
| Counsel to the Prepetition Indenture Trustee | Paul Weiss | bkim@paulweiss.com | Email |
| Counsel to the Ad Hoc Group | Ropes & Gray LLP | matthew.roose@ropesgray.com; eric.sherman@ropesgray.com | Email |
| Counsel to the Ad Hoc Group | Ropes & Gray LLP | ryan.dahl@ropesgray.com; eric.schriesheim@ropesgray.com | Email |
| Debtors' 30 largest unsecured creditors on a consolidated basis | SANDY ALEXANDER INC | hello@sandyalexander.com | Email |
| Debtors' 30 largest unsecured creditors on a consolidated basis | SCANNER HOLDINGS CORP dba: iBML | support@ibml.com | Email |
| Debtors' 30 largest unsecured creditors on a consolidated basis | SHARP ELECTRONICS CORP | tmorley@sharpsec.com | Email |
| Debtors' 30 largest unsecured creditors on a consolidated basis | SONATA INFORMATION TECHNOLOGY LIMITED TOWER 2 GLOBAL VILLAGE | Vijay.Naveen@sonata-software.com; info@sonata-software.com | Email |
| Debtors' 30 largest unsecured creditors on a consolidated basis | Standard & Poors | corporate_secretary@mcgraw-hill.com | Email |
| Debtors' 30 largest unsecured creditors on a consolidated basis | STAPLES, INC. DBA HITOUCH | Info@hitouchbusinessservices.com | Email |
| Debtors' 30 largest unsecured creditors on a consolidated basis | TARTER KRINSKY & DROGIN LLP | atarter@tarterkrinsky.com | Email |
| Debtors' 30 largest unsecured creditors on a consolidated basis | U.S. Bank National Association Company, as Trustee for July Unsecured 2026 Notes | support@customerconnection.usbank.com | Email |
| Debtors' 30 largest unsecured creditors on a consolidated basis | UNITED PARCEL SERVICE | enterpriseaccounts@ups.com | Email |
| Debtors' 30 largest unsecured creditors on a consolidated basis | WILLKIE FARR & GALLAGHER LLP | tcerabino@willkie.com | Email |