IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

---

| | | |
|---|---|---|
| In re: | : : : | Chapter 11 |
| DOCUDATA SOLUTIONS, L.C., *et al.*, | : : : | Case No. 25-90023 (CML) |
| Debtors.[1] | : : : : | (Joint Administration Requested) |

---

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that, that certain ad hoc group of holders of 11.5% first priority senior secured notes due 2026, issued by Exela Intermediate LLC and Exela Finance Inc. (the "Ad Hoc Group"), a party in interest in the above-captioned cases (the "Chapter 11 Cases"), hereby appears by and through its undersigned counsel pursuant to section 1109(b) of the United States Bankruptcy Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").  Pursuant to Bankruptcy Rule 2002(g), the Ad Hoc Group hereby requests that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon the following counsel at the following address, telephone number, and email addresses:

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/DocuDataSolutions.  The Debtors' mailing address for the purposes of these cases is 2701 E. Grauwyler Road, Irving, TX 75061 USA.

ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
Matthew M. Roose
Eric M. Sherman
matthew.roose@ropesgray.com
eric.sherman@ropesgray.com

-and-

ROPES & GRAY LLP
191 North Wacker Drive
Chicago, IL 60606-4302
Telephone: (312) 845-1200
Facsimile: (312) 845-5500
Ryan Preston Dahl
Eric P. Schriesheim
ryan.dahl@ropesgray.com
eric.schriesheim@ropesgray.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written, or oral, whether transmitted or conveyed by regular mail, electronic mail, delivery service, or some other means, or otherwise filed or made with regard to these Chapter 11 Cases and proceedings therein.  Further, this request includes copies of any disclosure statements to be submitted prior to approval and any and all plans of reorganization.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance shall not constitute a submission by the Ad Hoc Group to the jurisdiction of the United States Bankruptcy Court for the Southern District of Texas.  This Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive any of their substantive or procedural rights, including: (i) the right to have final orders in non-core matters entered only after

*de novo* review by a district court judge; (ii) the right to trial by jury in any proceedings so triable herein or in any case, controversy, or proceeding related hereto; (iii) the right to have the reference withdrawn by the United States District Court for this district in any matter subject to mandatory or discretionary withdrawal or the right to seek abstention in favor of any state court; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which the Ad Hoc Group is or may be entitled to under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.  Nor shall this request for notice be deemed to constitute consent to electronic service of any pleading or papers for which mailed or personal service is required under the applicable Bankruptcy Rules or Federal Rules of Civil Procedure.

Dated: March 4, 2025

Respectfully submitted,

**ROPES & GRAY LLP**

*/s/ Matthew M. Roose*
Matthew M. Roose (*pro hac vice* pending)
Eric M. Sherman (*pro hac vice* pending)
1211 Avenue of the Americas
New York, New York 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
matthew.roose@ropesgray.com
eric.sherman@ropesgray.com

-and-

Ryan Preston Dahl (*pro hac vice* pending)
Eric P. Schriesheim (*pro hac vice* pending)
191 North Wacker Drive
Chicago, Illinois 60606-4302
Telephone: (312) 845-1200
Facsimile: (312) 845-5500
ryan.dahl@ropesgray.com
eric.schriesheim@ropesgray.com

*Counsel to the Ad Hoc Group*