IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| DOCUDATA SOLUTIONS, L.C., *et al.*, | § | Case No. 25-90023 (CML) |
| | § | |
| Debtors.[1] | § | (Joint Administration Requested) |
| | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL PLEADINGS

**PLEASE TAKE NOTICE** that the undersigned hereby appear as counsel for Blue Torch Finance LLC in its capacity as Blue Torch Facility Agent ("Blue Torch Finance") in the above-captioned Chapter 11 cases pursuant to Rules 2002, 3017(a), 9007, 9010 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, and orders, or other documents, filed or entered in these cases, be transmitted to:

Charles Persons
**PAUL HASTINGS LLP**
2001 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone: (972) 936-7500
Facsimile: (972) 936-7501
Email: charlespersons@paulhastings.com

-and-

Schlea Thomas
**PAUL HASTINGS LLP**
600 Travis, 58th Floor
Houston, Texas 77002
Telephone: (713) 860-7300

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/DocuDataSolutions. The Debtors' mailing address for the purposes of these cases is 2701 E. Grauwyler Road, Irving, TX 75061 USA

Facsimile: (713) 353-3100
Email: schleathomas@paulhastings.com

-and-

Jayme Goldstein (*pro hac vice* pending)
Matthew Garofalo (*pro hac vice* pending)
Emily Kuznick (*pro hac vice* pending)
Jillian McMillan (*pro hac vice* pending)
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: jaymegoldstein@paulhastings.com
mattgarofalo@paulhastings.com
emilykuznick@paulhastings.com
jillianmcmillan@paulhastings.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules and title 11 of the United States Code, but also includes orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise filed with regard to the above cases.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of Blue Torch Finance to (a) have final orders in non-core matters entered only after de novo review by a District Court judge, (b) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (c) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) any other rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: March 4, 2025
       Dallas, Texas

Respectfully submitted,

*/s/ Charles Persons*
**PAUL HASTINGS LLP**
Charles Persons (TX Bar No. 24060413)
2001 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone: (972) 936-7500
Facsimile: (713) 936-7501
Email: charlespersons@paulhastings.com

- and -

Schlea Thomas
600 Travis, 58th Floor
Houston, Texas 77002
Telephone: (713) 860-7300
Facsimile: (713) 353-3100
Email: schleathomas@paulhastings.com

- and -

Jayme Goldstein (*pro hac vice* pending)
Matthew Garofalo (*pro hac vice* pending)
Emily Kuznick (*pro hac vice* pending)
Jillian McMillan (*pro hac vice* pending)
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: jaymegoldstein@paulhastings.com
      mattgarofalo@paulhastings.com
      emilykuznick@paulhastings.com
      jillianmcmillan@paulhastings.com

*Counsel to for Blue Torch Finance LLC in its capacity as Blue Torch Facility Agent*

**Certificate of Service**

      I certify that on March 4, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                */s/ Charles Persons*
                                                Charles Persons