Electronic Appearance Sheet

Sean O'Neal, Cleary Gottlieb Steen & Hamilton
Client(s): Exela Technologies, Inc., GP 3XCV LLC; XCV-STS LLC.

Brad Lenox, Cleary Gottlieb Steen & Hamilton LLP
Client(s): Exela Technologies, Inc., GP 3XCV LLC; XCV-STS LLC.

Luke Barefoot, Cleary Gottlieb Steen & Hamilton LLP
Client(s): Exela Technologies, Inc., GP 3XCV LLC; XCV-STS LLC.

Madeline Finnegan, Cleary Gottlieb Steen & Hamilton LLP
Client(s): Exela Technologies, Inc., GP 3XCV LLC; XCV-STS LLC.

Brian Trust, Mayer Brown LLP
Client(s): PNC Bank, National Association

Dabin Chung, Mayer Brown LLP
Client(s): PNC Bank, National Association

Marc Kurzman, Carmody Torrance Sandak & Hennessey LLP
Client(s): Pitney Bowes

Marco Benson, Pro Se, None, Pro Se
Client(s): Individual creditor monitoring developments relevant to unsecured stakeholders.


Sean O'Neal, Cleary Gottlieb Steen & Hamilton
Client(s): Exela Technologies, Inc.; GP 3XCV LLC; XCV-STS LLC.

Brad Lenox, Cleary Gottlieb Steen & Hamilton LLP
Client(s): Exela Technologies, Inc.; GP 3XCV LLC; XCV-STS LLC.

David Schwartz, Cleary Gottlieb Steen & Hamilton LLP
Client(s): Exela Technologies, Inc.; GP 3XCV LLC; XCV-STS LLC.

Hugh Murtagh, LATHAM & WATKINS LLP
Client(s): Debtors

Alexander Welch, LATHAM & WATKINS LLP
Client(s): Debtors

Chuck Gibbs, McDermott Will & Emery LLP
Client(s): Official Committee of Unsecured Creditors

Betsy Marks, LATHAM & WATKINS LLP
Client(s): Debtors

Matthew Roose, Ropes & Gray LLP

Electronic Appearance Sheet

Client(s): Ad Hoc Group

Michael Ardeljan, Ropes & Gray LLP
Client(s): Ad Hoc Group

Colin Dougherty, Pro Se, None, Pro Se
Client(s): O'Brien-Staley Partners (bondholder)

Kristin Going , McDermott Will & Emery LLP
Client(s): Official Committee of Unsecured Creditors

Tristan Axelrod, Brown Rudnick LLP
Client(s): Official Committee of Unsecured Creditors

Bennett S. Silverberg, Brown Rudnick LLP
Client(s): Official Committee of Unsecured Creditors

Tad Davidson, Hunton Andrews Kurth LLP
Client(s): The Debtors

Philip Guffy, Hunton Andrews Kurth LLP
Client(s): The Debtors

Ioana Codoban, Pro Se, None, Pro Se
Client(s): unsecured creditor interested in the process

Catherine Steege, Jenner & Block LP
Client(s): O'Brien Staley Partners

Jana Whitworth, Office of the United States Trustee
Client(s): U.S. Trustee

Morris Weiss, Kane Russell Coleman Logan
Client(s): CCUR

Mark Taylor, Kane Russell Coleman & Logan PC
Client(s): CCUR Holdings, Inc.

Dabin Chung, Mayer Brown LLP
Client(s): PNC Bank National Association