**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re ) | |
| ) | Chapter 11 |
| DOCUDATA SOLUTIONS, L.C., *et al.,* ) | Case No. 25-90023 (CML) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | |

## HOLDCO ASSET MANAGEMENT, LP'S
## WITNESS AND EXHIBIT LIST FOR APRIL 23, 2025 HEARING

HoldCo Asset Management, LP ("HoldCo") hereby files this Witness and Exhibit List for the hearing on April 23, 2025 at 10:00 a.m. Central time as follows:

### WITNESSES

HoldCo may call any of the following as a witness at the hearing:

1. Any witness called or designated by any other party in interest; and

2. Any witness necessary to rebut the testimony of witnesses called or designated by any other party.

### EXHIBITS

HoldCo may offer any one or more of the below-identified exhibits at the hearing. Certain of the following Exhibits has been filed under seal.

| EXHIBIT | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT |
|---|---|---|---|---|---|
| 1 | HoldCo's Demonstrative Exhibit | | | | |
| 2 | Backstop Commitment Letter (SEALED) | | | | |
| 3 | DIP Credit Agreement (SEALED) | | | | |

| EXHIBIT | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT |
|---|---|---|---|---|---|
| 4 | Amended Plan Support Agreement and Term Sheet, Dkt. No. 374 | | | | |
| 5 | Interim DIP Order, Dkt. No. 58 | | | | |
| | Any document, order, or pleading filed in the above-captioned case | | | | |
| | Any exhibit necessary for impeachment and/or rebuttal purposes | | | | |
| | Any exhibit identified or offered by any other party | | | | |

HoldCo reserves the right to call or to introduce one or more, or none, of the witnesses or exhibits listed above, and further reserve the right to supplement or amend this list at any time prior to the hearing.

Dated: April 23, 2025

Respectfully submitted,

**FOLEY & LARDNER LLP**

*/s/ John P. Melko*
**FOLEY & LARDNER LLP**

John P. Melko
Texas Bar No. 24025245
Email: jmelko@foley.com
1000 Louisiana, Suite 2000
Houston, Texas 77002-5011
Telephone: 713-276-5500
Facsimile: 713-276-5555

**WILLIAMS BARBER & MOREL LTD.**

Daniel R. Brown (*admitted pro hac vice*)
Illinois Bar No. 6299184
Email: drb@williamsbarbermorel.com
Willis Tower

2

233 S. Wacker Dr., Ste. 6800
Chicago, Illinois 60606
Telephone: 312-443-3200

***Counsel to HoldCo Asset Management***

**CERTIFICATE OF SERVICE**

      I certify that on April 23, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                     */s/ John P. Melko*
                                                     John P. Melko