IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|   |   |   |
|---|---|---|
| In re: | : | Chapter 11 |
| DOCUDATA SOLUTIONS, L.C., *et al.*, | : | Case No. 25-90023 (CML) |
| Debtors.[1] | : | (Jointly Administered) |

## STIPULATION EXTENDING THE TIME TO FILE SCHEDULES OF ASSETS AND LIABILITIES, SCHEDULES OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES, STATEMENTS OF FINANCIAL AFFAIRS, AND 2015.3 REPORTS
[Relates to Docket Nos. 57 and 242]

This stipulation (this "**Stipulation**") is entered into by the above-captioned debtors (the "**Debtors**") and Kevin M. Epstein, the United States Trustee for Region 7 (the "**United States Trustee**" and together with the Debtors, the "**Parties**") pursuant to the *Order (I) Extending the Time to File Schedules of Assets and Liabilities, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial affairs; and (II) Granting Related Relief* [Docket No. 57] (the "**Schedules Extension Order**")[2] to further extend the time by which the Debtors must file the Schedules and Statements and 2015.3 Reports to May 6, 2025.

**WHEREAS**, on March 3, 2025 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief in the United States Bankruptcy Court for the Southern District of Texas (the "**Court**") commencing cases under chapter 11 of the Bankruptcy Code (the "**Chapter 11 Cases**");

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/DocuDataSolutions. The Debtors' mailing address for the purposes of these cases is 2701 E. Grauwyler Road, Irving, TX 75061 USA.

[2] Capitalized terms used but not defined herein have the meanings given to them in the Schedules Extension Order.

**WHEREAS**, on March 4, 2025, the Court entered the Schedules Extension Order extending the time within which the debtors must file the Schedules and Statements and 2015.3 Reports though and including April 17, 2025 (the "**Schedules Deadline**");

**WHEREAS**, under the Schedules Extension Order, the Schedules Deadline may be further extended by stipulation between the Parties;

**WHEREAS**, since the filing of the Chapter 11 Cases, the Debtors and their advisors have been working diligently to prepare the Schedules and Statements and 2015.3 Reports. The Debtors anticipated from the outset of the Chapter 11 Cases that they would need additional time to compile all the information necessary to complete the Schedules and Statements and 2015.3 Reports from all 60 Debtors and their world-wide operations. As a result, the Debtors requested and received the extension of the Schedules Deadline in the Schedules Extension Order. However, the collection of the information necessary to fully complete the Schedules and Statements and 2015.3 Reports took longer than anticipated due to the competing demands associated with operating the business, completing the audit, and responding to diligence requests from interested parties. As a result, the Debtors and their advisors did not have sufficient time to properly prepare the Schedules and Statements and 2015.3 Reports by the Schedules Deadline;

**WHEREAS**, in light of the foregoing, the Parties entered into a stipulation on April 8, 2025 [Docket No. 242] extending the Schedules Deadline to May 1, 2025;

**WHEREAS**, the Debtors and their advisors have continued to work diligently to complete the Schedules and Statements and 2015.3 Reports, and the majority of the process is now complete. However, additional work needs to be done to fully and accurately complete all the Schedules and Statements and 2015.3 Reports. Specifically, it took longer than anticipated for certain debtors to close and reconcile their books for the reporting period, and the Debtors' financial advisors have

2

only just received certain financial information.  During the time since the prior extension, the Debtors have also been focused on reaching the settlements with the Official Committee of Unsecured Creditors and certain of the Debtors' lenders that resulted in the consensual entry of the final order approving the Debtors' debtor in possession financing [Docket No. 397] and a fully consensual plan framework [Docket No. 396].  Accordingly, the Debtors need additional time to ensure that the Schedules and Statements and 2015.3 Reports are fully accurate and complete; and

**WHEREAS**, the Parties have agreed to extend the Schedules Deadline to and including May 6, 2025.

**IT IS THEREFOR STIPULATED AND AGREED THAT:**

1. The time within which the Debtors must file the Schedules and Statements and 2015.3 Reports is extended through and including May 6, 2025.

2. This Stipulation is without prejudice to the Debtors' ability to request additional extensions from the Court for cause shown or, alternatively, to obtain further extensions upon entering into a further stipulation with the United States Trustee and filing such stipulation on the Court's docket without the need for further Court order.

Dated: April 30, 2025
**STIPULATED AND AGREED TO BY:**

*/s/ Timothy A. ("Tad") Davidson II*
**HUNTON ANDREWS KURTH LLP**
Timothy A. ("Tad") Davidson II (Texas Bar No. 24012503)
Ashley L. Harper (Texas Bar No. 24065272)
Philip M. Guffy (Texas Bar No. 24113705)
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone: (713) 220-4200
Email: taddavidson@hunton.com
ashleyharper@hunton.com
pguffy@hunton.com

**LATHAM & WATKINS LLP**
Ray C. Schrock (NY Bar No. 4860631)
Alexander W. Welch (NY Bar No. 5624861)
Hugh Murtagh (NY Bar No. 5002498)
Adam S. Ravin (NY Bar No. 4079190)
Jonathan J. Weichselbaum (NY Bar No. 5676143)
1271 Avenue of the Americas
New York, NY 10020
Email: ray.schrock@lw.com
alex.welch@lw.com
hugh.murtagh@lw.com
adam.ravin@lw.com
jon.weichselbaum@lw.com

*Co-Counsel for the Debtors and Debtors in Possession*

-and-

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE

By: */s/ Jana Smith Whitworth*
Jana Smith Whitworth
Trial Attorney
Texas State Bar No. 00797453/Federal ID 20656
Office of the United States Trustee
515 Rusk Street, Suite 3516
Houston, Texas 77002
(713) 717-4663
Jana.Whitworth@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that on April 30, 2025, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

*/s/ Timothy A. ("Tad") Davidson II*
Timothy A. ("Tad") Davidson II