**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | § | **Chapter 11** |
|  | § |  |
| **DOCUDATA SOLUTIONS, INC.,** *et al.*, [1] | § | **Case No. 25-90023 (CML)** |
|  | § |  |
| **Debtors.** | § | **(Jointly Administered)** |
|  | § |  |

**THE UNITED STATES TRUSTEE'S**
**NOTICE OF RESCHEDULED TIME FOR MEETING OF CREDITORS**

TO THE CREDITORS OF DOCUDATA SOLUTIONS, INC., *et al.*:

The telephonic meeting of creditors for the above-entitled case has been rescheduled on **Monday, May 12, 2025, to 2:00 p.m.** **(Houston Time).** The meeting will be held via teleconference at the following call-in number:

Conference Number:  (866) 707-5468
Passcode: 6166997

SIGNED on May 5, 2025.

Respectfully submitted,

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE REGION 7
By:     */s/ Jana Smith Whitworth*
          Jana Smith Whitworth, Trial Attorney
          SBOT No. 00797453/Fed. ID 20656
          515 Rusk Avenue, Suite 3516
          Houston, Texas 77002
          (713) 718-4650
          (713) 718-4670 Fax
          Email: Jana.Whitworth@usdoj.gov

---

[1]  A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/DocuDataSolutions.  The Debtors' mailing address for the purposes of these cases is 2701 E. Grauwyler Road, Irving, TX 75061 USA.

<u>CERTIFICATE OF SERVICE</u>

I certify that, on May 5, 2025, a true and correct copy of foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

<u>*/s/  Jana Smith Whitworth*</u>
Jana Smith Whitworth