**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| DOCUDATA SOLUTIONS, L.C., *et al.*, | : | Case No 25-90023 (CML) |
| Debtors.[1] | : | (Jointly Administered) |

## PERIODIC REPORT OF DEBTORS PURSUANT TO BANKRUPTCY RULE 2015.3

      This is the Periodic Report, as of December 31, 2024, on the value, operations, and profitability of those entities in which one or more of the above-captioned debtors (each a "Debtor" and together the "Debtors") either alone or collectively hold a substantial or controlling interest (each a "Controlled Non-Debtor Entity" and together the "Controlled Non-Debtor Entities" and together with the Debtors, the Company"), as required by rule 2015.3 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").  For purposes of this form, "Debtor" shall include the estate of such Debtor.  This report was prepared solely for the purpose of complying with the Bankruptcy Rules.

      A list of the Controlled Non-Debtor Entities included in this Periodic Report and the corresponding interest of the Debtors' estates in such entities as of December 31, 2024 is provided in the chart below:

| Controlled Non-Debtor Entity | Interest of the Estates |
|---|---|
| Arista SAS | 100% |
| ASTERION Belgium N.V. | 100% |
| ASTERION Denmark A/S | 100% |
| ASTERION DM Finland A.B. | 100% |
| ASTERION France S.A.S. | 100% |
| ASTERION International GmbH | 100% |
| ASTERION Sweden A.B. | 100% |
| BancTec (Philippines) Inc. | 100% |
| BancTec B.V. (Netherlands) | 100% |
| BancTec Europe Limited | 100% |

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/DocuDataSolutions. The Debtors' mailing address for the purposes of these cases is 2701 E. Grauwyler Road, Irving, TX 75061 USA.

| Controlled Non-Debtor Entity | Interest of the Estates |
|---|---|
| BancTec Holding N.V. (Netherlands) | 100% |
| BancTec India Pvt. Ltd. | 50% |
| BancTec transaktionsservice GmbH (Austria) | 100% |
| BillSmart Solutions LLC | 34% |
| BTC Int'l Holdings, Inc. | 100% |
| Dataforce Interact Holdings Ltd. | 100% |
| Dataforce Interact Ltd. | 100% |
| DF Property Portfolio Ltd. | 100% |
| Digital Mailroom, LLC | 100% |
| Drescher Euro-label Sp Z.o.o. (Poland) | 100% |
| Drescher Full-Service Versand GmbH | 100% |
| DrySign, LLC | 100% |
| Exela BR SPV, LLC | 100% |
| Exela Receivables 3 Holdco, LLC | 100% |
| Exela Receivables 3, LLC | 100% |
| Exela Technologies AS (Norway) | 100% |
| Exela Technologies BV (Netherlands) | 100% |
| Exela Technologies ECM Solutions GmbH (Germany) | 100% |
| Exela Technologies GmbH (Germany) | 100% |
| Exela Technologies Holding GmbH (Germany) | 100% |
| Exela Technologies Iberica S.A. (Spain) | 100% |
| Exela Technologies India Private Ltd. | 100% |
| Exela Technologies Payment Solutions Ltd. | 100% |
| Exela Technologies RE B.V. (Netherlands) | 100% |

| Controlled Non-Debtor Entity | Interest of the Estates |
|---|---|
| Exela Technologies S.A. (France) | 100% |
| Exela Technologies Services SAS | 100% |
| ExelaPay LLC | 100% |
| Fedaso France SAS | 100% |
| Glo-X, Inc. | 100% |
| HOV Global Services Ltd. (UK) | 100% |
| HOV Services (Nanchang), Ltd | 100% |
| HOV Services, (Beijing) Ltd. | 100% |
| Imagenes Digitales, S.A. de C.V. | 99% |
| LexiCode Healthcare, Inc. | 100% |
| O.T. Drescher AG (Switzerland) | 100% |
| Orone Contact SARL (Morocco) | 100% |
| Pacific Northwest United Information Services, LLC | 100% |
| PCH Subscription Services, LLC | 100% |
| Plexus Europe Ltd. | 100% |
| Promotora de Tecnologia, S.A. de C.V. | 100% |
| Recognition de Mexico S.A. De C.V. | 100% |
| S-CORP Philippines, Inc. | 100% |
| SDS Applications Limited | 100% |
| SDS Trading Applications Limited | 100% |
| SOURCECORP de Mexico S.A. De C.V. | 100% |
| SourceHOV India Pvt. Ltd. | 100% |
| XBP Europe AB (Sweden) | 100% |
| XBP Europe d.o.o. Belgrade (Serbia) | 100% |
| XBP Europe Limited | 100% |
| XBP Europe Parkwest Limited | 100% |
| XBP Europe sp. z.o.o. (Poland) | 100% |
| XBP Europe, Holdings Inc. | 72% |
| XBP Europe, Inc. | 100% |

This Periodic Report contains separate reports (the "<u>Entity Reports</u>") on the value, operations, and profitability of each Controlled Non-Debtor Entity. Each Entity Report consists of five exhibits:

- **<u>Exhibit A</u>** contains the most recently available balance sheet and a statement of income (*loss*), statement of cash flows for the period covered by the Entity Report, along with summarized footnotes. If there are no financials for a legal entity, there is no balance sheet or income statement listed.

