# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: § | Chapter 11 |
| § | |
| DOCUDATA SOLUTIONS, L.C., *et al*., § | Case No. 25-90023 (CML) |
| § | |
| Debtors.[1] § | (Jointly Administered) |

## OFFICIAL COMMITTEE OF UNSECURED CREDITORS' WITNESS AND EXHIBIT LIST FOR HEARING ON MAY 8, 2025

The Official Committee of Unsecured Creditors of DocuData Solutions, L.C., *et al.* (the "Committee") in these chapter 11 cases respectfully submits this witness and exhibit list (the "List") for the hearing scheduled for May 8, 2025, at 9:00 a.m. (prevailing Central Time) (the "Hearing").

### WITNESS LIST

The Committee may call all of the following witnesses at the Hearing:

1. Any witnesses called or designated by any other party; and

2. Any witness necessary to rebut testimony of a witness called or designated by any other party.

### EXHIBIT LIST

The Committee may use any of the following exhibits at the Hearing:

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/DocuDataSolutions. The Debtors' mailing address for the purposes of these cases is 2701 E. Grauwyler Road, Irving, TX 75061 USA.

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 1. | Any exhibit designated or used by any other party | | | | |
| 2. | Any exhibit necessary to rebut the evidence or testimony of any witness called or designated by any other party | | | | |

The Committee reserves the right to amend or supplement this List at any time prior to or during the Hearing.

[*Remainder of Page Intentionally Left Blank*]

| | |
|---|---|
| Dated: May 7, 2025<br>Dallas, Texas | **MCDERMOTT WILL & EMERY LLP**<br><br>*/s/ Charles R. Gibbs*<br>Charles R. Gibbs (TX State Bar No. 7846300)<br>Marcus Helt (TX State Bar No. 24052187)<br>845 Texas Avenue, Suite 4000<br>Houston, TX 77002-1656<br>Telephone: (713) 653-1700<br>Facsimile: (713) 739-7592<br>Email: crgibbs@mwe.com<br>        mhelt@mwe.com<br><br>*- and -*<br><br>Kristin K. Going (admitted *pro hac vice*)<br>Darren Azman (admitted *pro hac vice*)<br>One Vanderbilt Avenue<br>New York, NY 10017-5404<br>Telephone: (212) 547-5400<br>Facsimile: (212) 547-5444<br>Email: kgoing@mwe.com<br>        dazman@mwe.com<br><br>*- and -*<br><br>BROWN RUDNICK LLP<br>Bennett S. Silverberg (admitted *pro hac vice*)<br>Robert J. Stark (admitted *pro hac vice*)<br>Jeffrey L. Jonas (admitted *pro hac vice*)<br>Tristan G. Axelrod (admitted *pro hac vice*)<br>Alexander F. Kasnetz (admitted *pro hac vice*)<br>Jessica Y. Loing (admitted *pro hac vice*)<br>Seven Times Square<br>New York, NY 10036<br>Telephone: (212) 209-4800<br>Facsimile: (212) 938-2924<br>Email: bsilverberg@brownrudnick.com<br>        rstark@brownrudnick.com<br>        jjonas@brownrudnick.com<br>        taxelrod@brownrudnick<br>        akasnetz@brownrudnick.com<br>        jliong@brownrudnick.com<br><br>*Proposed Counsel to the Official Committee of Unsecured Creditors* |

3

**CERTIFICATE OF SERVICE**

      I certify that on May 7, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                                       */s/ Charles R. Gibbs*
                                                                          Charles R. Gibbs