Electronic Appearance Sheet

Luke Barefoot, Cleary Gottlieb Steen & Hamilton LLP
Client(s): Exela Technologies, Inc.; GP 3XCV LLC; XCV-STS LLC.

Sean O'Neal, Cleary Gottlieb Steen & Hamilton LLP
Client(s): Exela Technologies, Inc.; GP 3XCV LLC; XCV-STS LLC

Brad Lenox, Cleary Gottlieb Steen & Hamilton LLP
Client(s): Exela Technologies, Inc.; GP 3XCV LLC; XCV-STS LLC

Hugh Murtagh, Latham & Watkins
Client(s): Debtors

Alex Welch, Latham & Watkins
Client(s): Debtors

Jon Weichselbaum, Latham & Watkins
Client(s): Debtors

Ray Schrock, Latham & Watkins
Client(s): Debtors

Stacy Lutkus, McDermott Will & Emery LLP
Client(s): Official Committee of Unsecured Creditors

Kristin Going, McDermott Will & Emery LLP
Client(s): Official Committee of Unsecured Creditors

Bennett Silverberg, Brown Rudnick
Client(s): Committee of Unsecured Creditors

Robert Stark, Brown Rudnick
Client(s): Committee of Unsecured Creditors

Jana Whitworth, Office of the United States Trustee
Client(s): U.S. Trustee

Charles Persons, Paul Hastings LLP
Client(s): Blue Torch Finance LLC in its capacity as Blue Torch Facility Agent

Matthew Garofalo, Paul Hastings LLP
Client(s): Blue Torch Finance LLC in its capacity as Blue Torch Facility Agent

Kristin Going, McDermott Will & Emery LLP
Client(s): Official Committee of Unsecured Creditors

Matthew Roose, Ropes & Gray LLP
Client(s): Ad Hoc Group

Electronic Appearance Sheet

Timothy A. ("Tad") Davidson II, Hunton Andrews Kurth LLP
Client(s): Counsel to the Debtors

Philip Guffy, Hunton Andrews Kurth LLP
Client(s): Counsel to the Debtors

Kaleb Bailey, Hunton Andrews Kurth LLP
Client(s): Counsel to the Debtors