IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>DOCUDATA SOLUTIONS, L.C., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-90023 (CML)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on July 3, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Master Service List attached hereto as **Exhibit A**:

- **Notice of Filing of Third Amended Plan Supplement to the Joint Plan of Reorganization of DocuData Solutions, L.C. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 912]**

- **Stipulation and Agreed Order Conditionally Waiving Noticing and Objection Procedures and Requirements Under NOL Order [Docket No. 913]**

On July 3, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Service List attached hereto as **Exhibit B**:

- **Stipulation and Agreed Order Conditionally Waiving Noticing and Objection Procedures and Requirements Under NOL Order [Docket No. 913]**

Dated: July 7, 2025

Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California     }
{                        } ss.
{County of Los Angeles   }

Subscribed and sworn to (or affirmed) before me on this 7th day of July, 2025, by Randy Lowry proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2396737
My Comm. Expires Mar 11, 2026

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/DocuDataSolutions. The Debtors' mailing address for the purposes of these cases is 2701 E. Grauwyler Road, Irving, TX 75061 USA.

# **EXHIBIT A**

**Exhibit A**
Master Service List

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| 30 Largest | Access Information Intermediate | P.O. Box 101048<br>Atlanta, GA 30392-1048 | | First Class Mail |
| 30 Largest | AFLAC | 1932 Wynnton Rd<br>Columbus, GA 31999 | cscmail@aflac.com | Email |
| Official Committee of Unsecured Creditors | AFLAC | Attn: Kedrick N Eil<br>1932 Wynnton Road<br>Columbus, GA 31999 | Keily@aflac.com | Email |
| 30 Largest | Alight Holding Co, LLC | dba Alight Solutions LLC<br>4 Overlook Point<br>Lincolnshire, IL 60069 | support@alight.com | Email |
| Official Committee of Unsecured Creditors | Alpine Global Management, LLC | Attn: Rick Palmon<br>140 Broadway, 38th Fl<br>New York, NY 10005-1108 | rick.palmon@alpineglobal.com | Email |
| 30 Largest | AMSIVE, Inc | 915 Broadway, Ste 501<br>New York, NY 10010 | letstalk@amsive.com | Email |
| *NOA - Counsel for Creditor, CSC Delaware Trust Company, As Indenture Trustee | Andrews Myers, PC | Attn: Lisa M Norman/Edward L Ripley<br>Attn: Bryce C Latray<br>1885 St James Pl, 15th Fl<br>Houston, TX 77056 | Blatray@andrewsmyers.com;<br>Eripley@andrewsmyers.com;<br>Lnorman@andrewsmyers.com | Email |
| 30 Largest | ASG Technologies, Inc | 700 Highlander Blvd, Unit 300<br>Arlington, TX 76015 | info@asg.com | Email |
| *NOA - Counsel for the United States of America | Assistant United States Attorney - Southern District of Texas | Attn: Lisa Luz Parker<br>1000 Louisiana, Ste 2300<br>Houston, TX 7700 | lisa.luz.parker@usdoj.gov | Email |
| 30 Largest | AT&T | P.O. Box 5019<br>Carol Stream, IL 60197-5019 | bk4752@att.com;<br>sd5243@att.com | Email |
| *NOA - Counsel for Duquesne Light Company | Bernstein-Burkley, PC | Attn: Keri P Ebeck<br>707 Grant St, Ste 2200<br>Pittsburgh, PA 15219 | kebeck@bernsteinlaw.com | Email |
| 30 Largest | Bluecrest DMT Solutions Global Corp | P.O. Box 740077412<br>Chicago, IL 60674-7412 | bluecrestclientcare@bluecrestinc.com;<br>dmtpartorders@bluecrestinc.com | Email |
| 30 Largest | BofA Securities, Inc | Attn: Erica Coller<br>Attn: Debt Advisory<br>Bank of America Tower<br>620 S Tyron St, 20th Fl<br>Charlotte, NC 28255 | info@bnamericas.com | Email |
| *NOA - Counsel for Carl C. Richmond, in his capacity as the Personal Representative of the Estate of Sam G. Marx | Bradley Arant Boult Cummings LLP | Attn: Joshua Lesser/ Jarrod B Martin<br>600 Travis St, Ste 5600<br>Houston, TX 77002 | jlesser@bradley.com:<br>jbmartin@bradley.com | Email |
