**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

---------------------------------------------------------- x
                                                           :
In re:                                                     :   Chapter 11
                                                           :
DOCUDATA SOLUTIONS, L.C., *et al.*,                        :   Case No. 25-90023 (CML)
                                                           :
                    Debtors.[1]                            :   (Jointly Administered)
                                                           :
---------------------------------------------------------- x

**NOTICE OF FILING OF FOURTH AMENDED**
**PLAN SUPPLEMENT TO THE JOINT PLAN OF**
**REORGANIZATION OF DOCUDATA SOLUTIONS, L.C. AND ITS**
**DEBTOR AFFILIATES UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

Pursuant to the *Order (I) Conditionally Approving the Disclosure Statement; (II) Scheduling Combined Hearing to Consider (A) Final Approval of the Disclosure Statement and (B) Confirmation of the Plan; (III) Establishing an Objection Deadline to Object to Disclosure Statement and Plan; (IV) Approving the Form and Manner of Notice of Combined Hearing and Objection Deadline; (V) Approving the Solicitation Procedures and Forms of Ballots, (VI) Approving Procedures for Assumption of Contracts and Leases and Form and Manner of Cure Notice; and (VII) Granting Related Relief* [Docket No. 601], in connection with the *Joint Plan of Reorganization of DocuData Solutions, L.C. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* [Docket No. 592] (as may be further amended, supplemented, or modified from time to time, the "***Plan***"),[2] the above-captioned debtors and debtors in possession (collectively, the "***Debtors***") filed the *Notice of Filing of Plan Supplement to the Joint Plan of Reorganization of DocuData Solutions, L.C. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* [Docket No. 738] (including any exhibits and schedules attached thereto, the "***Initial Plan Supplement***"); the *Notice of Filing of First Amended Plan Supplement to the Joint Plan of Reorganization of DocuData Solutions, L.C. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* [Docket No. 758] (including any exhibits and schedules attached thereto, the "***First Amended Plan Supplement***"); the *Notice of Filing of Second Amended Plan Supplement to the Joint Plan of Reorganization of DocuData Solutions, L.C. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* [Docket No. 782] (including any exhibits and schedules attached thereto, the "***Second Amended Plan Supplement***"); and the *Notice of Filing of Third Amended Plan Supplement to the Joint Plan of Reorganization of DocuData Solutions, L.C. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* [Docket No. 912] (including any

---

[1]   A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/DocuDataSolutions.  The Debtors' mailing address for the purposes of these cases is 6641 N. Belt Line Road, Suite 100, Irving, TX 75063 USA..

[2]   Capitalized terms used but not otherwise defined herein shall have their meanings given to them in the Plan.

exhibits and schedules attached thereto, the "**Third Amended Plan Supplement**" together with the Initial Plan Supplement, the First Amended Plan Supplement, the Second Plan Supplement and as may be further amended, modified, or supplemented from time to time, collectively, the "**Plan Supplement**").

On June 23, 2025, the Court entered the *Order (I) Approving Debtors' Disclosure Statement and (II) Confirming Amended Joint Plan of Reorganization of DocuData Solutions, L.C. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* [Docket No. 834] confirming the Plan. The Plan Supplement has been deemed incorporated into and part of the Plan as if set forth therein in full. The documents and designations contained in this Plan Supplement are integral to, and considered part of, the Plan.

The Debtors hereby file the following documents as part of the Plan Supplement (which remain subject to ongoing negotiations among the Debtors and interested parties in accordance with the Plan and the Plan Support Agreement), each as may be modified, amended, or supplemented from time to time:

| Exhibit | Plan Supplement Document |
|---|---|
| D | Rejected Executory Contract/Unexpired Lease List |
| E | Assumed Related Parties Contract List |

The Plan Supplement shall be deemed incorporated into and part of the Plan as if set forth therein in full. The documents and designations contained in this Plan Supplement are integral to, and considered part of, the Plan. The Plan Supplement has not yet been approved by the Court. If the Plan is confirmed, the Plan Supplement will also be approved by the Court pursuant to the order confirming the Plan.

