IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re:<br><br>DOCUDATA SOLUTIONS, L.C., *et al.*,<br><br>Reorganized Debtors.[1] | Chapter 11<br><br>Case No. 25-90023 (CML)<br><br>(Jointly Administered) |

**NOTICE OF HEARING**
[Relates to Dkt. No. 1082]

**PLESE TAKE NOTICE** that a hearing will take place on **Tuesday, September 23, 2025, at 10:00 A.M.** prevailing central time (the "Hearing"), before the Honorable Christopher Lopez, United States Bankruptcy Judge, Courtroom 401, 515 Rusk Street, Houston, Texas 77002, to consider the *Cantex Grauwyler, LLC's Motion for Relief from Plan Injunction to Effectuate Setoff* [Docket No. 1082]. Parties may participate in the Hearing either in person or by an audio and video connection. Audio communication will be by use of the Court's dial-in facility. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Lopez's home page. The meeting code is "JudgeLopez". Click the settings icon in the upper right corner and enter your name under the personal information setting.

**Telephonic Participation**
Dial-in Telephone No: 832-917-1510
Conference Code: 590153

**Video Participation**
https://www.gotomeet.me/JudgeLopez
*Audio connections by phone are required for all video participants*

---

[1] A complete list of each of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://omniagentsolutions.com/DocuDataSolutions. The Reorganized Debtors' mailing address for the purposes of these cases is 6641 N. Belt Line Road, Suite 100, Irving, TX 75063.

Hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your appearance, click the "Electronic Appearance" link on Judge Lopez's home page. Select the case name, complete the required fields and click "submit" to complete your appearance.

Dated: September 3, 2025

Respectfully submitted,

**KANE RUSSELL COLEMAN LOGAN PC**

By: */s/ John J. Kane*
    John J. Kane
    State Bar No. 24066794
    901 Main Street
    Suite 5200
    Dallas, TX 75202
    Phone: 214-777-4200
    Email: jkane@krcl.com

**COUNSEL TO CANTEX GRAUWYLER, LLC**

## CERTIFICATE OF SERVICE

I certify that on September 3, 2025, a true and correct copy of the foregoing document was filed with the Court and served via the Court's CM/ECF notification system to all parties registered to receive electronic notices in this case.

/s/ *John J. Kane*
John J. Kane