IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| DOCUDATA SOLUTIONS, L.C., *et al.*, | Case No. 25-90023 (CML) |
| Reorganized Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on September 11, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served (i) via the method set forth on the Master Service List attached hereto as **Exhibit A** and (ii) via the method set forth on the Service List attached hereto as **Exhibit B**:

- **Reorganized Debtors' Omnibus Objection to Cantex Grauwyler's Lease Rejection Claims [Docket No. 1155]**

Dated: September 22, 2025

/s/ Randy Lowry
Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California    }
{                       } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 22nd day of September 20 25 by Randy Lowry proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

/s/ Carolyn K. Cashman
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1] A complete list of each of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://omniagentsolutions.com/DocuDataSolutions. The Reorganized Debtors' mailing address for the purposes of these cases is 6641 N. Belt Line Road, Suite 100, Irving, TX 75063 USA.

# **EXHIBIT A**

**Exhibit A**
**Master Service List**

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| 30 Largest | Access Information Intermediate | P.O. Box 101048<br>Atlanta, GA 30392-1048 | | First Class Mail |
| 30 Largest | AFLAC | 1932 Wynnton Rd<br>Columbus, GA 31999 | cscmail@aflac.com | Email |
| Official Committee of Unsecured Creditors | AFLAC | Attn: Kedrick N Eil<br>1932 Wynnton Road<br>Columbus, GA 31999 | Keily@aflac.com | Email |
| 30 Largest | Alight Holding Co, LLC | dba Alight Solutions LLC<br>4 Overlook Point<br>Lincolnshire, IL 60069 | support@alight.com | Email |
| Official Committee of Unsecured Creditors | Alpine Global Management, LLC | Attn: Rick Palmon<br>140 Broadway, 38th Fl<br>New York, NY 10005-1108 | rick.palmon@alpineglobal.com | Email |
| 30 Largest | AMSIVE, Inc | 915 Broadway, Ste 501<br>New York, NY 10010 | letstalk@amsive.com | Email |
| 30 Largest | ASG Technologies, Inc | 700 Highlander Blvd, Unit 300<br>Arlington, TX 76015 | info@asg.com | Email |
| 30 Largest | AT&T | P.O. Box 5019<br>Carol Stream, IL 60197-5019 | bk4752@att.com;<br>sd5243@att.com | Email |
| 30 Largest | Bluecrest DMT Solutions Global Corp | P.O. Box 740077412<br>Chicago, IL 60674-7412 | bluecrestclientcare@bluecrestinc.com;<br>dmtpartorders@bluecrestinc.com | Email |
| 30 Largest | BofA Securities, Inc | Attn: Erica Coller<br>Attn: Debt Advisory<br>Bank of America Tower<br>620 S Tyron St, 20th Fl<br>Charlotte, NC 28255 | info@bnamericas.com | Email |
| *NOA - Counsel for Official Committee of Unsecured Creditors | Brown Rudnick LLP | Attn: Attn: Bennett S Silverberg/Robert J Stark<br>Attn: Jeffrey L Jonas/Tristan G Axelrod<br>Attn: Alexander F Kasnetz/Jessica Y Loing<br>7 Times Square<br>New York, NY 10036 | akasnetz@brownrudnick.com;<br>bsilverberg@brownrudnick.com;<br>jjonas@brownrudnick.com;<br>jliong@brownrudnick.com;<br>rstark@brownrudnick.com;<br>taxelrod@brownrudnick.com | Email |
