**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

```
------------------------------------------------------------  x
                                                              :
In re:                                                        :   Chapter 11
                                                              :
DOCUDATA SOLUTIONS, L.C., et al.,                             :   Case No. 25-90023 (CML)
                                                              :
              Reorganized Debtors.¹                           :   (Jointly Administered)
                                                              :
------------------------------------------------------------  x
```

**ORDER SUSTAINING REORGANIZED DEBTORS' FIRST**
**OMNIBUS OBJECTION TO CERTAIN CLAIMS (LATE-FILED CLAIMS)**
**[Relates to Docket No. 1360]**

Upon the objection (the "***Objection***")[2] of the above-captioned reorganized debtors (collectively, the "***Reorganized Debtors***") seeking entry of an order (this "***Order***") disallowing and expunging the Disputed Claims in their entirety, as more fully set forth in the Objection; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the Court may enter a final order consistent with Article III of the United States Constitution; and it appearing that venue of this proceeding and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the Reorganized Debtors' notice of the Objection and opportunity for a hearing on the Objection were appropriate under the circumstances and no other notice need be provided; and the Court having reviewed the Objection; and all responses, if any, to the Objection having been withdrawn, resolved, or overruled; and the Court having determined

---

[1]    A complete list of each of the Reorganized Debtors in the Chapter 11 Cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://omniagentsolutions.com/DocuDataSolutions.  The Reorganized Debtors' mailing address for the purposes of these cases is 6641 N. Belt Line Road, Suite 100, Irving, TX 75063 USA.

[2]    Capitalized terms used herein but not defined shall have the meanings ascribed to such terms in the Objection.

that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1. Each Disputed Claim (*i.e.*, those claims listed on **Schedule 1** hereto) is disallowed in its entirety.

2. Omni Agent Solutions, Inc., as claims agent, is authorized and directed to update the claims register maintained in these Chapter 11 Cases to reflect the relief granted in this Order.

3. The Reorganized Debtors and Omni Agent Solutions, Inc. are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

4. Each Disputed Claim and the objections by the Reorganized Debtors to each Disputed Claim constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order shall be deemed a separate order with respect to each Disputed Claim.

