**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| DOCUDATA SOLUTIONS, L.C., *et al.*, | Case No. 25-90023 (CML) |
| Reorganized Debtors.[1] | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on June 23, 2026, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the methods set forth on the Master Service List attached hereto as **Exhibit A**:

- **Order Sustaining Reorganized Debtors' First Omnibus Objection to Certain Claims (Late-Filed Claims) [Docket No. 1422]**

- **Order Sustaining Reorganized Debtors' Fifth Omnibus Objection to Certain Claims (No Liability Claims) [Docket No. 1423]**

- **Order Sustaining Reorganized Debtors' Second Omnibus Objection to Certain Claims (Duplicate Claims) [Docket No. 1424]**

- **Order Sustaining Reorganized Debtors' Third Omnibus Objection to Certain Claims (Amended Claims) [Docket No. 1425]**

- **Order Sustaining Reorganized Debtors' Fourth Omnibus Objection to Certain Claims (Insufficient Documentation Claims) [Docket No. 1426]**

On June 23, 2026, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the methods set forth on the Service List attached hereto as **Exhibit B**:

- **Order Sustaining Reorganized Debtors' First Omnibus Objection to Certain Claims (Late-Filed Claims) [Docket No. 1422]**

---

[1] A complete list of each of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://omniagentsolutions.com/DocuDataSolutions. The Reorganized Debtors' mailing address for the purposes of these cases is 6641 N. Belt Line Road, Suite 100, Irving, TX 75063 USA.

On June 23, 2026, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the methods set forth on the Service List attached hereto as **Exhibit C**:

- **Order Sustaining Reorganized Debtors' Fifth Omnibus Objection to Certain Claims (No Liability Claims) [Docket No. 1423]**

On June 23, 2026, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the methods set forth on the Service List attached hereto as **Exhibit D**:

- **Order Sustaining Reorganized Debtors' Second Omnibus Objection to Certain Claims (Duplicate Claims) [Docket No. 1424]**

On June 23, 2026, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the methods set forth on the Service List attached hereto as **Exhibit E**:

- **Order Sustaining Reorganized Debtors' Third Omnibus Objection to Certain Claims (Amended Claims) [Docket No. 1425]**

On June 23, 2026, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the methods set forth on the Service List attached hereto as **Exhibit F**:

- **Order Sustaining Reorganized Debtors' Fourth Omnibus Objection to Certain Claims (Insufficient Documentation Claims) [Docket No. 1426]**

Dated: June 25, 2026

Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California         }
{                            } ss.
{County of Los Angeles        }

Subscribed and sworn to (or affirmed) before me on this 25th day of _____June_____, 20 26 by Randy Lowry proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____Carolyn K. Cashman_____
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2547598
My Comm. Expires Mar 11, 2030

# EXHIBIT A

**Exhibit A**
**Master Service List**

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| 30 Largest | Access Information Intermediate | P.O. Box 101048<br>Atlanta, GA 30392-1048 | | First Class Mail |
| 30 Largest | AFLAC | 1932 Wynnton Rd<br>Columbus, GA 31999 | cscmail@aflac.com | Email |
| Official Committee of Unsecured Creditors | AFLAC | Attn: Kedrick N Eil<br>1932 Wynnton Road<br>Columbus, GA 31999 | Keily@aflac.com | Email |
| 30 Largest | Alight Holding Co, LLC | dba Alight Solutions LLC<br>4 Overlook Point<br>Lincolnshire, IL 60069 | support@alight.com | Email |
| Official Committee of Unsecured Creditors | Alpine Global Management, LLC | Attn: Rick Palmon<br>140 Broadway, 38th Fl<br>New York, NY 10005-1108 | rick.palmon@alpineglobal.com | Email |
| 30 Largest | AMSIVE, Inc | 915 Broadway, Ste 501<br>New York, NY 10010 | letstalk@amsive.com | Email |
| *NOA - Counsel for Entity Services (SPV), LLC, as Claims Ombudsman ("CSC Claims Ombudsman") | Andrews Myers, P.C | Attn: Lisa M Norman<br>1885 St James Pl, 15th Fl<br>Houston, TX 77056 | Lnorman@andrewsmyers.com | Email |
| 30 Largest | ASG Technologies, Inc | 700 Highlander Blvd, Unit 300<br>Arlington, TX 76015 | info@asg.com | Email |
| 30 Largest | AT&T | P.O. Box 5019<br>Carol Stream, IL 60197-5019 | bk4752@att.com;<br>sd5243@att.com | Email |
| 30 Largest | Bluecrest DMT Solutions Global Corp | P.O. Box 740077412<br>Chicago, IL 60674-7412 | bluecrestclientcare@bluecrestinc.com;<br>dmtpartorders@bluecrestinc.com | Email |
| 30 Largest | BofA Securities, Inc | Attn: Erica Coller<br>Attn: Debt Advisory<br>Bank of America Tower<br>620 S Tyron St, 20th Fl<br>Charlotte, NC 28255 | info@bnamericas.com | Email |
| *NOA - Counsel for Official Committee of Unsecured Creditors | Brown Rudnick LLP | Attn: Attn: Bennett S Silverberg/Robert J Stark<br>Attn: Jeffrey L Jonas/Tristan G Axelrod<br>Attn: Alexander F Kasnetz/Jessica Y Loing<br>7 Times Square<br>New York, NY 10036 | akasnetz@brownrudnick.com;<br>bsilverberg@brownrudnick.com;<br>jjonas@brownrudnick.com;<br>jliong@brownrudnick.com;<br>rstark@brownrudnick.com;<br>taxelrod@brownrudnick.com | Email |
| 30 Largest | Cahill Gordon & Reindel LLP | c/o Bradford Capital Holdings, LP<br>P.O. Box 4353<br>Clifton, NJ 07012 | jwhall@cahill.com | Email |
| *NOA - Counsel for Oracle America, Inc. and Oracle Canada, ULC | Carrington, Coleman, Sloman & Blumenthal, LLP | Attn: Jason M Katz<br>901 Main St, Ste 5500<br>Dallas, TX 75202 | jkatz@ccsb.com | Email |
| 30 Largest | Cleary Gottlieb Steen & Hamilton LLP | 1 Liberty Plz<br>New York, NY 10006 | malbank@cgsh.com | Email |
| 30 Largest | Digital Color Concepts, Inc | 256 Sheffield St<br>Mountainside, NJ 07092 | info@dccnyc.com;<br>don@dccnyc.com | Email |
| Counsel to B. Riley | Duane Morris LLP | Christopher M. Winter- Partner | CMWinter@duanemorris.com | Email |
| 30 Largest | First Insurance Funding Corp | 450 Skokie Blvd, Ste 1000<br>Northbrook, IL 60062 | csr@firstinsurancefunding.com | Email |
| 30 Largest | Genuity Concepts | 507 N Church St<br>Greensboro, NC 27401 | info@genuityconcepts.com | Email |
| 30 Largest | Global Tech Inc | dba EGlobalTech<br>1515 Wilson Blvd, Ste 800<br>Arlington, VA 22209 | info@eglobaltech.com | Email |
| Debtors counsel | Hunton Andrews Kurth LLP | Attn: Timothy A Davidson II/Ashley L Harper<br>Attn: Philip M Guffy<br>600 Travis St, Ste 4200<br>Houston, TX 77002 | AshleyHarper@hunton.com;<br>PGuffy@hunton.com;<br>TadDavidson@hunton.com | Email |
| 30 Largest | Image Business Machines, LLC | P.O. Box 676673<br>Dallas, TX 75267-6673 | askar@usibm.com | Email |
| IRS | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | First Class Mail |
| 30 Largest | Konica Minolta Business Solutions USA, Inc | Dept CH 19188<br>Palatine, IL 60055-9188 | mgrande@kmbs.konicaminolta.us | Email |
| Official Committee of Unsecured Creditors | Konica Minolta Business Solutions, USA | Attn: Stephen Herbes<br>100 Williams Dr<br>Ramsey, NJ 07446 | sherbes@kmbs.konicaminolta.us | Email |
| 30 Largest | Liberty Life Insuance of Boston | Attn: Group Benefits<br>P.O. Box 2658<br>Carol Stream, IL 60132 | liberty.support@libertymutual.com | Email |
| Counsel to the administrative agent under the ER3 Securitization Program | Mayer Brown | Attn: Brian Trust/Dabin Chun<br>Attn: Evan DeCresce/Danielle Sigal<br>1221 Ave of the Americas<br>New York, NY 10020-1001 | btrust@mayerbrown.com;<br>dchung@mayerbrown.com;<br>dsigal@mayerbrown.com;<br>edecresce@mayerbrown.com;<br>exela.mbteam@mayerbrown.com | Email |
| Counsel to the administrative agent under the ER3 Securitization Program | Mayer Brown | Attn: Zachary A Carrier<br>71 S Wacker Dr<br>Chicago, IL 60606 | exela.mbteam@mayerbrown.com;<br>zcarrier@mayerbrown.com | Email |
| *NOA - Counsel for Official Committee of Unsecured Creditors | Mcdermott Will & Emery LLP | Attn: Charles R Gibbs/Marcus Helt<br>845 Texas Ave, Ste 4000<br>Houston, TX 77002-1656 | crgibbs@mwe.com;<br>mhelt@mwe.com | Email |
| *NOA - Counsel for Official Committee of Unsecured Creditors | Mcdermott Will & Emery LLP | Attn: Kristin K Going/Darren Azman<br>One Vanderbilt Ave<br>New York, NY 10017-3852 | dazman@mwe.com;<br>kgoing@mwe.com | Email |

