**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

```
------------------------------------------------------------ x
                                                             :
In re:                                                       :   Chapter 11
                                                             :
DOCUDATA SOLUTIONS, L.C., et al.,                            :   Case No. 25-90023 (CML)
                                                             :
                         Reorganized Debtors.¹              :   (Jointly Administered)
                                                             :
------------------------------------------------------------ x
```

**STATUS REPORT OF THE REORGANIZED DEBTORS**
**CONCERNING PLAN DISTRIBUTIONS**

The above-captioned reorganized debtors (collectively, the "***Reorganized Debtors***") file

this Status Report of the Reorganized Debtors Concerning Plan Distributions.

**STATUS REPORT**

1.      As of the date hereof, the Reorganized Debtors have made distributions for all but

one of the Allowed Convenience Claims.[2]

2.      The Reorganized Debtors are working with the Holder of the remaining Allowed

Convenience Claim to complete the distribution.

3.      As of the date hereof, the Reorganized Debtors have made all of the initial 1/3

distributions on Allowed General Unsecured Claims except for two General Unsecured Claims

---

[1]   A complete list of each of the Reorganized Debtors in the Chapter 11 Cases may be obtained on the website of the
      Reorganized Debtors' claims and noticing agent at https://omniagentsolutions.com/DocuDataSolutions.   The
      Reorganized Debtors' mailing address for the purposes of these cases is 6641 N. Belt Line Road, Suite 100, Irving,
      TX 75063 USA.

[2]   Capitalized terms not defined herein have the meanings ascribed to them in the *Amended Joint Plan of
      Reorganization of DocuData Solutions, L.C. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code*
      [Docket No. 826] (as may be amended, modified, or supplemented from time to time, the "***Plan***")

that were subject to objections and recently became Allowed and tax-related General Unsecured Claims.

4.      The Reorganized Debtors are working with the Holders of the remaining Allowed General Unsecured Claims to complete the initial 1/3 distributions as soon as possible.

Dated:   July 20, 2026          Respectfully submitted,
          Houston, Texas

*/s/ Timothy A. ("Tad") Davidson II*
**HUNTON ANDREWS KURTH LLP**
Timothy A. ("Tad") Davidson II (Texas Bar No. 24012503)
Jason W. Harbour (VA Bar No. 68220)
Ashley L. Harper (Texas Bar No. 24065272)
Philip M. Guffy (Texas Bar No. 24113705)
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone:  (713) 220-4200
Email: taddavidson@hunton.com
        jharbour@hunton.com
        ashleyharper@hunton.com
        pguffy@hunton.com

*Counsel for the Reorganized Debtors*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on July 20, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

*/s/ Timothy A. ("Tad") Davidson II*
Timothy A. ("Tad") Davidson II

2