- **<u>Exhibit B</u>** describes the Controlled Non-Debtor Entity's business operations.

- **<u>Exhibit C</u>** describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

- **<u>Exhibit D</u>** describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

- **<u>Exhibit E</u>** describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

The undersigned, having reviewed the Entity Reports for each Controlled Non-Debtor Entity, and being familiar with the Debtors' financial affairs, verifies under the penalty of perjury that to the best of his knowledge, (i) this Periodic Report and the attached Entity Reports are complete, accurate and truthful to the best of his knowledge and (ii) the Debtors did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3.

Dated: May 6, 2025

                                        */s/* Matthew T. Brown
                                        Matthew T. Brown
                                        Interim Chief Financial Officer

**General Notes to the Periodic Report**

**Description of these Chapter 11 Cases**

On March 3, 2025 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Court"). The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On March 4, 2025, the Court entered an order authorizing the joint administration and procedural consolidation of the Chapter 11 Cases pursuant to Bankruptcy Rule 1015(b) [Docket No. 45]. Additional information about these Chapter 11 Cases, court filings, and claims information is available at the Debtors' restructuring website: https:// omniagentsolutions.com/DocuDataSolutions

**Basis of Presentation**

In accordance with Bankruptcy Rule 2015.3, and except as otherwise provided herein, the financial statements and supplemental information contained herein are set forth as of December 31 2024, except as otherwise noted, for the legal entities owned on the Petition Date. The condensed financial statements contained herein are unaudited, have not been prepared in accordance with U.S. generally accepted accounting principles ("U.S. GAAP") or any other recognized financial reporting framework and are not intended to reconcile to any financial statements otherwise prepared or distributed by the Debtors or Non-Debtors.

The financial statements contained herein are presented per DocuData Solutions L.C.'s ("DocuData") books and records without, among other things, all adjustments or reclassification that may be necessary or typical with respect to consolidating financial statements or in accordance with U.S. GAAP. Because the Debtors' accounting systems, policies, and practices were developed to produce consolidated financial statements by business unit, rather than financial statements by legal entity, it is possible that not all assets, liabilities, income or expenses have been recorded on the correct legal entity. Accordingly, the Debtors and Controlled Non-Debtor Entities reserve all rights to supplement or amend any financial statements contained in this Periodic Report.

The Periodic Report is limited in scope, covers a limited time period, and has been prepared solely for the purposes of complying with the reporting requirements of the Bankruptcy Rules and the United States Trustee. Given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a Controlled Non-Debtor Entity shows more assets than liabilities, this is not an admission that the Controlled Non-Debtor Entity was solvent at the Petition Date or at any time prior to the Petition Date, including the date as of or for the period of any financial statements or other information included in this Periodic Report. Likewise, to the extent that a Controlled Non-Debtor Entity shows more liabilities than assets, this is not an admission that the Controlled Non-Debtor Entity was insolvent at the Petition Date or any time prior to the Petition Date, including the date as of or for the period of any financial statements or other information included in this Periodic Report.

The unaudited, condensed financial information presented in the Periodic Report has been derived from the books and records of DocuData. This information, however, has not been subjected to procedures that would typically be applied to financial information presented in accordance with U.S. GAAP or any other recognized financial reporting framework, and upon application of such procedures, the Debtors and Controlled Non-Debtor Entities believe that the financial information could be subject to changes, and these changes could be material.

The preparation of the unaudited, condensed financial information presented in the Periodic Report requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities as of the date of presentation, as well as the reported amount of revenues and expenses during the reporting period. Actual amounts and results could differ materially from those estimates and/or the information set forth in this Periodic Report.

The results of operations contained herein are not necessarily indicative of results that are expected from any other period or for the full year and may not necessarily reflect the combined results of operations, financial position and cash flows of the Controlled Non-Debtor Entities in the future.

Although the Debtors have undertaken commercially reasonable efforts to prepare this Periodic Report, there can be no assurance that the financial information presented herein is complete. This Periodic Report was not prepared for the purpose of providing the basis for an investment decision relating to any of the securities of the Debtors, including DocuData.

There can be no assurance that, from the perspective of an investor or potential investor in the Debtors' securities that this Periodic Report is complete. Likewise, no assurance can be given as to the value, if any, that may be ascribed to the interests identified set forth in this Periodic Report, and such financial information should not be viewed as indicative of future results.