| *NOA - Counsel for Official Committee of Unsecured Creditors | Brown Rudnick LLP | Attn: Attn: Bennett S Silverberg/Robert J Stark<br>Attn: Jeffrey L Jonas/Tristan G Axelrod<br>Attn: Alexander F Kasnetz/Jessica Y Loing<br>7 Times Square<br>New York, NY 10036 | akasnetz@brownrudnick.com;<br>bsilverberg@brownrudnick.com;<br>jjonas@brownrudnick.com;<br>jliong@brownrudnick.com;<br>rstark@brownrudnick.com;<br>taxelrod@brownrudnick.com | Email |
| 30 Largest | Cahill Gordon & Reindel LLP | 80 Pine St<br>New York, NY 10005-1702 | jwhall@cahill.com | Email |
| *NOA - Counsel for Oakland County Treasurer | Calhoun & Di Ponio, PLC | Attn: Kevin C Calhoun<br>29828 Telegraph Rd<br>Southfield, MI 48034-1338 | kevin@lawyermich.com | Email |
| *NOA - Counsel for WM E Walter, Inc | Clark Hill PLC | Attn: Robert P Franke/Andrew G Edson<br>Attn: Audrey L Hornisher/Tara L Bush<br>901 Main St, Ste 6000<br>Dallas, TX 75202-3794 | aedson@clarkhill.com;<br>ahornisher@clarkhill.com;<br>bfranke@clarkhill.com;<br>tbush@clarkhill.com | Email |
| 30 Largest | Cleary Gottlieb Steen & Hamilton LLP | 1 Liberty Plz<br>New York, NY 10006 | malbank@cgsh.com | Email |
| *NOA - Counsel to Kyocera Document Solutions, Inc. | Cole Schotz P.C. | Attn: Daniel FX Geoghan<br>901 Main St, Ste 4120<br>Dallas, TX 75202 | dgeoghan@coleschotz.com | Email |
| *NOA - Counsel to Kyocera Document Solutions, Inc. | Cole Schotz P.C. | Attn: Ryan T Jareck<br>Ct Plz N, 25 Main St<br>Hackensack, NJ 07601 | rjareck@coleschotz.com | Email |
| 30 Largest | Digital Color Concepts, Inc | 256 Sheffield St<br>Mountainside, NJ 07092 | info@dccnyc.com;<br>don@dccnyc.com | Email |
| *NOA - Counsel for the United States Fire Insurance Company, Aspen American Insurance Company, and Allegheny Casualty Company | Dry Law, PLLC | Attn: Ryan D Dry/James D Ewing<br>909 18th St<br>Plano, TX 75074 | rdry@drylaw.com;<br>jewing@drylaw.com | Email |
| Counsel to B. Riley | Duane Morris LLP | Christopher M. Winter- Partner | CMWinter@duanemorris.com | Email |
| *NOA - Counsel to BRF Finance Co., LLC and BR EXAR LLC | Duane Morris LLP | Attn: Christopher M.Winter<br>1201 N Market St, Ste 501<br>Wilmington, DE 19801 | cmwinter@duanemorris.com | Email |
| *NOA - Counsel to BRF Finance Co., LLC and BR EXAR LLC | Duane Morris LLP | Attn: James H Billingsley<br>100 Crescent Ct, Ste 120<br>Dallas, TX 75201 | jbillingsley@duanemorris.com | Email |
| 30 Largest | First Insurance Funding Corp | 450 Skokie Blvd, Ste 1000<br>Northbrook, IL 60062 | csr@firstinsurancefunding.com | Email |
| 30 Largest | Genuity Concepts | 507 N Church St<br>Greensboro, NC 27401 | info@genuityconcepts.com | Email |
| *NOA - Counsel for Konica Minolta Business Solutions, USA | Gibbons PC | Attn: Brett S Theisen<br>1 Pennsylvania Pl, 45th Fl<br>New York, NY 10119 | btheisen@gibbonslaw.com | Email |
| *NOA - Counsel for Konica Minolta Business Solutions, USA | Gibbons, P.C. | Attn: David N Crapo/Robert K Malone<br>1 Gateway Cntr<br>Newark, NJ 070102 | dcrapo@gibbonslaw.com;<br>rmalone@gibbonslaw.com | Email |
| 30 Largest | Global Tech Inc | dba EGlobalTech<br>1515 Wilson Blvd, Ste 800<br>Arlington, VA 22209 | info@eglobaltech.com | Email |
| *NOA - Counsel for U.S. Bank Trust Company, National Association | Greenberg Traurig, LLP | Attn: David R Eastlake<br>1000 Louisiana, Ste 6700<br>Houston, TX 77002 | David.Eastlake@gtlaw.com | Email |
| *NOA - Counsel for U.S. Bank Trust Company, National Association | Greenberg Traurig, LLP | Attn: Michael B Fisco/Peter D Kieselbach<br>Attn: Carlos A Alonso<br>90 S 7th St, Ste 3500<br>Minneapolis, MN 55402 | Fiscom@gtlaw.com;<br>Kieselbachp@gtlaw.com;<br>Carlos.alonsogayon@gtlaw.com | Email |