The Plan Supplement documents attached hereto are not final and remain subject to (a) further review and negotiation by and among the Debtors, the Consenting Creditors, the ETI Consenting Holders, and other parties in interest, and (b) revisions, modifications and final documentation in a manner consistent with the Plan and the Plan Support Agreement. **Subject to the terms and conditions of the Plan and the Plan Support Agreement and the consent rights thereunder, the Debtors reserve the right to alter, modify, or supplement any document that is part of, or add any document to, the Plan Supplement through the Effective Date of the Plan or any such other date as may be permitted by the Plan or by order of the Bankruptcy Court, in accordance with the terms of the Plan and the Plan Support Agreement.** To the extent that the Debtors make any material amendment or modification to any documents that are part of the Plan Supplement (each, a "**Revised Plan Supplement Document**") prior to the Effective Date, the Debtors shall file with the Court a blackline comparing the Revised Plan Supplement Document against the relevant Plan Supplement document attached hereto for the convenience of the Court and all parties in interest. None of the information contained herein or in any Revised Plan Supplement Document shall be deemed final or binding on the Debtors or any other party prior to the Effective Date of the Plan.

The Plan Supplement, the Plan, the Disclosure Statement, and related materials can be obtained free of charge at the Debtors' public restructuring website maintained by Omni Agent

Solutions, Inc (the "*Solicitation Agent*") at https://omniagentsolutions.com/DocuDataSolutions or by contacting the Solicitation Agent at (888) 788-6341 (U.S. / Canada, toll-free) or (747) 293-0001 (International, toll).  In addition, such documents are available for inspection for a fee on the Court's electronic case filing system at www.txs.uscourts.gov using a PACER password (to obtain a PACER password, go to the PACER website at http://pacer.psc.uscourts.gov).

**THIS NOTICE IS BEING SENT TO YOU FOR INFORMATIONAL PURPOSES ONLY.  IF YOU HAVE QUESTIONS WITH RESPECT TO YOUR RIGHTS UNDER THE PLAN OR ABOUT ANYTHING STATED HEREIN, OR IF YOU WOULD LIKE TO OBTAIN ADDITIONAL INFORMATION, PLEASE CONTACT THE SOLICITATION AGENT AT THE NUMBER OR EMAIL ADDRESS SPECIFIED ABOVE.  PLEASE NOTE THAT THE SOLICITATION AGENT CANNOT PROVIDE LEGAL ADVICE.**

Dated: July 29, 2025
      Houston, Texas

Respectfully submitted,

*/s/ Timothy A. ("Tad") Davidson II*
**HUNTON ANDREWS KURTH LLP**
Timothy A. ("Tad") Davidson II (Texas Bar No. 24012503)
Ashley L. Harper (Texas Bar No. 24065272)
Philip M. Guffy (Texas Bar No. 24113705)
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone: (713) 220-4200
Email: taddavidson@hunton.com
      ashleyharper@hunton.com
      pguffy@hunton.com

- and –

**LATHAM & WATKINS LLP**
Ray C. Schrock (NY Bar No. 4860631)
Alexander W. Welch (NY Bar No. 5624861)
Hugh Murtagh (NY Bar No. 5002498)
Adam S. Ravin (NY Bar No. 4079190)
Jonathan J. Weichselbaum (NY Bar No. 5676143)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: ray.schrock@lw.com
      alex.welch@lw.com
      hugh.murtagh@lw.com
      adam.ravin@lw.com
      jon.weichselbaum@lw.com

*Co-Counsel for the Debtors and Debtors in Possession*

**Certificate of Service**

I certify that on July 29, 2025, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

*/s/ Timothy A. ("Tad") Davidson II*
Timothy A. ("Tad") Davidson II

# **EXHIBIT D**

**Rejected Executory Contract/Unexpired Lease List**

**Any Unexpired Leases that remain subject to a pending motion to reject, shall remain subject to such motion unless removed from the scope thereof.**