| 30 Largest | Cahill Gordon & Reindel LLP | c/o Bradford Capital Holdings, LP<br>P.O. Box 4353<br>Clifton, NJ 07012 | jwhall@cahill.com | Email |
| *NOA - Counsel for Oracle America, Inc. and Oracle Canada, ULC | Carrington, Coleman, Sloman & Blumenthal, LLP | Attn: Jason M Katz | jkatz@ccsb.com | Email |
| 30 Largest | Cleary Gottlieb Steen & Hamilton LLP | 1 Liberty Plz<br>New York, NY 10006 | malbank@cgsh.com | Email |
| 30 Largest | Digital Color Concepts, Inc | 256 Sheffield St<br>Mountainside, NJ 07092 | info@dccnyc.com;<br>don@dccnyc.com | Email |
| Counsel to B. Riley | Duane Morris LLP | Christopher M. Winter- Partner | CMWinter@duanemorris.com | Email |
| 30 Largest | First Insurance Funding Corp | 450 Skokie Blvd, Ste 1000<br>Northbrook, IL 60062 | csr@firstinsurancefunding.com | Email |
| 30 Largest | Genuity Concepts | 507 N Church St<br>Greensboro, NC 27401 | info@genuityconcepts.com | Email |
| 30 Largest | Global Tech Inc | dba EGlobalTech<br>1515 Wilson Blvd, Ste 800<br>Arlington, VA 22209 | info@eglobaltech.com | Email |
| Debtors counsel | Hunton Andrews Kurth LLP | | AshleyHarper@hunton.com;<br>PGuffy@hunton.com;<br>TadDavidson@hunton.com | Email |
| 30 Largest | Image Business Machines, LLC | P.O. Box 676673<br>Dallas, TX 75267-6673 | askar@usibm.com | Email |
| IRS | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | First Class Mail |
| 30 Largest | Konica Minolta Business Solutions USA, Inc | Dept CH 19188<br>Palatine, IL 60055-9188 | mgrande@kmbs.konicaminolta.us | Email |
| Official Committee of Unsecured Creditors | Konica Minolta Business Solutions, USA | Attn: Stephen Herbes<br>100 Williams Dr<br>Ramsey, NJ 07446 | sherbes@kmbs.konicaminolta.us | Email |
| Debtors counsel | Latham & Watkins LLP | | Adam.Ravin@lw.com;<br>Alex.Welch@lw.com;<br>Ata.Nalbantoglu@lw.com;<br>Beau.Parker@lw.com;<br>Brian.Herskowitz@lw.com;<br>Christopher.Tarrant@lw.com;<br>Davis.Klabo@lw.com;<br>Harris.Scott@lw.com;<br>Hugh.Murtagh@lw.com;<br>Jon.Weichselbaum@lw.com;<br>Julia.McQueen@lw.com;<br>Kevin.Shang@lw.com;<br>Richard.Cantoral@lw.com;<br>Thomas.Fafara@lw.com | Email |
| 30 Largest | Liberty Life Insuance of Boston | Attn: Group Benefits<br>P.O. Box 2658<br>Carol Stream, IL 60132 | liberty.support@libertymutual.com | Email |
| Counsel to the administrative agent under the ER3 Securitization Program | Mayer Brown | Attn: Zachary A Carrier<br>71 S Wacker Dr<br>Chicago, IL 60606 | exela.mbteam@mayerbrown.com;<br>zcarrier@mayerbrown.com | Email |
| Counsel to the administrative agent under the ER3 Securitization Program | Mayer Brown | Attn: Brian Trust/Dabin Chun<br>Attn: Evan DeCresce/Danielle Sigal<br>1221 Ave of the Americas<br>New York, NY 10020-1001 | btrust@mayerbrown.com;<br>dchung@mayerbrown.com;<br>dsigal@mayerbrown.com;<br>edecresce@mayerbrown.com | Email |