5. This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Signed: _____, 2026

_____
CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE

## <u>Schedule 1</u>

**Late-Filed Claims**

**DocuData Solutions, L.C.,** *et. al.*  **25-90023 (CML)**
**First Omnibus Objection (Late-Filed Claims)**

### Schedule I - Late-Filed Claims

| | Original Creditor | Claim Transferred / Assigned to | Claim / Schedule to Be Disallowed and Expunged | Case No. | Debtor | Date Filed / Scheduled | Claim Amount and Priority [1] | Basis for Objection | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 1 | ADP Inc<br>1851 N Resler Dr<br>El Paso, TX  79912 | | 23-139 | 25-90023 | DocuData Solutions, L.C. | 9/2/2025 | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$33,019.63 (U)<br>$33,019.63 (T) | Late-Filed Claim | Pursuant to 11 U.S.C. § 502(b)(9).  The Debtors object to this claim on the grounds that such claim was not timely filed.  Accordingly, the Debtors believe the claim should be disallowed in its entirety. |
| 2 | ADP International Services B.V.<br>1 Lylantse Bean<br>Capelle aan den Ijssel NL, 2908LG<br>The Netherlands | | 39-55 [2] | 25-90039 | BancTec, Inc. | 7/2/2025 | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$35,341.53 (U)<br>$35,341.53 (T) | Late-Filed Claim | Pursuant to 11 U.S.C. § 502(b)(9).  The Debtors object to this claim on the grounds that such claim was not timely filed.  Accordingly, the Debtors believe the claim should be disallowed in its entirety. |
| 3 | Arizona Department of Revenue<br>c/o Office of the Arizona Attorney General - BCE<br>2005 N Central Ave, Ste 100<br>Phoenix, AZ 85004 | | 73-31 | 25-90073 | Novitex Government Solutions, LLC | 9/4/2025 | $0.00 (S)<br>$0.00 (A)<br>$3,959.92 (P)<br>$0.00 (U)<br>$3,959.92 (T) | Late-Filed Claim | Pursuant to 11 U.S.C. § 502(b)(9).  The Debtors object to this claim on the grounds that such claim was not timely filed.  Accordingly, the Debtors believe the claim should be disallowed in its entirety. |
| 4 | AT & T Mobility<br>aka AT&T by AIS InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | | 61-7 | 25-90061 | SOURCECORP, Incorporated | 8/18/2025 | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$18,489.39 (U)<br>$18,489.39 (T) | Late-Filed Claim | Pursuant to 11 U.S.C. § 502(b)(9).  The Debtors object to this claim on the grounds that such claim was not timely filed.  Accordingly, the Debtors believe the claim should be disallowed in its entirety. |
| 6 | Blake, Cassels & Graydon LLP<br>199 Bay Street, Suite 4000<br>Commerce Court West<br>M5L, 1A9<br>Toronto, Canada | | 72-16 | 25-90072 | Novitex Enterprise Solutions Canada, Inc. | 6/12/2025 | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$34,326.34(U)<br>$34,326.34 (T) | Late-Filed Claim | Pursuant to 11 U.S.C. § 502(b)(9).  The Debtors object to this claim on the grounds that such claim was not timely filed.  Accordingly, the Debtors believe the claim should be disallowed in its entirety. |
| 7 | BT Property, LLC<br>c/o Faegre Drinker Biddle & Reath LLP<br>Attn: Roger Maldonado<br>2200 Wells Fargo Center<br>90 S. 7th St.<br>Minneapolis, MN 55402 | | 28-4 | 25-90028 | Regulus Group II LLC | 8/28/2025 | $0.00 (S)<br>$0.00(A)<br>$0.00 (P)<br>$30,078.00 (U)<br>$30,078.00 (T) | Late-Filed Claim | Pursuant to 11 U.S.C. § 502(b)(9).  The Debtors object to this claim on the grounds that such claim was not timely filed.  Accordingly, the Debtors believe the claim should be disallowed in its entirety. |
| 8 | BT Property, LLC<br>c/o Faegre Drinker Biddle & Reath LLP<br>Attn: Roger Maldonado<br>2200 Wells Fargo Center<br>90 S. 7th St.<br>Minneapolis, MN 55402 | | 33-11 [3] | 25-90033 | Regulus Holding Inc. | 8/28/2025 | $0.00 (S)<br>$0.00(A)<br>$0.00 (P)<br>$30,078.00 (U)<br>$30,078.00 (T) | Late-Filed Claim | Pursuant to 11 U.S.C. § 502(b)(9).  The Debtors object to this claim on the grounds that such claim was not timely filed.  Accordingly, the Debtors believe the claim should be disallowed in its entirety. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total
(2) Claim No. 39-55 is also included on the Reorganized Debtors' Omnibus No Liability Claims Objection, which is being filed contemporaneously herewith.