**Exhibit A**
**Master Service List**

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA Counsel for Pro Se | Name Redacted | Address Redacted | Email Redacted | Email |
| 30 Largest | Norton Rose Fullbright US, LLP | 799 9th St NW, Ste 1000<br>Washington, DC 20001 | robert.schwinger@nortonrosefulbright.com | Email |
| Attorney General | Office of the Attorney General | 345 State Capitol<br>Lincoln, NE 68509 | nedoj@nebraska.gov | Email |
| Attorney General | Office of the Attorney General | 441 4th St NW, Ste 1100 S<br>Washington, DC 20001 | oag@dc.gov | Email |
| Attorney General | Office of the Attorney General | 500 S 2nd St<br>Springfield, IL 62701 | | First Class Mail |
| Attorney General | Office of the Attorney General | 601 S University Ave<br>Carbondale, IL 62901 | | First Class Mail |
| Attorney General | Office of the Attorney General | 800 5th Ave, Ste 2000<br>Seattle, WA 98104 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Aaron D Ford<br>Old Supreme Court Bldg<br>100 N Carson St<br>Carson City, NV 89701 | aginfo@ag.nv.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Aaron Frey<br>State House, Stn 6<br>Augusta, ME 04333 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Alan Wilson<br>Rembert D Dennis Office Bldg<br>P.O. Box 11549<br>Columbia, SC 29211-1549 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>1 Ashburton Pl, 20th Fl<br>Boston, MA 02108-1698 | ago@state.ma.us | Email |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>10 Mechanic St, Ste 301<br>Worcester, MA 01608 | ago@state.ma.us | Email |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>105 William St, 1st Fl<br>New Bedford, MA 02740 | ago@state.ma.us | Email |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>1441 Main St, 12th Fl<br>Springfield, MA 01103 | ago@state.ma.us | Email |
| Attorney General | Office of the Attorney General | Attn: Andrew Bailey<br>2311 Bloomfield St, Ste 106<br>Cape Girardeau, MO 63703 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrew Bailey<br>615 E 13th St, Ste 401<br>Kansas City, MO 64106 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrew Bailey<br>815 Olive St, Ste 200<br>St Louis, MO 63101 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrew Bailey<br>Supreme Court Bldg<br>207 W High St<br>Jefferson City, MO 65101 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Anne E Lopez<br>425 Queen St<br>Honolulu, HI 96813 | hawaiiag@hawaii.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Anthony G Brown<br>200 St Paul Pl<br>Baltimore, MD 21202-2202 | oag@oag.state.md.us | Email |
| Attorney General | Office of the Attorney General | Attn: Ashley Moody<br>The Capital, PL 01<br>Tallahassee, FL 32399-1050 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Austin Knudsen<br>Justice Bldg, 3rd Fl<br>215 N Sanders<br>Helena, MT 59620-1401 | contactdoj@mt.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Bob Ferguson<br>1125 Washington St SE<br>P.O. Box 40100<br>Olympia, WA 98504-0100 | serviceATG@atg.wa.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Brenna Bird<br>Hoover State Office Bldg<br>1305 E Walnut<br>Des Moines, IA 50319 | consumer@ag.iowa.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Brian Schwalb<br>400 6th St NW<br>Washington, DC 20001 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Bridget Hill<br>State Capitol Bldg<br>Cheyenne, WY  82002 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Charity R Clark<br>109 State St<br>Montpelier, VT 05609-1001 | ago.info@vermont.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Chris Carr<br>40 Capital Sq SW<br>Atlanta, GA 30334-1300 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Dana Nessel<br>Cadillac Place, 10th Fl<br>3030 W Grand Blvd<br>Detroit, MI 48202 | miag@michigan.gov | Email |