For the reasons discussed above, the Debtors caution readers not to place undue reliance upon information contained in the Periodic Report.

**<u>Reservation of Rights</u>**

Nothing contained in this Periodic Report shall constitute a waiver or admission by the Debtors in any respect, nor shall this Periodic Report or any information set forth herein waive or release any of the Debtors' rights or admission with respect to their Chapter 11 Cases, or their estates, including with respect to, among other things, matters involving objections to claims, substantive consolidation, equitable subordination, defenses, characterization or re-characterization of contracts, assumption or rejection of contracts under the provisions of chapter 3 of the Bankruptcy Code and/or causes of action under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable laws to recover assets or avoid transfers.

The Debtors are reviewing the assets and liabilities of their affiliates on an ongoing basis, including without limitation with respect to intercompany claims and obligations, and nothing contained in this Periodic Report shall constitute a waiver of any of the Debtors' or their affiliates rights with respect to such assets, liabilities, claims and obligations that may exist.

**Statements of Cash Flows and Changes in Shareholder's Equity**

The Debtors prepare their Statements of Cash Flows and Changes in Shareholder's Equity solely on a consolidated basis. Accordingly, Statements of Cash Flows and Changes in Shareholder's Equity for the Controlled Non-Debtor Entities have been omitted from this Periodic Report.

# Exhibit A
## Balance Sheet - Non Debtor Entities
### As of December 31, 2024

| | 8850-Dataforce Interact Holdings Ltd. (DIHL)-Legal | 8860-HOV Global Services Ltd. (HOVGSL)-Legal | 8870-DF Property Portfolio Ltd. (DFPPL)-Legal | 8880-Dataforce Interact Ltd. (DIL)-Legal | BTC Intl Holdings, Inc LE | Plexus Europe Ltd-UK | Exela-Norway |
|---|---|---|---|---|---|---|---|
| **Balance Sheet** | | | | | | | |
| Cash, Cash Equivalents and Restricted Cash | $0 | $12 | $0 | $2 | $365 | $63,091 | $79,939 |
| Accounts receivable, net | - | 54,786 | - | 388,476 | - | 34,994 | 164,855 |
| Inventory, net | - | - | - | - | - | - | - |
| Current deferred tax assets | - | - | - | - | - | - | - |
| Prepaid expenses and other current assets | - | 0 | - | (1) | 608,567 | (50,057) | 136 |
| Current tax receivable | - | - | - | - | - | - | - |
| **Total Current Assets** | - | 54,797 | - | 388,476 | 608,932 | 48,028 | 244,930 |
| | | | | | | | |
| Property, plant and equipment, net | - | (0) | - | 0 | - | - | 94,921 |
| Operating Lease Right of Use Assets | - | - | - | - | - | - | 128,206 |
| Goodwill | - | 199,374 | 1 | - | (34,042,819) | (2,818,763) | - |
| Intangible assets, net | - | - | - | - | - | - | - |
| Other long-term assets | - | 12,450 | - | 0 | - | (0) | 4,405 |
| Investment In Subs | 13,318,082 | - | - | - | (7,034,493) | - | - |
| Intercompany Assets | (5,250,650) | (1,744,310) | 38,707 | 18,463 | 47,991,825 | 3,345,907 | (1,993,709) |
| **Total non-current assets** | 8,067,433 | (1,532,487) | 38,708 | 18,463 | 6,914,512 | 527,144 | (1,766,178) |
| | | | | | | | |
| **Total Assets** | $8,067,433 | ($1,477,690) | $38,708 | $406,940 | $7,523,444 | $575,172 | ($1,521,249) |
| | | | | | | | |
| Short-term debt | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Accounts payable and Accrued Liabilities | - | 73,900 | - | 334,547 | 560,000 | 86,686 | 928,649 |
| Current deferred tax liabilities | - | - | - | - | - | - | - |
| Current tax payable | - | - | - | 96,421 | - | 4,035 | 47,087 |
| **Total current liabilities** | - | 73,900 | - | 430,967 | 560,000 | 90,721 | 975,736 |
| | | | | | | | |
| Debt Facility and Capital Lease Accounts | - | - | - | - | - | - | - |
| Non-current deferred tax | - | - | - | - | - | - | - |
| Long term corporate tax payable | | | | | | | |
| Other long-term liabilities | - | - | - | (0) | - | - | (796,823) |
| **Total non-current liabilities** | - | - | - | (0) | - | - | (796,823) |
| | | | | | | | |
| **Total Liabilities** | - | 73,900 | - | 430,967 | 560,000 | 90,721 | 178,913 |
| | | | | | | | |
| Common Stock | - | - | - | - | - | - | - |
| Total Additional Paid In Capital | 26,799,775 | 4,898,409 | 33,506 | 446,346 | (674,172) | - | - |
| Accumulated other comprehensive profit/(loss) | | | | | | | |
| Retained Earnings | (22,154,583) | (6,938,913) | 13,987 | 215,903 | 7,460,777 | 708,105 | (2,188,754) |
| Other Compensation | 3,422,240 | 488,915 | (8,786) | (686,276) | 176,839 | (223,654) | 488,592 |
| **Total Equity** | 8,067,433 | (1,551,589) | 38,708 | (24,028) | 6,963,444 | 484,451 | (1,700,162) |
| | | | | | | | |
| **Total Liabilities and Equity** | $8,067,433 | ($1,477,690) | $38,708 | $406,940 | $7,523,444 | $575,172 | ($1,521,249) |