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel for Rocket Software, Inc. fka ASG Technologies Group, Inc | Howley Law PLLC | Attn: Tom A Howley / Eric Terry<br>700 Louisiana St, Ste 4545<br>Houston, TX 77002 | eric@howley-law.com;<br>tom@howley-law.com | Email |
| Debtors counsel | Hunton Andrews Kurth LLP | | AshleyHarper@hunton.com;<br>PGuffy@hunton.com;<br>TadDavidson@hunton.com | Email |
| 30 Largest | Image Business Machines, LLC | P.O. Box 676673<br>Dallas, TX 75267-6673 | askar@usibm.com | Email |
| IRS | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | First Class Mail |
| *NOA - Counsel for O'Brien Staley Partners and OSK X1-US, LLC | Jenner & Block LLP | Attn: Catherine L Steege<br>353 N Clark St<br>Chicago, IL 0654-3456 | csteege@jenner.com | Email |
| *NOA - Counsel for Wheels Topco LLC and Donlen Trust | K&L Gates LLP | Attn: David S Catuogno, Esq<br>1 Newark Ctr, 10th FL<br>1085 Raymond Blvd<br>Newark, NJ 07102 | david.catuogno@klgates.com | Email |
| *NOA - Counsel for CCUR Holdings, Inc. | Kane Russell Coleman Logan P.C. | Attn: Morris D Weiss/Mark C Taylor<br>401 Congress Ave, Ste 2100<br>Austin, TX 78701 | mtaylor@krcl.com;<br>mweiss@krcl.com | Email |
| 30 Largest | Konica Minolta Business Solutions USA, Inc | Dept CH 19188<br>Palatine, IL 60055-9188 | mgrande@kmbs.konicaminolta.us | Email |
| Official Committee of Unsecured Creditors | Konica Minolta Business Solutions, USA | Attn: Stephen Herbes<br>100 Williams Dr<br>Ramsey, NJ 07446 | sherbes@kmbs.konicaminolta.us | Email |
| Debtors counsel | Latham & Watkins LLP | | Adam.Ravin@lw.com;<br>Alex.Welch@lw.com;<br>Ata.Nalbantoglu@lw.com;<br>Beau.Parker@lw.com;<br>Brian.Herskowitz@lw.com;<br>Christopher.Tarrant@lw.com;<br>Harris.Scott@lw.com;<br>Davis.Klabo@lw.com;<br>Hugh.Murtagh@lw.com;<br>Jon.Weichselbaum@lw.com;<br>Julia.McQueen@lw.com;<br>Kevin.Shang@lw.com;<br>Richard.Cantoral@lw.com;<br>Thomas.Fafara@lw.com | Email |
| *NOA - Counsel for RAR2-Carson Industrial Center, LLC | Law Offices of Ronald K Brown, Jr, APC | Attn: Ronald K Brown, Jr, Esq<br>901 Dove St, Ste 120<br>Newport Beach, CA 92660 | Ron@rkbrownlaw.com | Email |
| 30 Largest | Liberty Life Insuance of Boston | Attn: Group Benefits<br>P.O. Box 2658<br>Carol Stream, IL 60132 | liberty.support@libertymutual.com | Email |
| *NOA - Counsel for Bexar County | Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker<br>112 E Pecan St, Ste 2200<br>Antonio, TX 78205 | Sanantonio.Bankruptcy@Lgbs.com | Email |
| *NOA - Counsel for Irving ISD, Tarrant County, Dallas County | Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner<br>3500 Maple Ave, Ste 800<br>Dallas, TX 75219 | dallas.bankruptcy@lgbs.com | Email |
| *NOA - Counsel for Harris County ESD #20, Lone Star College System, Houston Community College System, Harris County ESD #01, Houston ISD | Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L Grundemeier<br>PO Box 3064<br>Houston, TX 77253-3064 | houston_bankruptcy@lgbs.com | Email |
| Counsel to the administrative agent under the ER3 Securitization Program | Mayer Brown | Attn: Zachary A Carrier<br>71 S Wacker Dr<br>Chicago, IL 60606 | exela.mbteam@mayerbrown.com;<br>zcarrier@mayerbrown.com | Email |
| Counsel to the administrative agent under the ER3 Securitization Program | Mayer Brown | Attn: Brian Trust/Dabin Chun<br>Attn: Evan DeCresce/Danielle Sigal<br>1221 Ave of the Americas<br>New York, NY 10020-1001 | btrust@mayerbrown.com;<br>dchung@mayerbrown.com;<br>dsigal@mayerbrown.com;<br>edecresce@mayerbrown.com;<br>exela.mbteam@mayerbrown.com | Email |
| *NOA - Counsel for PNC Bank, National Association | Mayer Brown | Attn: Brian Trust/Dabin Chun<br>1221 Ave of the Americas<br>New York, NY 10020-1001 | btrust@mayerbrown.com;<br>dchung@mayerbrown.com | Email |
| *NOA - Counsel for PNC Bank, National Association | Mayer Brown | Attn: Charles S Kelley/James B Danford<br>700 Louisiana St, Ste 3400<br>Houston, TX 77002 | ckelley@mayerbrown.com;<br>jdanford@mayerbrown.com | Email |
| *NOA - Counsel for the County of Denton, Texas and the County of Williamson, Texas | Mccreary, Veselka, Bragg & Allen, P.C. | Attn: Julie Anne Parsons<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 | jparsons@mvbalaw.com | Email |
| *NOA - Counsel for Official Committee of Unsecured Creditors | Mcdermott Will & Emery LLP | Attn: Charles R Gibbs/Marcus Helt<br>845 Texas Ave, Ste 4000<br>Houston, TX 77002-1656 | crgibbs@mwe.com;<br>mhelt@mwe.com | Email |
| *NOA - Counsel for Official Committee of Unsecured Creditors | Mcdermott Will & Emery LLP | Attn: Kristin K Going/Darren Azman<br>One Vanderbilt Ave<br>New York, NY 10017-3852 | dazman@mwe.com;<br>kgoing@mwe.com | Email |
| NOA - Counsel for Prince George's County, Maryland | Meyers, Rodbell & Rosenbaum, PA | Attn: Nicole C Kenworthy<br>6801 Kenilworth Ave, Ste 400<br>Riverdale, MD 20737-1385 | | First Class Mail |
| 30 Largest | Norton Rose Fullbright US, LLP | 799 9th St NW, Ste 1000<br>Washington, DC 20001 | robert.schwinger@nortonrosefulbright.com | Email |
| Attorney General | Office of the Attorney General | Attn: Aaron D Ford<br>Old Supreme Court Bldg<br>100 N Carson St<br>Carson City, NV 89701 | aginfo@ag.nv.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Kris Mayes<br>2005 N Central Ave<br>Phoenix, AZ 85004 | AGInfo@azag.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Charity R Clark<br>109 State St<br>Montpelier, VT 05609-1001 | ago.info@vermont.gov | Email |