| Counterparty Name | Debtor | Title / Description of Agreement |
|---|---|---|
| 2300 Brookstone Centre Parkway, LLC | BancTec, Inc. | Lease Agreement for 2300 Brookstone Centre Pkwy |
| Access Information Management Corporation | Exela Enterprise Solutions, Inc. | Master Agreement (Records Storage, Secure Destruction, and other Records Management Services) |
| Arkham Tower, LLC | SourceHOV LLC | Lease Agreement for 40 N Main Street |
| Bank of Texas | BancTec, Inc. | Agreement (Acct# ending 5627) |
| Bank of Texas | BancTec, Inc. | Agreement (Acct# ending 7904) |
| Bank of Texas | BancTec, Inc. | Agreement (Acct# ending 7560) |
| Bank of Texas | Economic Research Services Inc | Agreement (Acct# ending 5572) |
| Bank of Texas | Economic Research Services Inc | Agreement (Acct# ending 4145) |
| Bank of Texas | Exela Enterprise Solutions, Inc. | Agreement (Acct# ending 6221) |
| Bank of Texas | Exela Enterprise Solutions, Inc. | Agreement (Acct# ending 2826) |
| Bank of Texas | Exela Enterprise Solutions, Inc. | Agreement (Acct# ending 9340) |
| Bank of Texas | Exela Enterprise Solutions, Inc. | Agreement (Acct# ending 0605) |
| Bank of Texas | Exela Enterprise Solutions, Inc. | Agreement (Acct# ending 0616) |
| Bank of Texas | Exela Enterprise Solutions, Inc. | Agreement (Acct# ending 7148) |
| Bank of Texas | Exela Enterprise Solutions, Inc. | Agreement (Acct# ending 8083) |
| Bank of Texas | Exela Enterprise Solutions, Inc. | Agreement (Acct# ending 8743) |
| Bank of Texas | Exela Enterprise Solutions, Inc. | Agreement (Acct# ending 9898) |
| Bank of Texas | Exela Enterprise Solutions, Inc. | Agreement (Acct# ending 2230) |
| Bank of Texas | Exela Enterprise Solutions, Inc. | Agreement (Acct# ending 3923) |
| Bank of Texas | Exela Enterprise Solutions, Inc. | Agreement (Acct# ending 8103) |
| Bank of Texas | Exela Enterprise Solutions, Inc. | Agreement (Acct# ending 2772) |
| Bank of Texas | HOV Services, Inc. | Agreement (Acct# ending 0968) |
| Bank of Texas | HOV Services, Inc. | Agreement (Acct# ending 1645) |
| Bank of Texas | HOV Services, Inc. | Agreement (Acct# ending 0049) |
| Bank of Texas | HOVG, LLC | Agreement (Acct# ending 5638) |
| Bank of Texas | HOVG, LLC DBA BAY AREA CREDIT SERVICES, LLC | Agreement (Acct# ending 3484) |
| Bank of Texas | J & B Software, Inc. | Agreement (Acct# ending 5616) |
| Bank of Texas | J & B Software, Inc. | Agreement (Acct# ending 7717) |
| Bank of Texas | Kinsella Media LLC | Agreement (Acct# ending 5550) |
| Bank of Texas | Kinsella Media LLC | Agreement (Acct# ending 4332) |
| Bank of Texas | Novitex Government Solutions LLC | Agreement (Acct# ending 6232) |
| Bank of Texas | Regulus Group LLC | Agreement (Acct# ending 5605) |
| Bank of Texas | Regulus Group LLC | Agreement (Acct# ending 7516) |
| Bank of Texas | Regulus Group, Inc. | ERC Lock Box Agreement |