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel for Official Committee of Unsecured Creditors | Mcdermott Will & Emery LLP | Attn: Charles R Gibbs/Marcus Helt<br>845 Texas Ave, Ste 4000<br>Houston, TX 77002-1656 | crgibbs@mwe.com;<br>mhelt@mwe.com | Email |
| *NOA - Counsel for Official Committee of Unsecured Creditors | Mcdermott Will & Emery LLP | Attn: Kristin K Going/Darren Azman<br>One Vanderbilt Ave<br>New York, NY 10017-3852 | dazman@mwe.com;<br>kgoing@mwe.com | Email |
| 30 Largest | Norton Rose Fullbright US, LLP | 799 9th St NW, Ste 1000<br>Washington, DC 20001 | robert.schwinger@nortonrosefulbright.com | Email |
| Attorney General | Office of the Attorney General | 500 S 2nd St<br>Springfield, IL 62701 | | First Class Mail |
| Attorney General | Office of the Attorney General | 601 S University Ave<br>Carbondale, IL 62901 | | First Class Mail |
| Attorney General | Office of the Attorney General | 800 5th Ave, Ste 2000<br>Seattle, WA 98104 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Aaron Frey<br>State House, Stn 6<br>Augusta, ME 04333 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Alan Wilson<br>Rembert D Dennis Office Bldg<br>P.O. Box 11549<br>Columbia, SC 29211-1549 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrew Bailey<br>2311 Bloomfield St, Ste 106<br>Cape Girardeau, MO 63703 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrew Bailey<br>615 E 13th St, Ste 401<br>Kansas City, MO 64106 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrew Bailey<br>815 Olive St, Ste 200<br>St Louis, MO 63101 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrew Bailey<br>Supreme Court Bldg<br>207 W High St<br>Jefferson City, MO 65101 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Ashley Moody<br>The Capital, PL 01<br>Tallahassee, FL 32399-1050 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Brian Schwalb<br>400 6th St NW<br>Washington, DC 20001 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Bridget Hill<br>State Capitol Bldg<br>Cheyenne, WY 82002 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Chris Carr<br>40 Capital Sq SW<br>Atlanta, GA 30334-1300 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Daniel Cameron<br>700 Capitol Ave, Ste 118<br>Capitol Bldg<br>Frankfort, KY 40601 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Dave Yost<br>State Office Tower<br>30 E Broad St<br>Columbus, OH 43266-0410 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Domingo Emanuelli Hernandez<br>P.O. Box 9020192<br>San Juan, PR 00902-0192 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Gentner Drummond<br>313 NE 21st St<br>Oklahoma City, OK 73105 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Hector Balderas<br>P.O. Drawer 1508<br>Santa Fe, NM 87504-1508 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Herbert H Slattery, III<br>P.O. Box 20207<br>Nashville, TN 37202-0207 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Jeff Landry<br>P.O. Box 94095<br>Baton Rouge, LA 70804-4095 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Jonathan Skrmetti<br>425 5th Ave N<br>Nashville, TN 37243 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Josh Kaul<br>Wisconsin Dept of Justice<br>State Capital, Rm 114 E<br>P.O. Box 7857<br>Madison, WI 53707-7857 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Josh Stein<br>Dept of Justice<br>P.O. Box 629<br>Raleigh, NC 27602-0629 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Keith Ellison<br>State Capital<br>75 Dr Martin Luther King Jr Blvd, Ste 102<br>St Paul, MN 55155 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Ken Paxton<br>Capital Station<br>P.O. Box 12548<br>Austin, TX 78711-2548 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Kris Kobach<br>120 SW 10th Ave, 2nd Fl<br>Topeka, KS 66612-1597 | | First Class Mail |