1

| | Original Creditor | Claim Transferred / Assigned to | Claim / Schedule to Be Disallowed and Expunged | Case No. | Debtor | Date Filed / Scheduled | Claim Amount and Priority [1] | Basis for Objection | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 9 | 5X5 Telecom P.O. Box 847292 Los Angeles, CA 90084 | CAB 4340 Fulton Avenue, Third Fl. Sherman Oaks, CA 91423 | 56-7 | 25-90056 | Economic Research Services, Inc. | 6/12/2025 | $0.00 (S) $0.00 (A) $0.00 (P) $4,006.06 (U) $4,006.06 (T) | Late-Filed Claim | Pursuant to 11 U.S.C. § 502(b)(9).  The Debtors object to this claim on the grounds that such claim was not timely filed.  Accordingly, the Debtors believe the claim should be disallowed in its entirety. |
| 10 | Cap America Headwear 1 Cap America Dr. Fredericktown, MD 63645 | | 58-134 | 25-90058 | Exela Enterprise Solutions, Inc. | 9/2/2025 | $0.00 (S) $0.00 (A) $0.00 (P) $3,195.66 (U) $3,195.66 (T) | Late-Filed Claim | Pursuant to 11 U.S.C. § 502(b)(9).  The Debtors object to this claim on the grounds that such claim was not timely filed.  Accordingly, the Debtors believe the claim should be disallowed in its entirety. |
| 11 | ChemsearchFE Attn: Credit Dept 2727 Chemsearch Blvd Irving, TX 75062 | | 23-120 | 25-90023 | DocuData Solutions, L.C. | 8/18/2025 | $0.00 (S) $0.00 (A) $0.00 (P) $8,777.18 (U) $8,777.18 (T) | Late-Filed Claim | Pursuant to 11 U.S.C. § 502(b)(9).  The Debtors object to this claim on the grounds that such claim was not timely filed.  Accordingly, the Debtors believe the claim should be disallowed in its entirety. |
| 12 | Desert Oasis Commercial 4600 E Washington St, Ste 300 Phoenix, AZ 85034 | | 30-49 | 25-90030 | Regulus Group LLC | 9/2/2025 | $0.00 (S) $0.00 (A) $0.00 (P) $5,952.00 (U) $5,952.00 (T) | Late-Filed Claim | Pursuant to 11 U.S.C. § 502(b)(9).  The Debtors object to this claim on the grounds that such claim was not timely filed.  Accordingly, the Debtors believe the claim should be disallowed in its entirety. |
| 13 | DLO Utah LLC d/b/a KKP Attn: Danny Oblad 4256 W. 8370 S. West Jordan, UT 84088 | | 58-135 | 25-90058 | Exela Enterprise Solutions, Inc. | 9/2/2025 | $0.00 (S) $0.00 (A) $0.00 (P) $1,692.55 (U) $1,692.55 (T) | Late-Filed Claim | Pursuant to 11 U.S.C. § 502(b)(9).  The Debtors object to this claim on the grounds that such claim was not timely filed.  Accordingly, the Debtors believe the claim should be disallowed in its entirety. |
| 14 | Electro Rent Corporation Attn: Heather Zepeda 8511 Fallbrook Ave, Suite 2000 West Hills, CA 91304 | Argo Partners Attn: Matthew Binstock Re: Electro Rent Corporation 12 W 37th St, Ste 900 New York, NY 10018 | 23-108 | 25-90023 | DocuData Solutions, L.C. | 7/3/2025 | $0.00 (S) $0.00 (A) $0.00 (P) $24,975.06 (U) $24,975.06 (T) | Late-Filed Claim | Pursuant to 11 U.S.C. § 502(b)(9).  The Debtors object to this claim on the grounds that such claim was not timely filed.  Accordingly, the Debtors believe the claim should be disallowed in its entirety. |
| 15 | Employment Development Department State of California Attn: Special Procedures Section P.O. Box 826880, MIC 92E Sacramento, CA 94280-0001 | | 56-14 | 25-90056 | Economic Research Services, Inc. | 9/12/2025 | $0.00 (S) $46,702.79 (A) $0.00 (P) $0.00 (U) $46,702.79 (T) | Late-Filed Claim | Pursuant to 11 U.S.C. §§ 502(b)(9) and/or 503(a). The Debtors object to this claim on the grounds that such claim was not timely filed.  Accordingly, the Debtors believe the claim should be disallowed in its entirety. |
| 16 | Employment Development Department State of California Attn: Special Procedures Section P.O. Box 826880, MIC 92E Sacramento, CA 94280-0001 | | 73-30 | 25-90073 | Novitex Government Solutions, LLC | 9/15/2025 | $0.00 (S) $3,180.72 (A) $0.00 (P) $0.00 (U) $3,180.72 (T) | Late-Filed Claim | Pursuant to 11 U.S.C. §§ 502(b)(9) and/or 503(a). The Debtors object to this claim on the grounds that such claim was not timely filed.  Accordingly, the Debtors believe the claim should be disallowed in its entirety. |