**Exhibit A**
**Master Service List**

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorney General | Office of the Attorney General | Attn: Dana Nessel<br>P.O. Box 30212<br>525 W Ottawa St<br>Lansing, MI 48909-0212 | miag@michigan.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Daniel Cameron<br>700 Capitol Ave, Ste 118<br>Capitol Bldg<br>Frankfort, KY 40601 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Dave Yost<br>State Office Tower<br>30 E Broad St<br>Columbus, OH 43266-0410 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Domingo Emanuelli Hernandez<br>P.O. Box 9020192<br>San Juan, PR 00902-0192 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Drew Wrigley<br>State Capital<br>600 E Boulevard Ave<br>Bismarck, ND 58505-0040 | ndag@nd.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Ellen F Rosenblum<br>Justice Bldg<br>1162 Court St NE<br>Salem, OR 97301 | attorneygeneral@doj.state.or.us | Email |
| Attorney General | Office of the Attorney General | Attn: Gentner Drummond<br>313 NE 21st St<br>Oklahoma City, OK 73105 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Hector Balderas<br>P.O. Drawer 1508<br>Santa Fe, NM 87504-1508 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Herbert H Slattery, III<br>P.O. Box 20207<br>Nashville, TN 37202-0207 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Jason Miyares<br>202 N 9th St<br>Richmond, VA 23219 | Contact@Virginia.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Jeff Landry<br>P.O. Box 94095<br>Baton Rouge, LA 70804-4095 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: John Formella<br>33 Capitol St<br>Concord, NH 03301 | attorneygeneral@doj.nh.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Jonathan Skrmetti<br>425 5th Ave N<br>Nashville, TN 37243 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Josh Kaul<br>Wisconsin Dept of Justice<br>State Capital, Rm 114 E<br>P.O. Box 7857<br>Madison, WI 53707-7857 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Josh Stein<br>Dept of Justice<br>P.O. Box 629<br>Raleigh, NC 27602-0629 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Kathy Jennings<br>Carvel State Office Bldg<br>820 N French St<br>Wilmington, DE 19801 | attorney.general@delaware.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Keith Ellison<br>State Capital<br>75 Dr Martin Luther King Jr Blvd, Ste 102<br>St Paul, MN 55155 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Ken Paxton<br>Capital Station<br>P.O. Box 12548<br>Austin, TX 78711-2548 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Kris Kobach<br>120 SW 10th Ave, 2nd Fl<br>Topeka, KS 66612-1597 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Kris Mayes<br>2005 N Central Ave<br>Phoenix, AZ 85004 | AGInfo@azag.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Kwame Raoul<br>James R Thompson Ctr<br>100 W Randolph St<br>Chicago, IL 60601 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Letitia A James<br>Dept of Law<br>The Capitol, 2nd Fl<br>Albany, NY 12224 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Lynn Fitch<br>Dept of Justice<br>P.O. Box 220<br>Jackson, MS 39205 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Marty Jackley<br>1302 E Hwy 14, Ste 1<br>Pierre, SD 57501-8501 | | First Class Mail |

**Exhibit A**
**Master Service List**

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorney General | Office of the Attorney General | Attn: Mathew J Platkin<br>Richard J Hughes Justice Complex<br>25 Market St<br>P.O. Box 080<br>Trenton, NJ 08625 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Michelle A Henry<br>Strawberry Sq, 16th Fl<br>Harrisburg, PA 17120 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Mike Hilgers<br>State Capitol<br>P.O. Box 98920<br>Lincoln, NE 68509-8920 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Patrick Morrisey<br>State Capitol<br>1900 Kanawha Blvd E<br>Charleston, WV 25305 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Peter F Neronha<br>150 S Main St<br>Providence, RI 02903 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Phil Weiser<br>Ralph L Carr Colorado Judicial Ctr<br>1300 Broadway, 10th Fl<br>Denver, CO 80203 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Raúl Labrador<br>700 W Jefferson St, Ste 210<br>P.O. Box 83720<br>Boise, ID 83720-1000 | AGWasden@ag.idaho.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Rob Bonta<br>1300 I St, Ste 1740<br>Sacramento, CA 95814 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Sean Reyes<br>State Capitol, Rm 236<br>Salt Lake City, UT 84114-0810 | uag@agutah.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Tim Griffin<br>323 Center St, Ste 200<br>Little Rock, AR 72201-2610 | oag@ArkansasAG.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Todd Rokita<br>Indiana Govt Ctr S<br>302 W Washington St, 5th Fl<br>Indianapolis, IN 46204 | Constituent@atg.in.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Treg Taylor<br>1031 W 4th Ave, Ste 200<br>Anchorage, AK 99501-1994 | attorney.general@alaska.gov | Email |
| Attorney General | Office of the Attorney General | Attn: William Tong<br>165 Capitol Ave<br>Hartford, CT 06106 | attorney.general@ct.gov | Email |
| Attorney General | Office of the Attorney General | California Dept of Justice<br>P.O. Box 944255<br>Sacramento, CA 94244-2550 | | First Class Mail |
| Attorney General | Office of the Attorney General | Consumer Law Section<br>Attn: Bankruptcy Notices<br>455 Golden Gate Ave, Ste 11000<br>San Francisco, CA 94102-7004 | | First Class Mail |
| Attorney General | Office of the Attorney General | State of Alabama<br>Attn: Steve Marshall<br>501 Washington Ave<br>P.O. Box 300152<br>Montgomery, AL 36130-0152 | | First Class Mail |
| Attorney General | Office of the Attorney General | Supreme Court Bldg<br>P.O. Box 899<br>Jefferson City, MO 65102 | | First Class Mail |
| Attorney General | Office of the Attorney General | Walter Sillers Bldg<br>550 High St, Ste 1200<br>Jackson, MS 39201 | | First Class Mail |
| US Attorney | Office of the United States Attorney for the Southern District of Texas | 1000 Louisiana St, Ste 2300<br>Houston, TX 77002 | | First Class Mail |
| US Trustee | Office of the United States Trustee for the Southern District of Texas | Attn: Jana Smith Whitworth<br>515 Rusk St, Ste 3516<br>Houston, TX 77002 | Jana.Whitworth@usdoj.gov | Email |
| 30 Largest | Opex | 305 Commerce Dr<br>Moorestown, NJ 08057-4234 | vregistration@opex.com | Email |
| Official Committee of Unsecured Creditors | Opex | Attn: John Sims/Winnie Chow<br>305 Commerce Drive<br>Moorestown, NJ 08057 | jsims@opex.com;<br>wchow@opex.com | Email |
| Counsel to the DIP Agent | Paul Hastings | Attn: Jayme Goldstein, Jennifer Daly<br>Attn: Christopher Boies, Matt Garofalo<br>Attn: Jillian McMillan/Emily Kuznick<br>200 Park Ave<br>New York, NY 10166 | jaymegoldstein@paulhastings.com;<br>jenniferdaly@paulhastings.com;<br>christopherboies@paulhastings.com;<br>mattgarofalo@paulhastings.com;<br>emilykuznick@paulhastings.com;<br>jillianmcmillan@paulhastings.com;<br>jenniferdaly@paulhastings.com | Email |
| Counsel to the Prepetition Indenture Trustee | Paul Weiss | Attn: Brian Kim<br>1285 Ave of the Americas<br>New York, NY 10019-6064 | bkim@paulweiss.com | Email |