# Exhibit A
# Balance Sheet - Non Debtor Entities
## As of December 31, 2024

| | BancTec BV-Netherlands | BancTec Transaktionsservice GMBH | ECM Germany Summary | BancTec Holding NV-Netherlands | XBP Europe Holdings, Inc | XBP Europe LE | BancTec Europe Limited LE |
|---|---|---|---|---|---|---|---|
| **Balance Sheet** | | | | | | | |
| Cash, Cash Equivalents and Restricted Cash | $24,752 | $326 | $1,350 | ($71,688) | $4,162,243 | $0 | $0 |
| Accounts receivable, net | 914,310 | 183,343 | 924,127 | - | - | - | - |
| Inventory, net | 314,538 | 7,864 | 247,149 | - | - | - | - |
| Current deferred tax assets | - | 0 | 0 | - | - | - | - |
| Prepaid expenses and other current assets | 34,210 | 627 | 210,062 | (0) | 718 | - | 2,648 |
| Current tax receivable | - | - | - | - | - | - | - |
| *Total Current Assets* | 1,287,810 | 192,161 | 1,382,689 | (71,688) | 4,162,962 | - | 2,648 |
| | | | | | | | |
| Property, plant and equipment, net | 224,736 | 9,749 | 549,560 | - | - | - | - |
| Operating Lease Right of Use Assets | (0) | - | 374,568 | - | - | - | - |
| Goodwill | 1,284,383 | - | 1,384,092 | 4,921,901 | - | - | - |
| Intangible assets, net | (0) | 0 | 136,385 | - | - | - | - |
| Other long-term assets | 57,643 | (0) | 979,649 | 0 | - | - | - |
| Investment In Subs | - | (38,171) | - | (3,227,415) | - | - | 15,928,163 |
| Intercompany Assets | (2,475,761) | (1,534,818) | 34,814,575 | 51,231,213 | 2,173,507 | (1,768,021) | (14,423,522) |
| *Total non-current assets* | (909,000) | (1,563,240) | 38,238,830 | 52,925,699 | 2,173,507 | (1,768,021) | 1,504,641 |
| | | | | | | | |
| **Total Assets** | $378,810 | ($1,371,079) | $39,621,519 | $52,854,011 | $6,336,469 | ($1,768,021) | $1,507,288 |
| | | | | | | | |
| Short-term debt | $5,227 | $0 | $8,708 | $1,818,697 | $0 | $0 | $0 |
| Accounts payable and Accrued Liabilities | 594,071 | 831,616 | 2,897,369 | 187,886 | 909,739 | 241,525 | - |
| Current deferred tax liabilities | - | - | - | - | - | - | - |
| Current tax payable | (604,068) | 24,810 | (682,213) | (9,295) | - | - | - |
| *Total current liabilities* | (4,770) | 856,425 | 2,223,864 | 1,997,288 | 909,739 | 241,525 | - |
| | | | | | | | |
| Debt Facility and Capital Lease Accounts | - | - | - | 21,675,283 | - | - | - |
| Non-current deferred tax | - | - | - | - | - | - | - |
| Long term corporate tax payable | | | | | | | |
| Other long-term liabilities | - | - | 1,491,892 | - | 7,315 | - | - |
| *Total non-current liabilities* | - | - | 1,491,892 | 21,675,283 | 7,315 | - | - |
| | | | | | | | |
| **Total Liabilities** | (4,770) | 856,425 | 3,715,757 | 23,672,571 | 917,054 | 241,525 | - |
| | | | | | | | |
| Common Stock | - | - | - | - | - | - | - |
| Total Additional Paid In Capital | 97,974 | 128,518 | - | - | 10,009,410 | - | 25,870 |
| Accumulated other comprehensive profit/(loss) | | | | | | | |
| Retained Earnings | 70,801 | (2,397,105) | 38,674,120 | 47,568,417 | (6,201,095) | (2,009,546) | 192,858 |
| Other Compensation | 214,805 | 41,083 | (2,768,358) | (18,386,977) | 1,611,099 | - | 1,288,560 |
| **Total Equity** | 383,580 | (2,227,504) | 35,905,763 | 29,181,440 | 5,419,415 | (2,009,546) | 1,507,288 |
| | | | | | | | |
| **Total Liabilities and Equity** | $378,810 | ($1,371,079) | $39,621,519 | $52,854,011 | $6,336,469 | ($1,768,021) | $1,507,288 |