DocuData Solutions, L.C (Case No. 24-90023)

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>1 Ashburton Pl, 20th Fl<br>Boston, MA 02108-1698 | ago@state.ma.us | Email |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>10 Mechanic St, Ste 301<br>Worcester, MA 01608 | ago@state.ma.us | Email |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>105 William St, 1st Fl<br>New Bedford, MA 02740 | ago@state.ma.us | Email |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>1441 Main St, 12th Fl<br>Springfield, MA 01103 | ago@state.ma.us | Email |
| Attorney General | Office of the Attorney General | Attn: Raúl Labrador<br>700 W Jefferson St, Ste 210<br>P.O. Box 83720<br>Boise, ID 83720-1000 | AGWasden@ag.idaho.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Treg Taylor<br>1031 W 4th Ave, Ste 200<br>Anchorage, AK 99501-1994 | attorney.general@alaska.gov | Email |
| Attorney General | Office of the Attorney General | Attn: William Tong<br>165 Capitol Ave<br>Hartford, CT 06106 | attorney.general@ct.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Kathy Jennings<br>Carvel State Office Bldg<br>820 N French St<br>Wilmington, DE 19801 | attorney.general@delaware.gov | Email |
| Attorney General | Office of the Attorney General | Attn: John Formella<br>33 Capitol St<br>Concord, NH 03301 | attorneygeneral@doj.nh.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Ellen F Rosenblum<br>Justice Bldg<br>1162 Court St NE<br>Salem, OR 97301 | attorneygeneral@doj.state.or.us | Email |
| Attorney General | Office of the Attorney General | Attn: Todd Rokita<br>Indiana Govt Ctr S<br>302 W Washington St, 5th Fl<br>Indianapolis, IN 46204 | Constituent@atg.in.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Brenna Bird<br>Hoover State Office Bldg<br>1305 E Walnut<br>Des Moines, IA 50319 | consumer@ag.iowa.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Jason Miyares<br>202 N 9th St<br>Richmond, VA 23219 | Contact@Virginia.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Austin Knudsen<br>Justice Bldg, 3rd Fl<br>215 N Sanders<br>Helena, MT 59620-1401 | contactdoj@mt.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Anne E Lopez<br>425 Queen St<br>Honolulu, HI 96813 | hawaiiag@hawaii.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Dana Nessel<br>Cadillac Place, 10th Fl | miag@michigan.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Dana Nessel<br>P.O. Box 30212<br>525 W Ottawa St<br>Lansing, MI 48909-0212 | miag@michigan.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Drew Wrigley<br>State Capital<br>600 E Boulevard Ave<br>Bismarck, ND 58505-0040 | ndag@nd.gov | Email |
| Attorney General | Office of the Attorney General | 345 State Capitol<br>Lincoln, NE 68509 | nedoj@nebraska.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Tim Griffin<br>323 Center St, Ste 200<br>Little Rock, AR 72201-2610 | oag@ArkansasAG.gov | Email |
| Attorney General | Office of the Attorney General | 441 4th St NW, Ste 1100 S<br>Washington, DC 20001 | oag@dc.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Anthony G Brown<br>200 St Paul Pl<br>Baltimore, MD 21202-2202 | oag@oag.state.md.us | Email |
| *NOA - Counsel for Illinois Department of Revenue (IDOR) | Office of the Attorney General | Attn: Rachael A Stokas<br>115 S LaSalle St<br>Chicago, IL 60603 | rachael.stokas@ilag.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Bob Ferguson<br>1125 Washington St SE<br>P.O. Box 40100<br>Olympia, WA 98504-0100 | serviceATG@atg.wa.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Sean Reyes<br>State Capitol, Rm 236<br>Salt Lake City, UT 84114-0810 | uag@agutah.gov | Email |
| Attorney General | Office of the Attorney General | 500 S 2nd St<br>Springfield, IL 62701 | | First Class Mail |
| Attorney General | Office of the Attorney General | 601 S University Ave<br>Carbondale, IL 62901 | | First Class Mail |
| Attorney General | Office of the Attorney General | 800 5th Ave, Ste 2000<br>Seattle, WA 98104 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Aaron Frey<br>State House, Stn 6<br>Augusta, ME 04333 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Alan Wilson<br>Rembert D Dennis Office Bldg<br>P.O. Box 11549<br>Columbia, SC 29211-1549 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrew Bailey<br>2311 Bloomfield St, Ste 106<br>Cape Girardeau, MO 63703 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrew Bailey<br>615 E 13th St, Ste 401<br>Kansas City, MO 64106 | | First Class Mail |