| Counterparty Name | Debtor | Title / Description of Agreement |
|---|---|---|
| Bank of Texas | Regulus Group, Inc. | ERC Lock Box Agreement |
| Bank of Texas | Regulus Integrated Solutions LLC | Agreement (Acct# ending 5594) |
| Bank of Texas | Regulus Integrated Solutions LLC | Agreement (Acct# ending 7684) |
| Bank of Texas | Rust Consulting, Inc. | Agreement (Acct# ending 5561) |
| Bank of Texas | Rust Consulting, Inc. | Agreement (Acct# ending 4387) |
| Bank of Texas | Rust Consulting, Inc. | Agreement (Acct# ending 4541) |
| Bank of Texas | SOURCECORP BPS Inc. | Agreement (Acct# ending 4200) |
| Bank of Texas | SOURCECORP BPS Inc. | Agreement (Acct# ending 0970) |
| Bank of Texas | SOURCECORP Management LP | Agreement (Acct# ending 4255) |
| Bank of Texas | SourceHOV LLC | Agreement (Acct# ending 4780) |
| Bank of Texas | SourceHOV LLC | Agreement (Acct# ending 4277) |
| Bank of Texas | SourceHOV LLC | Agreement (Acct# ending 5035) |
| Bank of Texas | SourceHOV LLC | Agreement (Acct# ending 4481) |
| Bank of Texas | SourceHOV LLC | Agreement (Acct# ending 9125) |
| Bank of Texas | SourceHOV LLC | Agreement (Acct# ending 9136) |
| Bank of Texas | SourceHOV LLC | Agreement (Acct# ending 4189) |
| Bank of Texas | SourceHOV LLC | Agreement (Acct# ending 2243) |
| Bank of Texas | SourceHOV LLC | Agreement (Acct# ending 4343) |
| Bank of Texas | SourceHOV LLC | Agreement (Acct# ending 8335) |
| Bank of Texas | SourceHOV LLC | Agreement (Acct# ending 8346) |
| Bank of Texas | SourceHOV LLC | Agreement (Acct# ending 0030) |
| Bank of Texas | United Information Services, Inc. | Agreement (Acct# ending 4442) |
| Bank of Texas | United Information Services, Inc. | Agreement (Acct# ending 4453) |
| Global Tech Inc., dba eGlobalTech | Novitex Government Solutions, LLC | Firm Fixed Price Subcontract |
| ETI-MNA, LLC | Exela Technologies BPA, LLC | Management Agreement (BPA) |
| ETI-MNA, LLC | Neon Acquisition, LLC | Management Agreement (Neon) |
| HiTouch Business Services LLC | Exela Enterprise Solutions, Inc. | Amendment to Agreement |
| HiTouch Business Services, LLC | Exela Enterprise Solutions, Inc. | Master Services Agreement |
| HiTouch Business Services, LLC | Exela Enterprise Solutions, Inc. | Amendment to Agreement |
| HiTouch Contract & Commercial LLC | Exela Enterprise Solutions, Inc. | HiTouch Proprietary Custom Products Agreement PS-42172 – State of Florida Account (SOF) |
| Imaging Business Machines/IBML | Regulus Group LLC | Agreement |
| Kilroy Realty, L.P. | Economic Research Services, Inc. | Lease Agreement for 3800 & 3840 Kilroy Airport Way |

**REDLINE**

**Any Unexpired Leases that remain subject to a pending motion to reject, shall remain subject to such motion unless removed from the scope thereof.**

| Counterparty Name | Debtor | Title / Description of Agreement |
|---|---|---|
| 2300 Brookstone Centre Parkway, LLC | BancTec, Inc. | Lease Agreement for 2300 Brookstone Centre Pkwy |
| Access Information Management Corporation | Exela Enterprise Solutions, Inc. | Master Agreement (Records Storage, Secure Destruction, and other Records Management Services) |
| Arkham Tower, LLC | SourceHOV LLC | Lease Agreement for 40 N Main Street |
| Bank of Texas | BancTec, Inc. | Agreement (Acct# ending 5627) |
| Bank of Texas | BancTec, Inc. | Agreement (Acct# ending 7904) |
| Bank of Texas | BancTec, Inc. | Agreement (Acct# ending 7560) |
| Bank of Texas | Economic Research Services Inc | Agreement (Acct# ending 5572) |
| Bank of Texas | Economic Research Services Inc | Agreement (Acct# ending 4145) |
| Bank of Texas | Exela Enterprise Solutions, Inc. | Agreement (Acct# ending 6221) |
| Bank of Texas | Exela Enterprise Solutions, Inc. | Agreement (Acct# ending 2826) |
| Bank of Texas | Exela Enterprise Solutions, Inc. | Agreement (Acct# ending 9340) |
| Bank of Texas | Exela Enterprise Solutions, Inc. | Agreement (Acct# ending 0605) |
| Bank of Texas | Exela Enterprise Solutions, Inc. | Agreement (Acct# ending 0616) |
| Bank of Texas | Exela Enterprise Solutions, Inc. | Agreement (Acct# ending 7148) |
| Bank of Texas | Exela Enterprise Solutions, Inc. | Agreement (Acct# ending 8083) |
| Bank of Texas | Exela Enterprise Solutions, Inc. | Agreement (Acct# ending 8743) |
| Bank of Texas | Exela Enterprise Solutions, Inc. | Agreement (Acct# ending 9898) |
| Bank of Texas | Exela Enterprise Solutions, Inc. | Agreement (Acct# ending 2230) |
| Bank of Texas | Exela Enterprise Solutions, Inc. | Agreement (Acct# ending 3923) |
| Bank of Texas | Exela Enterprise Solutions, Inc. | Agreement (Acct# ending 8103) |
| Bank of Texas | Exela Enterprise Solutions, Inc. | Agreement (Acct# ending 2772) |
| Bank of Texas | HOV Services, Inc. | Agreement (Acct# ending 0968) |
| Bank of Texas | HOV Services, Inc. | Agreement (Acct# ending 1645) |
| Bank of Texas | HOV Services, Inc. | Agreement (Acct# ending 0049) |
| Bank of Texas | HOVG, LLC | Agreement (Acct# ending 5638) |
| Bank of Texas | HOVG, LLC DBA BAY AREA CREDIT SERVICES, LLC | Agreement (Acct# ending 3484) |
| Bank of Texas | J & B Software, Inc. | Agreement (Acct# ending 5616) |
| Bank of Texas | J & B Software, Inc. | Agreement (Acct# ending 7717) |
| Bank of Texas | Kinsella Media LLC | Agreement (Acct# ending 5550) |
| Bank of Texas | Kinsella Media LLC | Agreement (Acct# ending 4332) |
| Bank of Texas | Novitex Government Solutions, LLC | Agreement (Acct# ending 6232) |
| Bank of Texas | Regulus Group LLC | Agreement (Acct# ending 5605) |
| Bank of Texas | Regulus Group LLC | Agreement (Acct# ending 7516) |
| Bank of Texas | Regulus Group, Inc. | ERC Lock Box Agreement |
| Bank of Texas | Regulus Group, Inc. | ERC Lock Box Agreement |