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorney General | Office of the Attorney General | Attn: Kwame Raoul<br>James R Thompson Ctr<br>100 W Randolph St<br>Chicago, IL 60601 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Letitia A James<br>Dept of Law<br>The Capitol, 2nd Fl<br>Albany, NY 12224 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Lynn Fitch<br>Dept of Justice<br>P.O. Box 220<br>Jackson, MS 39205 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Marty Jackley<br>1302 E Hwy 14, Ste 1<br>Pierre, SD 57501-8501 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Mathew J Platkin<br>Richard J Hughes Justice Complex<br>25 Market St<br>P.O. Box 080<br>Trenton, NJ 08625 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Michelle A Henry<br>Strawberry Sq, 16th Fl<br>Harrisburg, PA 17120 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Mike Hilgers<br>State Capitol<br>P.O. Box 98920<br>Lincoln, NE 68509-8920 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Patrick Morrisey<br>State Capitol<br>1900 Kanawha Blvd E<br>Charleston, WV 25305 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Peter F Neronha<br>150 S Main St<br>Providence, RI 02903 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Phil Weiser<br>Ralph L Carr Colorado Judicial Ctr<br>1300 Broadway, 10th Fl<br>Denver, CO 80203 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Rob Bonta<br>1300 I St, Ste 1740<br>Sacramento, CA 95814 | | First Class Mail |
| Attorney General | Office of the Attorney General | California Dept of Justice<br>P.O. Box 944255<br>Sacramento, CA 94244-2550 | | First Class Mail |
| Attorney General | Office of the Attorney General | Consumer Law Section<br>Attn: Bankruptcy Notices<br>455 Golden Gate Ave, Ste 11000<br>San Francisco, CA 94102-7004 | | First Class Mail |
| Attorney General | Office of the Attorney General | State of Alabama<br>Attn: Steve Marshall<br>501 Washington Ave<br>P.O. Box 300152<br>Montgomery, AL 36130-0152 | | First Class Mail |
| Attorney General | Office of the Attorney General | Supreme Court Bldg<br>P.O. Box 899<br>Jefferson City, MO 65102 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Aaron D Ford<br>Old Supreme Court Bldg<br>100 N Carson St<br>Carson City, NV 89701 | aginfo@ag.nv.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Kris Mayes<br>2005 N Central Ave<br>Phoenix, AZ 85004 | AGInfo@azag.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Charity R Clark<br>109 State St<br>Montpelier, VT 05609-1001 | ago.info@vermont.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>1 Ashburton Pl, 20th Fl<br>Boston, MA 02108-1698 | ago@state.ma.us | Email |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>10 Mechanic St, Ste 301<br>Worcester, MA 01608 | ago@state.ma.us | Email |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>105 William St, 1st Fl<br>New Bedford, MA 02740 | ago@state.ma.us | Email |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>1441 Main St, 12th Fl<br>Springfield, MA 01103 | ago@state.ma.us | Email |
| Attorney General | Office of the Attorney General | Attn: Raúl Labrador<br>700 W Jefferson St, Ste 210<br>P.O. Box 83720<br>Boise, ID 83720-1000 | AGWasden@ag.idaho.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Treg Taylor<br>1031 W 4th Ave, Ste 200<br>Anchorage, AK 99501-1994 | attorney.general@alaska.gov | Email |
| Attorney General | Office of the Attorney General | Attn: William Tong<br>165 Capitol Ave<br>Hartford, CT 06106 | attorney.general@ct.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Kathy Jennings<br>Carvel State Office Bldg<br>820 N French St<br>Wilmington, DE 19801 | attorney.general@delaware.gov | Email |