(3) Claim No. 33-11 is also included on the Reorganized Debtors' Omnibus No Liability Claims Objection, which is being filed contemporaneously herewith.

| | Original Creditor | Claim Transferred / Assigned to | Claim / Schedule to Be Disallowed and Expunged | Case No. | Debtor | Date Filed / Scheduled | Claim Amount and Priority [1] | Basis for Objection | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 17 | Farhang Pedram<br>c/o Cattanach Hindson Sutton VanVeldhuizen LLP<br>Attn: John Carruthers<br>52 Main St N<br>Markham, ON L3P 1X5<br>Canada | | 29-7 [4] | 25-90029 | BancTec (Canada), Inc. | 7/29/2025 | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$80,980.00 (U)<br>$80,980.00 (T) | Late-Filed Claim | Pursuant to 11 U.S.C. § 502(b)(9).  The Debtors object to this claim on the grounds that such claim was not timely filed.  Accordingly, the Debtors believe the claim should be disallowed in its entirety. |
| 18 | Grand & Toy Ltd<br>P.O. Box 5500<br>Don Mills, ON M3C 3L5<br>Canada | | 72-18 | 25-90072 | Novitex Enterprise Solutions Canada, Inc. | 9/2/2025 | $0.00 (S)<br>$2,946.66 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$2,946.66 (T) | Late-Filed Claim | Pursuant to 11 U.S.C. §§ 502(b)(9) and/or 503(a).  The Debtors object to this claim on the grounds that such claim was not timely filed.  Accordingly, the Debtors believe the claim should be disallowed in its entirety. |
| 20 | Lisa Cabrera<br>11112 N Par Dr<br>Tucson, AZ 85737 | | 23-140 | 25-90023 | DocuData Solutions, L.C. | 9/13/2025 | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Late-Filed Claim | Pursuant to 11 U.S.C. § 502(b)(9).  The Debtors object to this claim on the grounds that such claim was not timely filed.  Accordingly, the Debtors believe the claim should be disallowed in its entirety. |
| 21 | MC Ventilation DivMaisonair Clim I<br>24 De La Seigneurie Boul E<br>Blainville, QC J7C 3V5<br>Canada | | 29-6 | 25-90029 | BancTec (Canada), Inc. | 6/20/2025 | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$193.88 (U)<br>$193.88 (T) | Late-Filed Claim | Pursuant to 11 U.S.C. § 502(b)(9).  The Debtors object to this claim on the grounds that such claim was not timely filed.  Accordingly, the Debtors believe the claim should be disallowed in its entirety. |
| 22 | Metrolina Association for the Blind Inc.<br>704 Louise Ave.<br>Charlotte, NC 28204 | | 58-137 | 25-90058 | Exela Enterprise Solutions, Inc. | 9/2/2025 | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$158.05 (U)<br>$158.05 (T) | Late-Filed Claim | Pursuant to 11 U.S.C. § 502(b)(9).  The Debtors object to this claim on the grounds that such claim was not timely filed.  Accordingly, the Debtors believe the claim should be disallowed in its entirety. |
| 23 | National Notary Association<br>d/b/a Nna Services LLC<br>9350 DE Soto Ave.<br>Chatsworth, CA 91313 | | 58-136 | 25-90058 | Exela Enterprise Solutions, Inc. | 9/2/2025 | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$325.00 (U)<br>$325.00 (T) | Late-Filed Claim | Pursuant to 11 U.S.C. § 502(b)(9).  The Debtors object to this claim on the grounds that such claim was not timely filed.  Accordingly, the Debtors believe the claim should be disallowed in its entirety. |
| 24 | New York State Department of Tax and Finance<br>c/o CED - Bankruptcy<br>P.O. Box 5300<br>Albany, NY 12205 | | 41-27 | 25-90041 | Rust Consulting, Inc. | 9/15/2025 | $0.00 (S)<br>$0.00 (A)<br>$116.11 (P)<br>$1,101.96 (U)<br>$1,218.07 (T) | Late-Filed Claim | Pursuant to 11 U.S.C. § 502(b)(9).  The Debtors object to this claim on the grounds that such claim was not timely filed.  Accordingly, the Debtors believe the claim should be disallowed in its entirety. |
| 25 | Penske Truck Leasing Co., LP<br>P.O. Box 563<br>Reading, PA 19603 | | 58-99 | 25-90058 | Exela Enterprise Solutions, Inc. | 6/11/2025 | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$29,337.76 (U)<br>$29,337.76 (T) | Late-Filed Claim | Pursuant to 11 U.S.C. § 502(b)(9).  The Debtors object to this claim on the grounds that such claim was not timely filed.  Accordingly, the Debtors believe the claim should be disallowed in its entirety. |