**Exhibit A**
**Master Service List**

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| Official Committee of Unsecured Creditors | Phoenix Investment Adviser LLC | Attn: Jeffrey L Peskind<br>420 Lexington Ave, Ste 300<br>New York, NY 10170 | jlpeskind@phoenixinvadv.com;<br>ops@phoenixinvadv.com | Email |
| 30 Largest | Pitney Bowes | Attn: Ryan Berndt<br>2225 American Dr<br>Neenah, WI 54956-1005 | | First Class Mail |
| *NOA - Counsel for Entity Services (SPV), LLC, as Claims Ombudsman ("CSC Claims Ombudsman") | Pryor Cashman LLP | Attn: Andrew S Richmond<br>7 Times Sq<br>New York, NY 10036-6569 | arichmond@pryorcashman.com | Email |
| Official Committee of Unsecured Creditors | Rocket Software, Inc. | f/k/a ASG Technologies, Inc.<br>Elizabeth Fischer, Chief Legal Officer<br>77 4th Avenue<br>Waltham, MA 02451 | | First Class Mail |
| Counsel to the Ad Hoc Group | Ropes & Gray LLP | Attn: Matthew Roose, Eric Sherman<br>1211 Ave of the Americas<br>New York, NY 10036 | matthew.roose@ropesgray.com;<br>eric.sherman@ropesgray.com | Email |
| Counsel to the Ad Hoc Group | Ropes & Gray LLP | Attn: Ryan Preston Dahl, Eric Schriesheim<br>191 N Wacker Dr, 32nd Fl<br>Chicago, IL 60606 | ryan.dahl@ropesgray.com;<br>eric.schriesheim@ropesgray.com | Email |
| 30 Largest | Sandy Alexander, Inc | 200 Entin Rd<br>Clifton, NJ 07014 | hello@sandyalexander.com | Email |
| 30 Largest | Scanner Holdings Corp | dba IBML<br>2750 Crestwood Blvd<br>Birmingham, AL 35210 | support@ibml.com | Email |
| SEC | Securities & Exchange Commission | 100 F St NE<br>Washington, DC 20549 | | First Class Mail |
| SEC | Securities & Exchange Commission | Ft Worth Regional Office<br>801 Cherry St, Ste 1900, Unit 18<br>Ft Worth, TX 76102 | | First Class Mail |
| 30 Largest | Sharp Electronics Corp | 100 Paragon Dr<br>Montvale, NJ 07645 | tmorley@sharpsec.com | Email |
| 30 Largest | Sonata Info Tech Ltd | Tower 2,  Global Village<br>RVCE Post, Kengeri Hobli<br>Mysore Rd, Bengaluru 560059<br>India | info@sonata-software.com;<br>Vijay.Naveen@sonata-software.com | Email |
| 30 Largest | Standard & Poors | c/o The McGraw-Hill Cos, Inc<br>2542 Collection Center Dr<br>Chicago, IL 60693 | corporate_secretary@mcgraw-hill.com | Email |
| 30 Largest | Staples, Inc | dba HITOUCH<br>P.O. Box 208897<br>Dallas, TX 75320 | info@hitouchbusinessservices.com | Email |
| 30 Largest | Tarter Krinsky & Drogin LLP | 1350 Broadway<br>New York, NY 10018 | atarter@tarterkrinsky.com | Email |
| *NOA - Counsel for Travis County | Travis County | Attn: Jason A Starks<br>PO Box 1748<br>Austin, TX 78767 | Jason.Starks@traviscountytx.gov | Email |
| Official Committee of Unsecured Creditors | U.S. Bank Trust Company, N.A., as Indenture Trustee | Attn: David Diaz<br>1025 Connecticut Ave NW, Ste 510<br>Washington, DC 20036 | dave.diaz@usbank.com | Email |
| 30 Largest | United Parcel Service | P.O. Box 7247-0244<br>Philadelphia, PA 19170-0001 | enterpriseaccounts@ups.com | Email |
| 30 Largest | US Bank National Assoc Co | As Trustee for July Unsecured 2026 Notes<br>60 Livingston Ave<br>St Paul, MN 55107 | support@customerconnection.usbank.com | Email |
| 30 Largest | Willkie Farr & Gallagher LLP | 787 7th Ave<br>New York, NY 10019 | tcerabino@willkie.com | Email |