2

**Exhibit A**
**Balance Sheet - Non Debtor Entities**
**As of December 31, 2024**

| | Ast Germ-Asterion International GmbH | ASTERION France S.A.S. | ASTERION Belgium N.V. | ASTERION DM Finland A.B. | ASTERION Sweden A.B. | ASTERION Denmark A.S. | Orone Morocco SA |
|---|---|---|---|---|---|---|---|
| **Balance Sheet** | | | | | | | |
| Cash, Cash Equivalents and Restricted Cash | $122 | $107,799 | $42,825 | $0 | $72,296 | $2,404 | $2,309 |
| Accounts receivable, net | 2,269 | 4,093,122 | 584,259 | - | 95,564 | 24,001 | 17,596 |
| Inventory, net | - | 1,731,910 | 11,718 | - | 37,447 | 14,637 | - |
| Current deferred tax assets | - | - | - | - | - | - | - |
| Prepaid expenses and other current assets | 4,700 | 271,572 | 4,742 | - | 9,834 | 1,361 | 5,829 |
| Current tax receivable | - | - | - | - | - | - | - |
| ***Total Current Assets*** | 7,091 | 6,204,403 | 643,543 | - | 215,141 | 42,404 | 25,735 |
| Property, plant and equipment, net | 3 | 309,240 | 5,832 | - | 9,989 | 167 | 73,369 |
| Operating Lease Right of Use Assets | - | 44,661 | - | - | 133,562 | 117,256 | - |
| Goodwill | 566,691 | (2,503,512) | - | - | - | - | (68,789) |
| Intangible assets, net | - | 718,839 | - | - | - | - | - |
| Other long-term assets | (0) | 2,750,591 | 6,843 | - | 5,437 | - | 5,052 |
| Investment In Subs | (16,162,639) | - | 234,476 | - | - | - | - |
| Intercompany Assets | (2,428,093) | 1,797,256 | 1,405,849 | (230,335) | 965,345 | (510,982) | (42,802) |
| ***Total non-current assets*** | (18,024,037) | 3,117,075 | 1,653,000 | (230,335) | 1,114,333 | (393,560) | (33,171) |
| **Total Assets** | ($18,016,946) | $9,321,478 | $2,296,543 | ($230,335) | $1,329,474 | ($351,156) | ($7,436) |
| Short-term debt | $0 | $1 | $0 | $0 | $0 | $0 | $0 |
| Accounts payable and Accrued Liabilities | 113,029 | 8,613,484 | 1,259,450 | 0 | 211,708 | 73,750 | (261,900) |
| Current deferred tax liabilities | - | - | - | - | - | - | - |
| Current tax payable | 35,182 | - | - | - | (9,068) | - | (3,137) |
| ***Total current liabilities*** | 148,211 | 8,613,485 | 1,259,450 | 0 | 202,640 | 73,750 | (265,037) |
| Debt Facility and Capital Lease Accounts | - | - | - | - | - | - | - |
| Non-current deferred tax | - | 0 | - | - | - | - | - |
| Long term corporate tax payable | | | | | | | |
| Other long-term liabilities | - | 1,589,406 | - | - | 39,859 | 89,567 | - |
| ***Total non-current liabilities*** | - | 1,589,406 | - | - | 39,859 | 89,567 | - |
| **Total Liabilities** | 148,211 | 10,202,892 | 1,259,450 | 0 | 242,500 | 163,317 | (265,037) |
| Common Stock | - | - | - | - | - | - | - |
| Total Additional Paid In Capital | (4,515,450) | 1,160,647 | 967,952 | 85,229 | 1,978,391 | 651,876 | 187,215 |
| Accumulated other comprehensive profit/(loss) | | | | | | | |
| Retained Earnings | (315,979) | (6,681,298) | (577,188) | (340,003) | (1,395,801) | (1,179,505) | 72,963 |
| Other Compensation | (13,333,728) | 4,639,237 | 646,329 | 24,439 | 504,384 | 13,156 | (2,578) |
| **Total Equity** | (18,165,157) | (881,413) | 1,037,093 | (230,335) | 1,086,975 | (514,473) | 257,600 |
| **Total Liabilities and Equity** | ($18,016,946) | $9,321,478 | $2,296,543 | ($230,335) | $1,329,474 | ($351,156) | ($7,436) |