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorney General | Office of the Attorney General | Attn: Andrew Bailey<br>815 Olive St, Ste 200<br>St Louis, MO 63101 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrew Bailey<br>Supreme Court Bldg<br>207 W High St<br>Jefferson City, MO 65101 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Ashley Moody<br>The Capital, PL 01<br>Tallahassee, FL 32399-1050 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Brian Schwalb<br>400 6th St NW<br>Washington, DC 20001 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Bridget Hill<br>State Capitol Bldg<br>Cheyenne, WY 82002 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Chris Carr<br>40 Capital Sq SW<br>Atlanta, GA 30334-1300 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Daniel Cameron<br>700 Capitol Ave, Ste 118<br>Capitol Bldg<br>Frankfort, KY 40601 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Dave Yost<br>State Office Tower<br>30 E Broad St<br>Columbus, OH 43266-0410 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Domingo Emanuelli Hernandez<br>P.O. Box 9020192<br>San Juan, PR 00902-0192 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Gentner Drummond<br>313 NE 21st St<br>Oklahoma City, OK 73105 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Hector Balderas<br>P.O. Drawer 1508<br>Santa Fe, NM 87504-1508 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Herbert H Slattery, III<br>P.O. Box 20207<br>Nashville, TN 37202-0207 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Jeff Landry<br>P.O. Box 94095<br>Baton Rouge, LA 70804-4095 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Jonathan Skrmetti<br>425 5th Ave N<br>Nashville, TN 37243 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Josh Kaul<br>Wisconsin Dept of Justice<br>State Capital, Rm 114 E<br>P.O. Box 7857<br>Madison, WI 53707-7857 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Josh Stein<br>Dept of Justice<br>P.O. Box 629<br>Raleigh, NC 27602-0629 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Keith Ellison<br>State Capital<br>75 Dr Martin Luther King Jr Blvd, Ste 102<br>St Paul, MN 55155 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Ken Paxton<br>Capital Station<br>P.O. Box 12548<br>Austin, TX 78711-2548 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Kris Kobach<br>120 SW 10th Ave, 2nd Fl<br>Topeka, KS 66612-1597 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Kwame Raoul<br>James R Thompson Ctr<br>100 W Randolph St<br>Chicago, IL 60601 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Letitia A James<br>Dept of Law<br>The Capitol, 2nd Fl<br>Albany, NY 12224 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Lynn Fitch<br>Dept of Justice<br>P.O. Box 220<br>Jackson, MS 39205 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Marty Jackley<br>1302 E Hwy 14, Ste 1<br>Pierre, SD 57501-8501 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Mathew J Platkin<br>Richard J Hughes Justice Complex<br>25 Market St<br>P.O. Box 080<br>Trenton, NJ 08625 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Michelle A Henry<br>Strawberry Sq, 16th Fl<br>Harrisburg, PA 17120 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Mike Hilgers<br>State Capitol<br>P.O. Box 98920<br>Lincoln, NE 68509-8920 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Patrick Morrisey<br>State Capitol<br>1900 Kanawha Blvd E<br>Charleston, WV 25305 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Peter F Neronha<br>150 S Main St<br>Providence, RI 02903 | | First Class Mail |