| Counterparty Name | Debtor | Title / Description of Agreement |
|---|---|---|
| Bank of Texas | Regulus Integrated Solutions LLC | Agreement (Acct# ending 5594) |
| Bank of Texas | Regulus Integrated Solutions LLC | Agreement (Acct# ending 7684) |
| ~~Counterparty Name~~ | ~~Debtor~~ | ~~Title / Description of Agreement~~ |
| Bank of Texas | Rust Consulting, Inc. | Agreement (Acct# ending 5561) |
| Bank of Texas | Rust Consulting, Inc. | Agreement (Acct# ending 4387) |
| Bank of Texas | Rust Consulting, Inc. | Agreement (Acct# ending 4541) |
| Bank of Texas | SOURCECORP BPS Inc. | Agreement (Acct# ending 4200) |
| Bank of Texas | SOURCECORP BPS Inc. | Agreement (Acct# ending 0970) |
| Bank of Texas | SOURCECORP Management, ~~Inc.~~ **LP** | Agreement (Acct# ending 4255) |
| Bank of Texas | SourceHOV LLC | Agreement (Acct# ending 4780) |
| Bank of Texas | SourceHOV LLC | Agreement (Acct# ending 4277) |
| Bank of Texas | SourceHOV LLC | Agreement (Acct# ending 5035) |
| Bank of Texas | SourceHOV LLC | Agreement (Acct# ending 4481) |
| Bank of Texas | SourceHOV LLC | Agreement (Acct# ending 9125) |
| Bank of Texas | SourceHOV LLC | Agreement (Acct# ending 9136) |
| Bank of Texas | SourceHOV LLC | Agreement (Acct# ending 4189) |
| Bank of Texas | SourceHOV LLC | Agreement (Acct# ending 2243) |
| Bank of Texas | SourceHOV LLC | Agreement (Acct# ending 4343) |
| Bank of Texas | SourceHOV LLC | Agreement (Acct# ending 8335) |
| Bank of Texas | SourceHOV LLC | Agreement (Acct# ending 8346) |
| Bank of Texas | SourceHOV LLC | Agreement (Acct# ending 0030) |
| Bank of Texas | United Information Services, Inc. | Agreement (Acct# ending 4442) |
| Bank of Texas | United Information Services, Inc. | Agreement (Acct# ending 4453) |
| ~~BOKF, NA dba Bank of Texas~~ | ~~Exela Enterprise Solutions, Inc.~~ | ~~Business Loan Agreement~~ |
| ~~BV DRP Synergy JV, LLC  c/o Dominion Realty Partners, LLC~~ | ~~SourceHOV LLC~~ | ~~Lease Agreement for 100 Executive Center Drive, Suite A-11~~ |
| Global Tech Inc., dba eGlobalTech | Novitex Government Solutions, LLC | Firm Fixed Price Subcontract |
| **ETI-MNA, LLC** | **Exela Technologies BPA, LLC** | **Management Agreement (BPA)** |
| **ETI-MNA, LLC** | **Neon Acquisition, LLC** | **Management Agreement (Neon)** |
| HiTouch Business Services LLC | Exela Enterprise Solutions, Inc. | Amendment to Agreement |
| HiTouch Business Services, LLC | Exela Enterprise Solutions, Inc. | Master Services Agreement |
| HiTouch Business Services, LLC | Exela Enterprise Solutions, Inc. | Amendment to Agreement |
| HiTouch Contract & Commercial LLC | Exela Enterprise Solutions, Inc. | HiTouch Proprietary Custom Products Agreement PS-42172 – State of Florida Account (SOF) |
| Imaging Business Machines/IBML | Regulus Group LLC | Agreement |
| Kilroy Realty, L.P. | Economic Research Services, Inc. | Lease Agreement for 3800 & 3840 Kilroy Airport Way |