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorney General | Office of the Attorney General | Attn: John Formella<br>33 Capitol St<br>Concord, NH 03301 | attorneygeneral@doj.nh.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Ellen F Rosenblum<br>Justice Bldg<br>1162 Court St NE<br>Salem, OR 97301 | attorneygeneral@doj.state.or.us | Email |
| Attorney General | Office of the Attorney General | Attn: Todd Rokita<br>Indiana Govt Ctr S<br>302 W Washington St, 5th Fl<br>Indianapolis, IN 46204 | Constituent@atg.in.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Brenna Bird<br>Hoover State Office Bldg<br>1305 E Walnut<br>Des Moines, IA 50319 | consumer@ag.iowa.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Jason Miyares<br>202 N 9th St<br>Richmond, VA 23219 | Contact@Virginia.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Austin Knudsen<br>Justice Bldg, 3rd Fl<br>215 N Sanders<br>Helena, MT 59620-1401 | contactdoj@mt.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Anne E Lopez<br>425 Queen St<br>Honolulu, HI 96813 | hawaiiag@hawaii.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Dana Nessel<br>Cadillac Place, 10th Fl<br>3030 W Grand Blvd<br>Detroit, MI 48202 | miag@michigan.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Dana Nessel<br>P.O. Box 30212<br>525 W Ottawa St<br>Lansing, MI 48909-0212 | miag@michigan.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Drew Wrigley<br>State Capital<br>600 E Boulevard Ave<br>Bismarck, ND 58505-0040 | ndag@nd.gov | Email |
| Attorney General | Office of the Attorney General | 345 State Capitol<br>Lincoln, NE 68509 | nedoj@nebraska.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Tim Griffin<br>323 Center St, Ste 200<br>Little Rock, AR 72201-2610 | oag@ArkansasAG.gov | Email |
| Attorney General | Office of the Attorney General | 441 4th St NW, Ste 1100 S<br>Washington, DC 20001 | oag@dc.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Anthony G Brown<br>200 St Paul Pl<br>Baltimore, MD 21202-2202 | oag@oag.state.md.us | Email |
| Attorney General | Office of the Attorney General | Attn: Bob Ferguson<br>1125 Washington St SE<br>P.O. Box 40100<br>Olympia, WA 98504-0100 | serviceATG@atg.wa.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Sean Reyes<br>State Capitol, Rm 236<br>Salt Lake City, UT 84114-0810 | uag@agutah.gov | Email |
| Attorney General | Office of the Attorney General | Walter Sillers Bldg<br>550 High St, Ste 1200<br>Jackson, MS 39201 | | First Class Mail |
| US Attorney | Office of the United States Attorney for the Southern District of Texas | 1000 Louisiana St, Ste 2300<br>Houston, TX 77002 | | First Class Mail |
| US Trustee | Office of the United States Trustee for the Southern District of Texas | Attn: Jana Smith Whitworth<br>515 Rusk St, Ste 3516<br>Houston, TX 77002 | Jana.Whitworth@usdoj.gov | Email |
| 30 Largest | Opex | 305 Commerce Dr<br>Moorestown, NJ 08057-4234 | vregistration@opex.com | Email |
| Official Committee of Unsecured Creditors | Opex | Attn: John Sims/Winnie Chow<br>305 Commerce Drive<br>Moorestown, NJ 08057 | jsims@opex.com;<br>wchow@opex.com | Email |
| Counsel to the DIP Agent | Paul Hastings | Attn: Jennifer Daly/Jayme Goldstein<br>Attn: Christopher Boies/Matt Garofalo<br>Attn: Jillian McMillan<br>200 Park Ave<br>New York, NY 10166 | jenniferdaly@paulhastings.com;<br>jaymegoldstein@paulhastings.com;<br>christopherboies@paulhastings.com;<br>mattgarofalo@paulhastings.com;<br>jillianmcmillan@paulhastings.com | Email |
| Counsel to the DIP Agent | Paul Hastings | | emilykuznick@paulhastings.com | Email |
| Counsel to the Prepetition Indenture Trustee | Paul Weiss | Attn: Brian Kim<br>1285 Ave of the Americas<br>New York, NY 10019-6064 | bkim@paulweiss.com | Email |
| Official Committee of Unsecured Creditors | Phoenix Investment Adviser LLC | Attn: Jeffrey L Peskind<br>420 Lexington Ave, Ste 300<br>New York, NY 10170 | jlpeskind@phoenixinvadv.com;<br>ops@phoenixinvadv.com | Email |
| 30 Largest | Pitney Bowes | Attn: Ryan Berndt<br>2225 American Dr<br>Neenah, WI 54956-1005 | | First Class Mail |
| Official Committee of Unsecured Creditors | Rocket Software, Inc. | f/k/a ASG Technologies, Inc.<br>Elizabeth Fischer, Chief Legal Officer<br>77 4th Avenue<br>Waltham, MA 02451 | | First Class Mail |
| Counsel to the Ad Hoc Group | Ropes & Gray LLP | Attn: Matthew Roose, Eric Sherman<br>1211 Ave of the Americas<br>New York, NY 10036 | matthew.roose@ropesgray.com;<br>eric.sherman@ropesgray.com | Email |