(4) Claim No. 29-7 is also included on the Reorganized Debtors' Omnibus No Liability Claims Objection, which is being filed contemporaneously herewith.

3

| | Original Creditor | Claim Transferred / Assigned to | Claim / Schedule to Be Disallowed and Expunged | Case No. | Debtor | Date Filed / Scheduled | Claim Amount and Priority [1] | Basis for Objection | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 26 | Printmailpro LTD 9011 Tuscany Way, Ste 200 Austin, TX 78754 | | 24-31 | 25-90024 | Exela Technologies BPA, LLC | 8/4/2025 | $0.00 (S) $0.00 (A) $0.00 (P) $6,130.80 (U) $6,130.80 (T) | Late-Filed Claim | Pursuant to 11 U.S.C. § 502(b)(9).  The Debtors object to this claim on the grounds that such claim was not timely filed.  Accordingly, the Debtors believe the claim should be disallowed in its entirety. |
| 27 | SC Department of Revenue 300 Outlet Pointe Blvd, Ste A Columbia, SC 29210 | | 81-47 | 25-90081 | United Information Services, Inc. | 9/24/2025 | $0.00 (S) $0.00 (A) $3,109.10 (P) $0.00 (U) $3,109.10 (T) | Late-Filed Claim | Pursuant to 11 U.S.C. § 502(b)(9).  The Debtors object to this claim on the grounds that such claim was not timely filed.  Accordingly, the Debtors believe the claim should be disallowed in its entirety. |
| 28 | Schnitzer Properties LLC 1121 SW Salmon St Portland, OR 97205 | | 24-28 | 25-90024 | Exela Technologies BPA, LLC | 6/10/2025 | $0.00 (S) $0.00 (A) $0.00 (P) $24,195.37 (U) $24,195.37 (T) | Late-Filed Claim | Pursuant to 11 U.S.C. § 502(b)(9).  The Debtors object to this claim on the grounds that such claim was not timely filed.  Accordingly, the Debtors believe the claim should be disallowed in its entirety. |
| 29 | Sealed Air Corp 2415 Cascade Pointe Blvd. Charlotte, NC 28208-6899 | | 39-47 | 25-90039 | BancTec, Inc. | 6/9/2025 | $0.00 (S) $0.00 (A) $0.00 (P) $1,450.00 (U) $1,450.00 (T) | Late-Filed Claim | Pursuant to 11 U.S.C. § 502(b)(9).  The Debtors object to this claim on the grounds that such claim was not timely filed.  Accordingly, the Debtors believe the claim should be disallowed in its entirety. |
| 30 | Shereese Jones 803 N Dearborn St, Apt 217 Chicago, IL 60610 | | 23-105 | 25-90023 | DocuData Solutions, L.C. | 6/20/2025 | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Late-Filed Claim | Pursuant to 11 U.S.C. § 502(b)(9).  The Debtors object to this claim on the grounds that such claim was not timely filed.  Accordingly, the Debtors believe the claim should be disallowed in its entirety. |
| 31 | Spartan Graphics Inc. 200 Applewood Dr. P.O. Box 218 Sparta, MI 49345 | | 58-102 | 25-90058 | Exela Enterprise Solutions, Inc. | 6/18/2025 | $0.00 (S) $49,239.04 (A) $0.00 (P) $14,085.67 (U) $63,324.71 (T) | Late-Filed Claim | Pursuant to 11 U.S.C. §§ 502(b)(9) and/or 503(a).  The Debtors object to this claim on the grounds that such claim was not timely filed.  Accordingly, the Debtors believe the claim should be disallowed in its entirety. |
| 32 | SRP P.O. Box 52025 Phoenix, AZ 85072 | | 58-97 | 25-90058 | Exela Enterprise Solutions, Inc. | 6/10/2025 | $0.00 (S) $0.00 (A) $0.00 (P) $2,394.13 (U) $2,394.13 (T) | Late-Filed Claim | Pursuant to 11 U.S.C. § 502(b)(9).  The Debtors object to this claim on the grounds that such claim was not timely filed.  Accordingly, the Debtors believe the claim should be disallowed in its entirety. |
| 33 | Sun City Records Management Inc. 9230 Billy The Kid St. El Paso, TX 79907-4756 | | 68-26 | 25-90068 | SOURCEHOV LLC | 6/9/2025 | $0.00 (S) $0.00 (A) $0.00 (P) $3,500.00 (U) $3,500.00 (T) | Late-Filed Claim | Pursuant to 11 U.S.C. § 502(b)(9).  The Debtors object to this claim on the grounds that such claim was not timely filed.  Accordingly, the Debtors believe the claim should be disallowed in its entirety. |