# EXHIBIT B

**Exhibit B**
Service List

| Creditor | Address | | | | | Email | Method of Service |
|---|---|---|---|---|---|---|---|
| 5X5 Telecom | P.O. Box 847292 | Los Angeles, CA 90084 | | | | | First Class Mail |
| ADP Inc | 1851 N Resler Dr | El Paso, TX 79912 | | | | | First Class Mail |
| ADP International Services B.V. | 1 Lylantse Baan | Capelle aan den IJssel NL, 2908LG | The Netherlands | | | celergo-credit.control@adp.com | Email |
| | | | | | | | First Class Mail |
| Argo Partners | Attn: Matthew Binstock | Re: Electro Rent Corporation | 12 W 37th St, Ste 900 | New York, NY 10018 | | | First Class Mail |
| Arizona Department of Revenue | Attn: Lorraine Averitt | 1600 W Monroe, 7th Fl | Phoenix, AZ 85007 | | | laveritt@azdor.gov | Email |
| | | | | | | | First Class Mail |
| Arizona Department of Revenue | c/o Office of the Arizona Attorney General - BCE | 2005 N Central Ave, Ste 100 | Phoenix, AZ 85004 | | | bankruptcyunit@azag.gov | Email |
| | | | | | | | First Class Mail |
| AT & T Mobility | aka AT&T by AIS InfoSource LP as agent | 4515 N Santa Fe Ave | Oklahoma City, OK 73118 | | | POC_AIS@aisinfo.com | Email |
| | | | | | | | First Class Mail |
| AT & T Mobility | aka AT&T by AIS InfoSource LP as agent | Attn: Karen Cavagnaro, Esq | 1 AT&T Way, Rm 3A 104 | Bedminster, NJ 07921 | | | First Class Mail |
| AZ Building Maintenance LLC | 6209 S 1250 W | Murray, UT 84123 | | | | zulloangelo@aol.com | Email |
| | | | | | | | First Class Mail |
| Blake, Cassels & Graydon LLP | Commerce Ct W | 199 Bay St, Ste 4000 | Toronto, M5L 1A9 | Canada | | debbie.jarrett@blakes.com | Email |
| | | | | | | | First Class Mail |
| BT Property, LLC | c/o Faegre Drinker Biddle & Reath LLP | Attn: Roger Maldonado | 2200 Wells Fargo Center | 90 S 7th St | Minneapolis, MN 55402 | roger.maldonado@faegredrinker.com | Email |
| | | | | | | | First Class Mail |
| BT Property, LLC | c/o UPS | P.O. Box 809488 | Chicago, IL 60680 | | | jdillon@ups.com | Email |
| | | | | | | | First Class Mail |
| BT Property, LLC | c/o UPS Airlines | Attn: LeAnders L Jones | 1400 N Hurstbourne Pkwy | Louisville, KY 40223 | | leandersjones@ups.com | Email |
| | | | | | | | First Class Mail |
| CAB assignee of 5x5 Telecom | 4340 Fulton Ave, 3rd Fl | Sherman Oaks, CA 91423 | | | | wthomas@cabcollects.com; blm@cabcollects.com | Email |
| | | | | | | | First Class Mail |
| Cap America Headwear | 1 Cap America Dr | Fredericktown, MO 63645 | | | | curtc@capamerica.com | Email |
| | | | | | | | First Class Mail |
| ChemsearchFE | Attn: Credit Dept | 2727 Chemsearch Blvd | Irving, TX 75062 | | | cac.credit@nch.com | Email |
| | | | | | | | First Class Mail |
| Desert Oasis Commercial | 4600 E Washington St, Ste 300 | Phoenix, AZ 85034 | | | | cory@desertoasiscleaners.com | Email |
| | | | | | | | First Class Mail |
| DLO Utah LLC | dba KKP | Attn: Danny Oblad | 4256 W 8370 S | W Jordan, UT 84088 | | danny@mykkp.com | Email |
| | | | | | | | First Class Mail |
| Electro Rent Corporation | 27315 Network Pl, Ste 200 | Chicago, IL 60673 | | | | AR@electrorent.com | Email |
| | | | | | | | First Class Mail |
| Electro Rent Corporation | Attn: Heather Zepeda | 8511 Fallbrook Ave, Ste 200 | W Hills, CA 91304 | | | heather.zepeda@electrorent.com | Email |
| | | | | | | | First Class Mail |
| Employment Development Department State of California | Attn: Special Procedures Section | P.O. Box 826880 MIC 92E | Sacramento, CA 94280 | | | | First Class Mail |
| Grand & Toy Ltd | P.O. Box 5500 | Don Mills, ON M3C 3 | Canada | | | anagabriel@grandandtoy.com | Email |
| | | | | | | | First Class Mail |
| Grand & Toy Ltd | Attn: Ana Gabriel | 200 Aviva Park Dr | Vaughan, ON L4L 9C7 | Canada | | | First Class Mail |
| Kilroy Realty, L.P. | c/o Allen Matkins Leck Gamble Mallory & Natsis LLP | Attn: Michael S Greger, Esq | 2010 Main St, 8th Fl | Irvine, CA 92614 | | mgreger@allenmatkins.com | Email |
| | | | | | | | First Class Mail |
| MC Ventilation DivMaisonair Clim I | 41 Gaston-Dumoulin | Blainville, QC 37C 6B4 | Canada | | | david.cormier@mcventilation.com | Email |
| | | | | | | | First Class Mail |
| MC Ventilation DivMaisonair Clim I | 24 De La Seigneurie Boul E | Blainville, QC J7C 3V5 | Canada | | | | First Class Mail |
| Metrolina Association for the | 704 Louise Ave | Charlotte, NC 28204 | | | | tlibertino@mabnc.org; kparris@mabnc.org | Email |
| | | | | | | | First Class Mail |
| Michael Schmitt | 12200 W Olympic Blvd, Ste 200 | Los Angeles, CA 90064 | | | | mschmitt@kilroyrealty.com | Email |
| | | | | | | | First Class Mail |
| National Notary Association | dba Nna Services LLC | 9350 De Soto Ave | Chatsworth, CA 91313 | | | plytle@nationalnotary.org | Email |
| | | | | | | | First Class Mail |
| New York State Department of Tax and Finance | Attn: Denice Michaniw | P.O Box 5300 | Albany, NY 12205 | | | denice.michaniw@tax.ny.gov | Email |
| | | | | | | | First Class Mail |
| New York State Department of Tax and Finance | c/o CED - Bankruptcy | P.O. Box 5300 | Albany, NY 12205 | | | BankruptcyCourtMailing@tax.ny.gov | Email |
| | | | | | | | First Class Mail |
| Penske Truck Leasing Co., LP | P.O. Box 563 | Reading, PA 19603 | | | | diane.hetrick@penske.com | Email |
| | | | | | | | First Class Mail |
| Penske Truck Leasing Co., LP | Attn: Diane R Hetrick | 2675 Morgantown Rd | Reading, PA 19607 | | | | First Class Mail |
| Printmailpro LTD | 9011 Tuscany Way, Ste 200 | Austin, TX 78754 | | | | cher.king@printmailpro.com | Email |
| | | | | | | | First Class Mail |
| Redacted Name | Address Redacted | | | | | Email Redacted | Email |
| | | | | | | | First Class Mail |
| Redacted Name | Address Redacted | | | | | Email Redacted | Email |
| | | | | | | | First Class Mail |
| Redacted Name | Address Redacted | | | | | Email Redacted | Email |
| | | | | | | | First Class Mail |
| Redacted Name | Address Redacted | | | | | Email Redacted | Email |
| | | | | | | | First Class Mail |
| Redacted Name | Address Redacted | | | | | | First Class Mail |
| SC Department of Revenue | 300 Outlet Pointe Blvd, Ste A | Columbia, SC 29210 | | | | bankruptcylegal@dor.sc.gov | Email |
| | | | | | | | First Class Mail |
| Schnitzer Properties LLC | 1121 SW Salmon St | Portland, OR 97205 | | | | jeffn@schnitzerproperties.com; timothyw@schnitzerproperties.com | Email |
| | | | | | | | First Class Mail |
| Sealed Air Corp | 2415 Cascade Pointe Blvd | Charlotte, NC 28208 | | | | brian.clubb@sealedair.com | Email |
| | | | | | | | First Class Mail |
| Spartan Graphics Inc | P.O. Box 218 | 200 Applewood Dr | Sparta, MI 49345 | | | cgardner@celiacorp.com | Email |
| | | | | | | | First Class Mail |
| SRP | P.O. Box 52025 | Phoenix, AZ 85072 | | | | anthony.beck@srpnet.com | Email |
| | | | | | | | First Class Mail |
| Sun City Records Management Inc | 9230 Billy The Kid St | El Paso, TX 79907 | | | | scrm95@yahoo.com | Email |
| | | | | | | | First Class Mail |
| Travis County | c/o Travis County Attorney's Office | Attn: Jason A Starks | P.O. Box 1748 | Austin, TX 78767 | | jason.starks@traviscountytx.gov | Email |
| | | | | | | | First Class Mail |
| Tribble, Inc. | 8605 Santa Monica Blvd, PMB 84039 | W Hollywood, CA 90069 | | | | al@kinlinecpas.com; ar@tribble.ai | Email |
| | | | | | | | First Class Mail |