**Exhibit A**
**Balance Sheet - Non Debtor Entities**
**As of December 31, 2024**

| | Fedaso France SA | Arista France SA | Drescher Full-Service Versand GmbH | O.T. Drescher AG (Switzerland) | Drescher Euro-label Sp Z.o.o (Poland) | Exela Technology RE BV (Netherlands) | Exela Technologies BV (Netherlands) |
|---|---|---|---|---|---|---|---|
| **Balance Sheet** | | | | | | | |
| Cash, Cash Equivalents and Restricted Cash | $1,686 | $23,624 | ($33,140) | $5,641 | ($0) | $0 | $0 |
| Accounts receivable, net | 153,950 | 599,286 | (77,066) | 129,817 | 0 | - | - |
| Inventory, net | - | - | 459,657 | 40,761 | (0) | - | - |
| Current deferred tax assets | - | - | - | - | - | - | - |
| Prepaid expenses and other current assets | 837 | 16,237 | 385,182 | - | - | (0) | 6,881 |
| Current tax receivable | - | - | - | - | - | - | - |
| **Total Current Assets** | 156,473 | 639,147 | 734,633 | 176,219 | (0) | (0) | 6,881 |
| | | | | | | | |
| Property, plant and equipment, net | (0) | 5,613 | 436,132 | 1 | - | - | 2,316 |
| Operating Lease Right of Use Assets | - | - | - | - | - | - | 118,553 |
| Goodwill | 194,457 | (764,946) | 2,690,768 | 68,188 | 32,816 | - | - |
| Intangible assets, net | - | - | - | - | - | - | - |
| Other long-term assets | 11,913 | 7,833 | 25,785 | 5,511 | - | - | - |
| Investment In Subs | - | - | - | - | - | - | - |
| Intercompany Assets | (1,936) | (414,074) | (13,039,528) | 52,992 | (1,260,436) | (11,336) | (3,410,432) |
| **Total non-current assets** | 204,433 | (1,165,575) | (9,886,843) | 126,693 | (1,227,620) | (11,336) | (3,289,562) |
| | | | | | | | |
| **Total Assets** | $360,907 | ($526,428) | ($9,152,211) | $302,912 | ($1,227,620) | ($11,336) | ($3,282,682) |
| | | | | | | | |
| Short-term debt | $0 | $0 | ($2) | $0 | $0 | $0 | $0 |
| Accounts payable and Accrued Liabilities | 677,715 | 608,627 | 2,077,218 | 87,471 | 0 | 208 | 88,615 |
| Current deferred tax liabilities | - | - | - | - | - | - | - |
| Current tax payable | - | 75,695 | (26,248) | - | - | - | - |
| **Total current liabilities** | 677,715 | 684,322 | 2,050,968 | 87,471 | 0 | 208 | 88,615 |
| | | | | | | | |
| Debt Facility and Capital Lease Accounts | - | - | - | - | - | - | - |
| Non-current deferred tax | - | - | - | - | - | - | - |
| Long term corporate tax payable | | | | | | | |
| Other long-term liabilities | - | - | - | - | - | - | (12,557) |
| **Total non-current liabilities** | - | - | - | - | - | - | (12,557) |
| | | | | | | | |
| **Total Liabilities** | 677,715 | 684,322 | 2,050,968 | 87,471 | 0 | 208 | 76,058 |
| | | | | | | | |
| Common Stock | - | - | - | - | - | - | - |
| Total Additional Paid In Capital | 581,990 | (711,550) | 5,851,530 | 299,367 | 179,198 | - | 11,933 |
| Accumulated other comprehensive profit/(loss) | | | | | | | |
| Retained Earnings | (877,990) | (710,688) | (20,071,989) | (164,611) | (1,404,706) | (13,159) | (3,675,849) |
| Other Compensation | (20,808) | 211,488 | 3,017,281 | 80,685 | (2,112) | 1,616 | 305,177 |
| **Total Equity** | (316,808) | (1,210,749) | (11,203,179) | 215,441 | (1,227,620) | (11,544) | (3,358,739) |
| | | | | | | | |
| **Total Liabilities and Equity** | $360,907 | ($526,428) | ($9,152,211) | $302,912 | ($1,227,620) | ($11,336) | ($3,282,682) |