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorney General | Office of the Attorney General | Attn: Phil Weiser<br>Ralph L Carr Colorado Judicial Ctr<br>1300 Broadway, 10th Fl<br>Denver, CO 80203 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Rob Bonta<br>1300 I St, Ste 1740<br>Sacramento, CA 95814 | | First Class Mail |
| Attorney General | Office of the Attorney General | California Dept of Justice<br>P.O. Box 944255<br>Sacramento, CA 94244-2550 | | First Class Mail |
| Attorney General | Office of the Attorney General | Consumer Law Section<br>Attn: Bankruptcy Notices<br>455 Golden Gate Ave, Ste 11000<br>San Francisco, CA 94102-7004 | | First Class Mail |
| Attorney General | Office of the Attorney General | State of Alabama<br>Attn: Steve Marshall<br>501 Washington Ave<br>P.O. Box 300152<br>Montgomery, AL 36130-0152 | | First Class Mail |
| Attorney General | Office of the Attorney General | Supreme Court Bldg<br>P.O. Box 899<br>Jefferson City, MO 65102 | | First Class Mail |
| Attorney General | Office of the Attorney General | Walter Sillers Bldg<br>550 High St, Ste 1200<br>Jackson, MS 39201 | | First Class Mail |
| *NOA - Counsel for State of New York State Department of Taxation and Finance | Office of the New York State Attorney General | Attn: Robert J Rock<br>Civil Recoveries Bureau,<br>Bankruptcy Litigation Unit<br>The Capitol<br>Albany, NY 12224-0341 | Robert.Rock@ag.ny.gov | Email |
| US Attorney | Office of the United States Attorney for the Southern District of Texas | 1000 Louisiana St, Ste 2300<br>Houston, TX 77002 | | First Class Mail |
| US Trustee | Office of the United States Trustee for the Southern District of Texas | Attn: Jana Smith Whitworth<br>515 Rusk St, Ste 3516<br>Houston, TX 77002 | Jana.Whitworth@usdoj.gov | Email |
| *NOA - Counsel for Oklahoma County Treasurer | Oklahoma County Treasurer | Attn: Tammy Jones, Pro Se<br>320 Robert S Kerr, Rm 307<br>Oklahoma City, OK 73102 | tammy.jones@oklahomacounty.org | Email |
| 30 Largest | Opex | 305 Commerce Dr<br>Moorestown, NJ 08057-4234 | vregistration@opex.com | Email |
| Official Committee of Unsecured Creditors | Opex | Attn: John Sims/Winnie Chow<br>305 Commerce Drive<br>Moorestown, NJ 08057 | jsims@opex.com;<br>wchow@opex.com | Email |
| Counsel to the DIP Agent | Paul Hastings | Attn: Jennifer Daly | jenniferdaly@paulhastings.com | Email |
| Counsel to the DIP Agent | Paul Hastings | Attn: Christopher G. Boies | christopherboies@paulhastings.com | Email |
| *NOA - Counsel to for Blue Torch Finance LLC in its capacity as Blue Torch Facility Agent | Paul Hastings LLP | Attn: Schlea Thomas<br>600 Travis, 58th Fl<br>Houston, TX 77002 | schleathomas@paulhastings.com | Email |
| *NOA - Counsel to for Blue Torch Finance LLC in its capacity as Blue Torch Facility Agent | Paul Hastings LLP | Attn: Charles Persons<br>2001 Ross Ave, Ste 2700<br>Dallas, TX 75201 | charlespersons@paulhastings.com | Email |