## **EXHIBIT E**

**Assumed Related Parties Contract List**

| Debtor Party | Related Party | Description | Effective Date |
|---|---|---|---|
| BancTec, Inc. | Aideo Technology LLC | Master Services Agreement | 9/1/2024 |
| BancTec, Inc. | Aideo Technology LLC | Statement of Work | 9/1/2024 |
| Exela Technologies BPA, LLC | XBP EUROPE, INC. | Services Agreement | 11/29/2023 |
| HOV Services, Inc. | Aideo Technology LLC | Statement of Work | 10/1/2024 |
| HOV Services, Inc. | Aideo Technology LLC | Master Services Agreement | 10/1/2024 |
| SourceHOV LLC | Athena L.L.C. | Master Agreement | 9/6/2015 |
| SourceHOV LLC | Go Speak Up L.L.C. | Master Agreement | 12/2/2015 |
| SourceHOV LLC | Peri Technologies LLC | Master Agreement | 10/28/2015 |
| SourceHOV LLC | RDH Technologies L.L.C. | Master Agreement | 12/15/2015 |
| SourceHOV LLC | Rule 14, LLC | Master Agreement | 1/1/2015 |
| SourceHOV LLC | Spring Health L.L.C. | Master Agreement | 11/24/2015 |
| SourceHOV LLC | Teletype L.L.C. | Master Agreement | 11/30/2015 |
| SourceHOV LLC | Zuma Technologies L.L.C. | Master Agreement | 1/30/2016 |

**REDLINE**

| Debtor Party | Related Party | Description | Effective Date |
|---|---|---|---|
| BancTec, Inc. | Aideo Technology LLC | Master Services Agreement | 9/1/2024 |
| **BancTec, Inc.** | **Aideo Technology LLC** | **Statement of Work** | **9/1/2024** |
| **Exela Technologies BPA, LLC** | **XBP EUROPE, INC.** | **Services Agreement** | **11/29/2023** |
| HOV Services, Inc. | Aideo Technology LLC | Statement of Work | 10/1/2024 |
| HOV Services, Inc. | Aideo Technology LLC | Master Services Agreement | 10/1/2024 |
| SourceHOV LLC | Athena L.L.C. | Master Agreement | 9/6/2015 |
| SourceHOV LLC | Go Speak Up L.L.C. | Master Agreement | 12/2/2015 |
| SourceHOV LLC | Peri Technologies LLC | Master Agreement | 10/28/2015 |
| **SourceHOV LLC** | **RDH Technologies L.L.C.** | **Master Agreement** | **12/15/2015** |
| SourceHOV LLC | Rule 14, LLC | Master Agreement | 1/1/2015 |
| SourceHOV LLC | Spring Health L.L.C. | Master Agreement | 11/24/2015 |
| SourceHOV LLC | Teletype L.L.C. | Master Agreement | 11/30/2015 |
| SourceHOV LLC | Zuma Technologies L.L.C. | Master Agreement | 1/30/2016 |