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| Counsel to the Ad Hoc Group | Ropes & Gray LLP | Attn: Ryan Preston Dahl, Eric Schriesheim<br>191 N Wacker Dr, 32nd Fl<br>Chicago, IL 60606 | ryan.dahl@ropesgray.com;<br>eric.schriesheim@ropesgray.com | Email |
| 30 Largest | Sandy Alexander, Inc | 200 Entin Rd<br>Clifton, NJ 07014 | hello@sandyalexander.com | Email |
| 30 Largest | Scanner Holdings Corp | dba IBML<br>2750 Crestwood Blvd<br>Birmingham, AL 35210 | support@ibml.com | Email |
| SEC | Securities & Exchange Commission | Ft Worth Regional Office<br>801 Cherry St, Ste 1900, Unit 18<br>Ft Worth, TX 76102 | | First Class Mail |
| SEC | Securities & Exchange Commission | 100 F St NE<br>Washington, DC 20549 | | First Class Mail |
| 30 Largest | Sharp Electronics Corp | 100 Paragon Dr<br>Montvale, NJ 07645 | tmorley@sharpsec.com | Email |
| 30 Largest | Sonata Info Tech Ltd | Tower 2,  Global Village<br>RVCE Post, Kengeri Hobli<br>Mysore Rd, Bengaluru 560059<br>India | info@sonata-software.com;<br>Vijay.Naveen@sonata-software.com | Email |
| 30 Largest | Standard & Poors | c/o The McGraw-Hill Cos, Inc<br>2542 Collection Center Dr<br>Chicago, IL 60693 | corporate_secretary@mcgraw-hill.com | Email |
| 30 Largest | Staples, Inc | dba HITOUCH<br>P.O. Box 208897<br>Dallas, TX 75320 | info@hitouchbusinessservices.com | Email |
| 30 Largest | Tarter Krinsky & Drogin LLP | 1350 Broadway<br>New York, NY 10018 | atarter@tarterkrinsky.com | Email |
| *NOA - Counsel for Travis County | Travis County | Attn: Jason A Starks<br>PO Box 1748<br>Austin, TX 78767 | Jason.Starks@traviscountytx.gov | Email |
| Official Committee of Unsecured Creditors | U.S. Bank Trust Company, N.A., as Indenture Trustee | Attn: David Diaz<br>1025 Connecticut Ave NW, Ste 510<br>Washington, DC 20036 | dave.diaz@usbank.com | Email |
| 30 Largest | United Parcel Service | P.O. Box 7247-0244<br>Philadelphia, PA 19170-0001 | enterpriseaccounts@ups.com | Email |
| 30 Largest | US Bank National Assoc Co | As Trustee for July Unsecured 2026 Notes<br>60 Livingston Ave<br>St Paul, MN 55107 | support@customerconnection.usbank.com | Email |
| 30 Largest | Willkie Farr & Gallagher LLP | 787 7th Ave<br>New York, NY 10019 | tcerabino@willkie.com | Email |

DocuData Solutions, L.C (Case No. 24-90023)

# **EXHIBIT B**

**Exhibit B**
**Service List**

| Name | Address | | | | Email | Method of Service |
|---|---|---|---|---|---|---|
| Cantex Grauwyler LLC | 2701 E Grauwyler Rd | Irving, TX 75061 | | | | First Class Mail |
| Cantex Grauwyler, LLC | c/o Cantex Capital | 107 Pittsburg St | Dallas, TX 75207 | | sray@cantexcapital.com | Email<br>First Class Mail |
| Cantex Grauwyler, LLC | c/o Kane Russell Coleman Logan PC | Attn: John Kane | 901 Main St, Ste 5200 | Dallas, TX 75202 | jkane@krcl.com; rcheema@cantexcapital.com | Email<br>First Class Mail |

DocuData Solutions, L.C (Case No. 24-90023)