| | Original Creditor | Claim Transferred / Assigned to | Claim / Schedule to Be Disallowed and Expunged | Case No. | Debtor | Date Filed / Scheduled | Claim Amount and Priority [1] | Basis for Objection | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 34 | Tamika Davis<br>4321 Spruce Ave<br>Kansas City, MO 64130 | | 23-119 | 25-90023 | DocuData Solutions, L.C. | 8/13/2025 | $0.00 (S)<br>$0.00 (A)<br>$972.01 (P)<br>$0.00 (U)<br>$972.01 (T) | Late-Filed Claim | Pursuant to 11 U.S.C. § 502(b)(9). The Debtors object to this claim on the grounds that such claim was not timely filed. Accordingly, the Debtors believe the claim should be disallowed in its entirety. |
| 35 | Travis County<br>c/o Travis County Attorney's Office<br>Attn: Jason A Starks<br>P.O. Box 1748<br>Austin, TX 78767 | | 23-138 | 25-90023 | DocuData Solutions, L.C. | 9/5/2025 | $15,422.16 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$15,422.16 (T) | Late-Filed Claim | Pursuant to 11 U.S.C. § 502(b)(9). The Debtors object to this claim on the grounds that such claim was not timely filed. Accordingly, the Debtors believe the claim should be disallowed in its entirety. |
| 36 | Tribble, Inc.<br>8605 Santa Monica Boulevard PMB 84039<br>West Hollywood, CA 90069 | | 58-119 | 25-90058 | Exela Enterprise Solutions, Inc. | 7/18/2025 | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$45,000.00 (U)<br>$45,000.00 (T) | Late-Filed Claim | Pursuant to 11 U.S.C. § 502(b)(9). The Debtors object to this claim on the grounds that such claim was not timely filed. Accordingly, the Debtors believe the claim should be disallowed in its entirety. |
| 37 | Xhika Haliti<br>6411 W Seldon Ln<br>Glendale, AZ 85302 | | 58-103 | 25-90058 | Exela Enterprise Solutions, Inc. | 6/18/2025 | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,500.00 (U)<br>$1,500.00 (T) | Late-Filed Claim | Pursuant to 11 U.S.C. § 502(b)(9). The Debtors object to this claim on the grounds that such claim was not timely filed. Accordingly, the Debtors believe the claim should be disallowed in its entirety. |

**Claims To Be Expunged Totals**      **$565,932.53**