DocuData Solutions, L.C (Case No. 24-90023)

# **EXHIBIT C**

**Exhibit C**
Service List

| Creditor | Address | | | | | Email | Method of Service |
|---|---|---|---|---|---|---|---|
| ADP International Services B.V. | 1 Lylantse Baan | Capelle aan den IJssel NL, 2908LG | The Netherlands | | | celergo-credit.control@adp.com | Email First Class Mail |
| AT&T Long Distance, LLC | Attn: Melissa L Dunlap | 4331 Communications Dr, Ste 4W | Dallas, TX 75211 | | | md741f@att.com | Email First Class Mail |
| AT&T Long Distance, LLC | c/o AT&T Services, Inc | Attn: Karen A Cavagnaro, Lead Paralegal | 1 AT&T Way, Rm 3A 104 | Bedminster, NJ 07921 | | km1426@att.com | Email First Class Mail |
| Barnes & Thornburg LLP | Attn: Jonathan Sundheimer | 11 S Meridian St | Indianapolis, IN 46204 | | | jsundheimer@btlaw.com | Email First Class Mail |
| BT Property, LLC | c/o Faegre Drinker Biddle & Reath LLP | Attn: Roger Maldonado | 2200 Wells Fargo Center | 90 S 7th St | Minneapolis, MN 55402 | roger.maldonado@faegredrinker.com | Email First Class Mail |
| BT Property, LLC | c/o Faegre Drinker Biddle & Reath LLP | Attn: Kristen L Perry | 2323 Ross Ave, Ste 1700 | Dallas, TX 75201 | | kristen.perry@faegredrinker.com | Email First Class Mail |
| BT Property, LLC | c/o UPS | P.O. Box 809488 | Chicago, IL 60680 | | | jdillon@ups.com | Email First Class Mail |
| BT Property, LLC | c/o UPS Airlines | Attn: LeAnders L Jones | 1400 N Hurstbourne Pkwy | Louisville, KY 40223 | | leandersjones@ups.com | Email First Class Mail |
| Centurylink Communications | Attn: Bankruptcy | 220 N 5th St | Bismarck ND, 58501 | | | bmg.bankruptcy@Lumen.com | Email First Class Mail |
| Chez IX Wildwood Plaza, LLC | Attn: Debi Blanchard | 11628 Old Ballas Rd, Ste 200 | St Louis, MO 63141 | | | debi@centercoprop.com | Email First Class Mail |
| Chez IX Wildwood Plaza, LLC | c/o The Probus Law Firm | 10497 Town & Country Way, Ste 930 | Houston, TX 77024 | | | matthewprobus@theprobuslawfirm.com | Email First Class Mail |
| CRG Financial LLC (As assignee of Canadian Printing Resources Inc) | 84 Herbert Ave, Bldg B, Ste 202 | Closter, NJ 07624 | | | | skalb@crgfinancial.com | Email First Class Mail |
| Global Crossing Telecommunications, INC., | c/o Lumen Technologies Group | Attn: Legal-BKY | 931 14th St, 9th Fl | Denver, CO 80202 | | Bankruptcylegal@Lumen.com | Email First Class Mail |
| Pepco | Attn: Credit Department | 701 9th St NW | Washington, DC 20001 | | | pepcocredit@exeloncorp.com | Email First Class Mail |
| Prime Stack Distribution Inc | 1903 S Lynx, Unit 2 | Ontario, CA 91761 | | | | unitic2012@gmail.com | Email First Class Mail |
| Qwest Corporation | c/o Centurylink Communications | Attn: Bankruptcy | 220 N 5th St | Bismarck, ND 58501 | | bmg.bankruptcy@Lumen.com | Email First Class Mail |
| Qwest Corporation | c/o Lumen Technologies Group | Attn: Legal-BKY | 931 14th St, 9th Fl | Denver, CO 80202 | | Bankruptcylegal@Lumen.com | Email First Class Mail |
| Redacted Name | Address Redacted | | | | | Email Redacted | Email First Class Mail |
| Redacted Name | Address Redacted | | | | | Email Redacted | Email First Class Mail |
| Redacted Name | Address Redacted | | | | | Email Redacted | Email First Class Mail |
| Spectrum | 1600 Dublin Rd | Columbus, OH 43215 | | | | siobhan.mceneany@charter.com | Email First Class Mail |