4

**Exhibit A**
**Statement Of Operations - Non Debtor Entities**
**Year to Date December 31, 2024**

|  | Dataforce Interact Holdings Ltd. | 8860-HOV Global Services Ltd. (HOVGSL)-Legal | 8870-DF Property Portfolio Ltd. (DFPPL)-Legal | 8880-Dataforce Interact Ltd. (DIL)-Legal | BTC Intl Holdings, Inc LE | Plexus Europe Ltd-UK | Exela-Norway |
|---|---|---|---|---|---|---|---|
| Income Statement | | | | | | | |
| | | | | | | | |
| Net Sales | - | - | - | 187,349 | - | 349,584 | 1,404,265 |
| Cost of Sales | - | (495) | - | (223,150) | - | (569,399) | (1,295,622) |
| Gross profit/(loss) | - | (495) | - | (35,802) | - | (219,816) | 108,643 |
| | | | | | | | |
| Total operating expenses | 290,589 | (16,244) | - | 398,225 | - | (24,042) | (155,593) |
| Operating income (loss) | 290,589 | (16,739) | - | 362,423 | - | (243,858) | (46,950) |
| | | | | | | | |
| Interest (income) expense | 22,871 | 536 | - | (11,793) | - | (19,456) | (270,939) |
| Income (Loss) Before Taxes | 267,718 | (17,275) | - | 373,820 | - | (257,568) | (224,724) |
| | | | | | | | |
| Tax Expense (Benefit) | - | - | - | - | - | - | (5,638) |
| Income (Loss) After Taxes | 267,718 | (17,275) | - | 373,820 | - | (257,568) | (230,362) |
| | | | | | | | |
| Intecompany Interest and Fees (Loss) | - | 12,764 | - | (62,924) | - | 29,954 | (67,396) |
| Net income (loss) | 267,718 | (4,512) | - | 310,896 | - | (227,614) | (297,758) |

**Exhibit A**
**Statement Of Operations - Non Debtor Entities**
**Year to Date December 31, 2024**

|  | BancTec BV-Netherlands | BancTec Transaktionsservice GMBH | ECM Germany Summary | BancTec Holding NV-Netherlands | XBP Europe Holdings, Inc | XBP Europe LE | BancTec Europe Limited LE |
|---|---|---|---|---|---|---|---|
| Income Statement | | | | | | | |
| Net Sales | 3,733,835 | 303,245 | 8,968,559 | - | - | - | - |
| Cost of Sales | (1,775,898) | (476,328) | (6,232,826) | (75,780) | - | - | - |
| Gross profit/(loss) | 1,957,936 | (173,083) | 2,735,733 | (75,780) | - | - | - |
| Total operating expenses | (333,980) | 47,589 | (562,792) | (33,726) | (5,337,064) | 6,247 | - |
| Operating income (loss) | 1,623,956 | (125,494) | 2,172,941 | (109,507) | (5,337,064) | 6,247 | - |
| Interest (income) expense | 281,149 | 6,712 | (80,871) | (915,833) | 36,729 | (6) | (645,301) |
| Income (Loss) Before Taxes | 1,338,287 | (132,206) | 2,043,982 | (1,373,268) | (5,300,335) | 6,253 | 645,301 |
| Tax Expense (Benefit) | - | (13,544) | (74,190) | - | - | - | - |
| Income (Loss) After Taxes | 1,338,287 | (145,751) | 1,969,792 | (1,373,268) | (5,300,335) | 6,253 | 645,301 |
| Intecompany Interest and Fees (Loss) | (118,111) | (42,831) | 500,428 | 2,580,168 | (24,548) | (7,536) | (142,243) |
| Net income (loss) | 1,220,176 | (188,582) | 2,470,356 | 1,206,901 | (5,324,884) | (1,283) | 503,057 |

**Exhibit A**
**Statement Of Operations - Non Debtor Entities**
**Year to Date December 31, 2024**

|  | Ast Germ-Asterion International GmbH | ASTERION France S.A.S. | ASTERION Belgium N.V. | ASTERION DM Finland A.B. | ASTERION Sweden A.B. | ASTERION Denmark A.S. | Orone Morocco SA |
|---|---|---|---|---|---|---|---|
| Income Statement | | | | | | | |
| Net Sales | - | 36,878,693 | 3,498,871 | - | 968,575 | 183,475 | 859,988 |
| Cost of Sales | (1,258) | (33,531,437) | (3,116,360) | - | (853,698) | (184,559) | (639,611) |
| Gross profit/(loss) | (1,258) | 3,347,257 | 382,511 | - | 114,877 | (1,085) | 220,377 |
| Total operating expenses | (13,633) | (2,950,150) | (255,018) | (412) | (54,534) | (52,243) | (179,622) |
| Operating income (loss) | (14,891) | 397,107 | 127,494 | (412) | 60,343 | (53,327) | 40,755 |
| Interest (income) expense | (37,765) | 834,107 | 25,529 | 5,814 | (39,006) | (1,481) | 26,143 |
| Income (Loss) Before Taxes | 22,874 | (918,927) | 101,965 | (6,226) | 100,446 | (51,846) | 66,898 |
| Tax Expense (Benefit) | - | - | (1,203) | 22,092 | - | - | (6,325) |
| Income (Loss) After Taxes | 22,874 | (918,927) | 100,762 | 15,865 | 100,446 | (51,846) | 60,573 |
| Intecompany Interest and Fees (Loss) | (1,585) | (1,373,402) | (94,002) | - | (30,475) | (12,400) | (14,521) |
| Net income (loss) | 21,289 | (2,292,329) | 6,760 | 15,865 | 69,972 | (64,246) | 46,052 |