| *NOA - Counsel to for Blue Torch Finance LLC in its capacity as Blue Torch Facility Agent; Counsel to the DIP Agent | Paul Hastings LLP | Attn: Jayme Goldstein/Matthew Garofalo<br>Attn: Emily Kuznick/Jillian McMillan<br>200 Park Ave<br>New York, NY 10166 | emilykuznick@paulhastings.com;<br>jaymegoldstein@paulhastings.com;<br>jillianmcmillan@paulhastings.com;<br>mattgarofalo@paulhastings.com | Email |
| Counsel to the Prepetition Indenture Trustee | Paul Weiss | Attn: Brian Kim<br>1285 Ave of the Americas<br>New York, NY 10019-6064 | bkim@paulweiss.com | Email |
| *NOA - Counsel for City of Grapevine, Grapevine-Colleyville ISD, Richardson ISD | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Elizabeth Banda Calvo<br>500 E Border St, Ste 640<br>Arlington, TX 76010 | ebcalvo@pbfcm.com | Email |
| *NOA - Counsel for City of Houston | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Melissa E Valdez<br>1235 N Loop W, Ste 600<br>Houston, TX 77008 | mvaldez@pbfcm.com | Email |
| *NOA - Counsel for Lubbock Central Appraisal District | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Alysia Cordova<br>P.O. Box 9132<br>Amarillo, TX 79105 | amabkr@pbfcm.com | Email |
| Official Committee of Unsecured Creditors | Phoenix Investment Adviser LLC | Attn: Jeffrey L Peskind<br>420 Lexington Ave, Ste 300<br>New York, NY 10170 | jlpeskind@phoenixinvadv.com;<br>ops@phoenixinvadv.com | Email |
| 30 Largest | Pitney Bowes | Attn: Ryan Berndt<br>2225 American Dr<br>Neenah, WI 54956-1005 | | First Class Mail |
| *NOA - Counsel for Creditor, CSC Delaware Trust Company, As Indenture Trustee | Pryor Cashman LLP | Attn: Seth H Lieberman/Patrick Sibley<br>Attn: Andrew S Richmond/Amanda Schaefer<br>7 Times Square<br>New York, NY 10036-6569 | arichmond@pryorcashman.com;<br>Aschaefer@pryorcashman.com;<br>psibley@pryorcashman.com;<br>slieberman@pryorcashman.com | Email |
| *NOA - Counsel for EGlobalTech | Reed Smith LLP | Attn: Marsha A Houston/Christopher O Rivas<br>515 S Flower St, Ste 4300<br>Los Angeles, CA 90071 | crivas@reedsmith.com;<br>mhouston@reedsmith.com | Email |
| Official Committee of Unsecured Creditors | Rocket Software, Inc. | f/k/a ASG Technologies, Inc.<br>Elizabeth Fischer, Chief Legal Officer<br>77 4th Avenue<br>Waltham, MA 02451 | | First Class Mail |
| *NOA - Counsel to the Ad Hoc Group | Ropes & Gray LLP | Attn: Matthew Roose/Eric Sherman<br>1211 Ave of the Americas<br>New York, NY 10036 | eric.sherman@ropesgray.com;<br>matthew.roose@ropesgray.com | Email |
| *NOA - Counsel to the Ad Hoc Group | Ropes & Gray LLP | Attn: Ryan Preston Dahl/Eric Schriesheim<br>191 N Wacker Dr, 32nd Fl<br>Chicago, IL 60606 | eric.schriesheim@ropesgray.com;<br>ryan.dahl@ropesgray.com | Email |
| 30 Largest | Sandy Alexander, Inc | 200 Entin Rd<br>Clifton, NJ 07014 | hello@sandyalexander.com | Email |
| 30 Largest | Scanner Holdings Corp | dba IBML<br>2750 Crestwood Blvd<br>Birmingham, AL 35210 | support@ibml.com | Email |
| SEC | Securities & Exchange Commission | Ft Worth Regional Office<br>801 Cherry St, Ste 1900, Unit 18<br>Ft Worth, TX 76102 | | First Class Mail |
| SEC | Securities & Exchange Commission | 100 F St NE<br>Washington, DC 20549 | | First Class Mail |