# **EXHIBIT D**

**Exhibit D**
Service List

| Creditor | Address | | | Email | Method of Service |
|---|---|---|---|---|---|
| Cox Fricke LLP | Attn: Joachim P Cox | 800 Bethel St, Ste 600 | Honolulu, HI 96813 | jcox@cfhawaii.com; btilker@cfhawaii.com | Email First Class Mail |
| Employment Development Department | c/o Bankruptcy Group MIC 92E | P.O. Box 826880 | Sacramento, CA 94280 | cdbankruptcygroup.tax@edd.ca.gov | Email First Class Mail |
| Minnesota Department of Revenue | P.O. Box 64447 - BKY | St Paul, MN 55164 | | mdor.bkysec@state.mn.us | Email First Class Mail |
| NM Taxation & Revenue Department | P.O. Box 50129 | Albuquerque, NM 87181-0129 | | | First Class Mail |
| NM Taxation & Revenue Department | P.O. Box 8575 | Albuquerque, NM 87198 | | lisa.ela@tax.nm.gov | Email First Class Mail |
| State of Minnesota, Department of Revenue | c/o Minnesota Revenue | P.O. Box 64447 - BKY | St Paul, MN 55164 | mdor.bkysec@state.mn.us | Email First Class Mail |

# EXHIBIT E

**Exhibit E**
Service List

| Creditor | Address | | | | Email | Method of Service |
|---|---|---|---|---|---|---|
| American Family Life Assurance Company of Columbus (Aflac) | Attn: Kedrick N Eily | 1932 Wynnton Rd | Columbus, GA 31999 | | KEily@aflac.com | Email<br>First Class Mail |
| American Family Life Assurance Company of Columbus (Aflac) | c/o Orrick, Herrington & Sutcliffe LLP | Attn: Mark Franke & Brandon Batzel | 51 W 52nd St | New York, NY 10019 | mfranke@orrick.com | Email<br>First Class Mail |
| Arizona Department of Revenue | Attn: Lorraine Averitt | 1600 W Monroe St, 7th Fl | Phoenix, AZ 85007 | | laveritt@azdor.gov | Email<br>First Class Mail |
| Arizona Department of Revenue | c/o Office of the Arizona Attorney General - BCE | 2005 N Central Ave, Ste 100 | Phoenix, AZ 85004 | | BankruptcyUnit@azag.gov | Email<br>First Class Mail |
| BCC Software, LLC | c/o Howard and Howard | Attn: Jim Morgan | 200 S Michigan Ave, Ste 1100 | Chicago, IL 60604 | jem@h2law.com | Email<br>First Class Mail |
| Bexar County | Attn: Tax Assessor Collector | 233 N Pecos La Trinidad | San Antonio, TX 78207 | | | First Class Mail |
| Bexar County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker | 112 E Pecan St, Ste 2200 | San Antonio, TX 78205 | sanantonio.bankruptcy@lgbs.com | Email<br>First Class Mail |
| BR EXAR, LLC | c/o Duane Morris LLP | Attn: Christopher M Winter, Esq | 1201 N Market St, Ste 501 | Wilmington, DE 19801 | cmwinter@duanemorris.com | Email<br>First Class Mail |
| Chez IX Wildwood Plaza, LLC | Attn: Debi Blanchard | 11628 Old Ballas Rd, Ste 200 | St Louis, MO 63141 | | debi@centercoprop.com | Email<br>First Class Mail |
| Chez IX Wildwood Plaza, LLC | c/o The Probus Law Firm | 10497 Town & Country Way, Ste 930 | Houston, TX 77024 | | matthewprobus@theprobuslawfirm.com | Email<br>First Class Mail |
| City of El Paso | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker | 112 E Pecan St, Ste 2200 | San Antonio, TX 78205 | sanantonio.bankruptcy@lgbs.com | Email<br>First Class Mail |
| City of El Paso | P.O. Box 2992 | El Paso, TX 79999-2992 | | | | First Class Mail |
| City of Grapevine | c/o Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Elizabeth Banda Calvo | 500 E Border St, Ste 640 | Arlington, TX 76010 | ebcalvo@pbfcm.com | Email<br>First Class Mail |
| Colorado Department of Revenue | c/o Bankruptcy Unit | 1881 Pierce St, Rm 104 | Lakewood, CO 80214 | | dor_tac_bankruptcy@state.co.us | Email<br>First Class Mail |
| Commonwealth of Virginia Department of Taxation | P.O. Box 2156 | Richmond, VA 23218 | | | va_tax_bk@harriscollect.com | Email<br>First Class Mail |
| Dallas County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John Turner | 3500 Maple Ave, Ste 800 | Dallas, TX 75219 | dallas.bankruptcy@lgbs.com | Email<br>First Class Mail |
| Grapevine-Colleyville Independent School District | c/o Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Elizabeth Banda Calvo | 500 E Border St, Ste 640 | Arlington, TX 76010 | ebcalvo@pbfcm.com | Email<br>First Class Mail |
| Gregory F.X Daly, Collector of Revenue | City Hall | 1200 Market St, Rm 410 | St Louis, MO 63103 | | kratkyn@stlouis-mo.gov | Email<br>First Class Mail |
| Illinois Department of Employment Security | Attn: Employer Bankruptcy Unit | 115 S Lasalle St, 5th Fl | Chicago, IL 60603 | | | First Class Mail |
| Illinois Department of Employment Security | c/o Revenue Division Bankruptcy | 115 S La Salle St, LL2 Fl | Chicago, IL 60603 | | william.heslup@illinois.gov;<br>sarah.horn@illinois.gov | Email<br>First Class Mail |
| Illinois Department of Employment Security | c/o Revenue Division Bankruptcy | 115 S La Salle St, FL LL2 | Chicago, IL 60603 | | william.heslup@illinois.gov | Email<br>First Class Mail |