7

**Exhibit A**
**Statement Of Operations - Non Debtor Entities**
**Year to Date December 31, 2024**

|  | Fedaso France SA | Arista France SA | Drescher Full-Service Versand GmbH | O.T. Drescher AG (Switzerland) | Drescher Euro-label Sp Z.o.o (Poland) | Exela Technology RE BV (Netherlands) | Exela Technologies BV (Netherlands) |
|---|---|---|---|---|---|---|---|
| Income Statement |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
| Net Sales | 1,182,652 | 747,373 | 7,713,113 | 642,431 | 0 | - | (0) |
| Cost of Sales | (800,030) | (846,949) | (9,313,285) | (495,773) | (8,278) | - | (1,911) |
| Gross profit/(loss) | 382,622 | (99,576) | (1,600,172) | 146,658 | (8,278) | - | (1,911) |
|  |  |  |  |  |  |  |  |
| Total operating expenses | (86,331) | (165,683) | (2,835,160) | (165,740) | - | - | 70,893 |
| Operating income (loss) | 296,291 | (265,259) | (4,435,333) | (19,082) | (8,278) | - | 68,982 |
|  |  |  |  |  |  |  |  |
| Interest (income) expense | 12,775 | 36,478 | 187,833 | 5,600 | - | - | 1,128 |
| Income (Loss) Before Taxes | 283,516 | (301,737) | (4,657,358) | (24,685) | (8,278) | - | 67,853 |
|  |  |  |  |  |  |  |  |
| Tax Expense (Benefit) | - | - | 229 | - | - | - | - |
| Income (Loss) After Taxes | 283,516 | (301,737) | (4,657,129) | (24,685) | (8,278) | - | 67,853 |
|  |  |  |  |  |  |  |  |
| Intecompany Interest and Fees (Loss) | (19,486) | (65,743) | (1,055,042) | - | - | - | (36,828) |
| Net income (loss) | 264,030 | (367,480) | (5,712,171) | (24,685) | (8,278) | - | 31,026 |

8

**Exhibit B**
**Description of Controlled Non-Debtor Business Operations**

The Company is a global leader in business process automation and uses its international reach and proprietary technology to provide high-quality payments processing and digital transformation solutions to its clients throughout the Americas and Asia that improve efficiency and reduce operating costs. The Debtor entities are the US and Canadian entities while the Controlled Non-Debtor business operations are primarily the international entities.

The Company's Controlled Non-Debtor Entity operations include operations in India and the Philippines. These entities provide critical employee support with over 6,500 employees as well as critical back office functions.

**Exhibit C**
**Description of Claims between Controlled Non-Debtor Entities**

The Debtors conduct ordinary course transactions with other Debtors, between the Debtors and the Controlled Non-Debtor Entities, and between different Controlled Non-Debtor Entities (such transactions, the "Intercompany Transactions"), which take two primary forms: (a) transactions through which the Debtors process payroll and payments to third party vendors, provide enterprise-wide management and support services, and otherwise facilitate operations on a daily basis, and (b) transactions in connection with the Securitization Program, including with respect to the sale of Receivables by the Debtors to the Controlled Non-Debtor Entities. As a result of the Intercompany Transactions, there are numerous intercompany receipts and payments made in the ordinary course of the Debtors' and Controlled Non-Debtor Entities' business (the "Intercompany Claims"). The Debtors track and account for each Intercompany Transaction and the resulting Intercompany Claim, including transactions with and claims of the Controlled Non-Debtor Entities.

Intercompany Transactions such as the foregoing are crucial to the Company's overall business operations. Discontinuing Intercompany Transactions would unnecessarily disrupt the Cash Management System and the Company's operations to the detriment of the Debtors, the Controlled Non-Debtor Entities their creditors, and other stakeholders. The Debtors have been granted authority to continue engaging in Intercompany Transactions with both Debtors and the Controlled Non-Debtor Entities on a postpetition basis in the ordinary course of business and consistent with historical practice, without prejudice to any Debtor to assert reallocation or reimbursement of postpetition transfers. The Court has also granted approval of administrative expense priority status for postpetition Intercompany Claims in accordance with sections 364(a) and 503(b) of the Bankruptcy Code.

*See Final Order (I) Authorizing Debtors to (A) Continue Existing Cash Management System, (B) Maintain Existing Business Forms, and (C) Continue Intercompany Arrangements and Transactions and (II) Granting Related Relief* [Docket No. 307] for more information.

**Exhibit D**
**Allocation of Tax Liabilities and Assets**

The Controlled Non-Debtor Entities file tax returns on an individual basis in their respective jurisdictions. Certain regions may allow sharing of tax attributes but there are no tax groups amongst the Controlled Non-Debtor Entities.

**Exhibit E**
**Description of Controlled Non-Debtor Entities' payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor**

Invoices are charged to the entity designated by the invoice. The Debtors are not aware of any Administrative Expenses or Professional Fees paid by a Controlled Non-Debtor Entity that should have been paid by a Debtor Entity.