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| 30 Largest | Sharp Electronics Corp | 100 Paragon Dr<br>Montvale, NJ 07645 | tmorley@sharpsec.com | Email |
| 30 Largest | Sonata Info Tech Ltd | Tower 2,  Global Village<br>RVCE Post, Kengeri Hobli<br>Mysore Rd, Bengaluru 560059<br>India | info@sonata-software.com;<br>Vijay.Naveen@sonata-software.com | Email |
| 30 Largest | Standard & Poors | c/o The McGraw-Hill Cos, Inc<br>2542 Collection Center Dr<br>Chicago, IL 60693 | corporate_secretary@mcgraw-hill.com | Email |
| 30 Largest | Staples, Inc | dba HITOUCH<br>P.O. Box 208897<br>Dallas, TX 75320 | info@hitouchbusinessservices.com | Email |
| *NOA - Counsel for Rocket Software, Inc. fka ASG Technologies Group, Inc | Stokes Lawrence, P.S. | Attn: Shannon Jost / Theresa Wang<br>1420 5th Ave, Ste 3000<br>Seattle, WA 98101-2393 | Shannon.Jost@stokeslaw.com;<br>Theresa.Wang@stokeslaw.com | Email |
| 30 Largest | Tarter Krinsky & Drogin LLP | 1350 Broadway<br>New York, NY 10018 | atarter@tarterkrinsky.com | Email |
| *NOA - Counsel for Texas Comptroller of Public Accounts | Texas Attorney General Office | Attn: Christopher S Murphy<br>Bankruptcy & Collections Division<br>P.O Box 12548, Capital Station<br>Austin, TX 78711-4867 | christopher.murphy@oag.texas.gov | Email |
| *NOA - Counsel for Chez IX Wildwood Plaza, LLC | The Probus Law Firm | Attn: Matthew B Probus<br>10497 Town and Country Way, Ste 930<br>Houston, TX 77024 | matthewprobus@theprobuslawfirm.com | Email |
| *NOA - Counsel for Tennessee Attorney General | TN Dept Of Revenue | Attn: Stephen R Butler<br>Office of the Attorney General Bankruptcy Division<br>P.O Box 20207<br>Nashville, TN 37202-0207 | steve.butler@ag.tn.gov | Email |
| Official Committee of Unsecured Creditors | U.S. Bank Trust Company, N.A., as Indenture Trustee | Attn: David Diaz<br>1025 Connecticut Ave NW, Ste 510<br>Washington, DC 20036 | dave.diaz@usbank.com | Email |
| 30 Largest | United Parcel Service | P.O. Box 7247-0244<br>Philadelphia, PA 19170-0001 | enterpriseaccounts@ups.com | Email |
| 30 Largest | US Bank National Assoc Co | As Trustee for July Unsecured 2026 Notes<br>60 Livingston Ave<br>St Paul, MN 55107 | support@customerconnection.usbank.com | Email |
| *NOA - Counsel for Holdco Asset Management | Williams Barber Morel LLP | Attn: Daniel R Brown<br>233 S Wacker Dr, Ste 6800<br>Chicago, IL 60606 | drb@williamsbarbermorel.com | Email |
| 30 Largest | Willkie Farr & Gallagher LLP | 787 7th Ave<br>New York, NY 10019 | tcerabino@willkie.com | Email |

# **EXHIBIT B**

**Exhibit B**
Service List

| Creditor | Attention | Email | Method of Service |
|---|---|---|---|
| Cleary Gottlieb Steen & Hamilton LLP | Sean A. O'Neal | soneal@cgsh.com | Email |
| Cleary Gottlieb Steen & Hamilton LLP | Luke A. Barefoot | barefoot@cgsh.com | Email |
| Cleary Gottlieb Steen & Hamilton LLP | David Z. Schwartz | dschwartz@cgsh.com | Email |
| Cleary Gottlieb Steen & Hamilton LLP | Brad Lenox | blenox@cgsh.com | Email |
| Loeb & Loeb LLP | Bethany D. Simmons | bsimmons@loeb.com | Email |