| Illinois Department of Revenue | c/o Bankruptcy Section | P.O. Box 19035 | Springfield, IL 62794 | | REV.bankruptcy@illinois.gov | Email<br>First Class Mail |
| Iowa Department of Revenue | c/o Office of the Attorney General of Iowa | Attn: Bankruptcy Unit | 1305 E Walnut | Des Moines, IA 50319 | idr.bankruptcy@ag.iowa.gov;<br>teresa.corbin@ag.iowa.gov | Email<br>First Class Mail |
| Irving ISD | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John Turner | 3500 Maple Ave, Ste 800 | Dallas, TX 75219 | dallas.bankruptcy@lgbs.com | Email<br>First Class Mail |
| Louisiana Department of Revenue | c/o Bankruptcy Section | P.O. Box 66658 | Baton Rouge, LA 70896 | | Amy.Prather@la.gov | Email<br>First Class Mail |
| Massachusetts Department of Revenue | c/o Bankruptcy Unit | P.O. Box 7090 | Boston, MA 02204 | | reyesyn@dor.state.ma.us | Email<br>First Class Mail |
| Missouri Department of Revenue | P.O. Box 475 | Jefferson City, MO 65105 | | | will.gray@dor.mo.gov | Email<br>First Class Mail |
| New York State Dept. of Tax and Finance | P.O. Box 5300 | Albany, NY 12205 | | | BankruptcyCourtMailing@tax.ny.gov | Email<br>First Class Mail |
| NJ Dept. of Labor, Div. Employer Accounts | c/o Office of the Attorney General of New Jersey | Richard J Hughes Complex | P.O. Box 106 | Trenton, NJ 08625-0106 | | First Class Mail |
| NJ Dept. of Labor, Div. Employer Accounts | P.O. Box 379 | Trenton, NJ 08625 | | | EABankrupt@dol.nj.gov;<br>Rinku.Patel@dol.nj.gov | Email<br>First Class Mail |
| Ohio Department of Job and Family Services | Attn: Ohio Attorney General | P.O. Box 89471 | Cleveland, OH 44101 | | | First Class Mail |
| Ohio Department of Job and Family Services | c/o OLAS | 30 E Broad St, 31st Fl | Columbus, OH 43215 | | UIBANKRUPTCY@jfs.ohio.gov | Email<br>First Class Mail |
| Ohio Department of Taxation | c/o Attorney General of the State of Ohio | 30 E Broad St, 14th Fl | Columbus, OH 43215 | | | First Class Mail |
| Ohio Department of Taxation | P.O. Box 530 | Columbus, OH 43216 | | | bankruptcydivision@tax.ohio.gov | Email<br>First Class Mail |
| Oregon Department of Revenue | 955 Ctr St NE | Salem, OR 97301 | | | robert.bruders@dor.oregon.gov | Email<br>First Class Mail |
| Oregon Department of Revenue | P.O Box 14725 | Salem, OR 97309-5018 | | | | First Class Mail |
| Richardson Independent School District | c/o Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Elizabeth Banda Calvo | 500 E Border St, Ste 640 | Arlington, TX 76010 | ebcalvo@pbfcm.com | Email<br>First Class Mail |
| State of Maine Bureau of Revenue Services | c/o Compliance Division | P.O. Box 9107 | Augusta, ME 04332 | | compliancebk.mrs@maine.gov | Email<br>First Class Mail |
| State of Minnesota, Department of Revenue | c/o Minnesota Revenue | P.O. Box 64447 - BKY | St Paul, MN 55164 | | mdor.bkysec@state.mn.us | Email<br>First Class Mail |
| Tennessee Department of Revenue | Attn: Jaleesa Johnson | 500 Deaderick St | Nashville, TN 37242 | | jaleesa.johnson@tn.gov | Email<br>First Class Mail |
| Tennessee Department of Revenue | c/o Attorney General | P.O. Box 20207 | Nashville, TN 37202 | | tdor.bankruptcy@tn.gov | Email<br>First Class Mail |
| Tennessee Department of Revenue | c/o Bankruptcy Unit | P.O. Box 190665 | Nashville, TN 37219-0665 | | tdor.bankruptcy@tn.gov | Email<br>First Class Mail |
| Texas Comptroller of Public Accounts | c/o Revenue Accounting Division | Attn: Catherine Ledesma Coy | 111 E 17th St | Austin, TX 78711 | | First Class Mail |
| Texas Comptroller of Public Accounts<br>on behalf of the State of Texas and Local Sales Tax Jurisdictions | c/o Office of the Attorney General | Attn: Bankruptcy & Collections Division | P.O. Box 12548, MC-008 | Austin, TX 78711 | bankruptcytax@oag.texas.gov | Email<br>First Class Mail |
| Texas Comptroller of Public Accounts<br>on behalf of the State of Texas and Local Sales Tax Jurisdictions | c/o Revenue Accounting Division | Attn: Bankruptcy | P.O. Box 13528 | Austin, TX 78711 | bankruptcysection@cpa.texas.gov | Email<br>First Class Mail |
| Texas Workforce Commission | c/o Collections & Civil Actions - SAU | Attn: Erin Reid - TAX | 101 E 15th St, Rm 556 | Austin, TX 78778-0001 | collections.bankruptcy@twc.texas.gov | Email<br>First Class Mail |
| Texas Workforce Commission | c/o Office of the Attorney General | Attn: Bankruptcy & Collections Division | P.O. Box 12548, MC-008 | Austin, TX 78711 | bankruptcytax@oag.texas.gov;<br>ramon.narvaez@twc.texas.gov | Email<br>First Class Mail |

DocuData Solutions, L.C (Case No. 24-90023)

# **EXHIBIT F**

# Exhibit F

Service List

| Creditor | Address | Email | Method of Service |
|---|---|---|---|
| Redacted Name | Address Redacted | | First Class Mail |
| Redacted Name | Address Redacted | Email Redacted | Email<br>First Class Mail |

DocuData Solutions, L.C (Case No. 24-90023)